UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

RIVKA MANDEL,

Plaintiff,

- against -

JACOB DASKAL and RELIEF DEFENDANTS JOHN DOES 1-100,

Defendants.

----------------------------------------------------------------x

Docket No.: 1:23-cv-07352(NR

**DECLARATION OF PERSONAL SERVICE OF THE SUMMONS AND COMPLAINT ON DEFENDANT JACOB DASKAL**

ALLEN LOWY declares under penalty of perjury as follows:

1. I am over the age of 18 years and a resident of the State of New York. I submit this Declaration as proof of service of the Summons and Complaint in this action on defendant Jacob Daskal (Daskal).

2. On October 11, 2023, at approximately 10:25 a.m., I personally handed the Summons and Complaint to Daskal, who is known to me, at 225 Cadman Plaza East, Brooklyn, New York.

3. Defendant Daskal is a white male, approximately 62 years of age, weighing approximately 180 lbs. and approximately 5' 6" tall.

Dated: New York, New York
October 16, 2023

[signature]

ALLEN M. LOWY