**PAUL BATISTA, P.C.**
**Attorney-at-Law**
**26 Broadway – Suite 1900**
**New York, New York 10004**
**(631) 377-0111**

e-mail: Batista007@aol.com                                           Facsimile: (212) 344-7677

February 5, 2024

VIA ECF
Hon. Vera M. Scanlon
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:    <u>Rivka Mandel v. Jacob Daskal,
                        1:23-cv-07352 (RER) (VMS)</u>

Dear Judge Scanlon:

      I represent plaintiff Rivka Mandel in the above-entitled action.

      I see that on the docket sheet Your Honor has converted the telephone conference scheduled for February 7, 2024 to a Zoom conference.

      I will be attending an all-day CLE course away from my Zoom equipment in my office on February 7, 2024, and I know of no way to participate in a Zoom conference unless I am in my office.

      As a result, I respectfully request that Your Honor reschedule the conference to a date next week.

      I regret the inconvenience.

Respectfully submitted,

*/s/ Paul Batista*

Paul Batista

cc:    All Counsel of Record
       Gary Mennitt, Esq.