UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X

RIVKA MANDEL,                                               CIVIL ACTION NO. 1:23-CV-07352 RER-VMS

        Plaintiff,

v.                                                                          **NOTICE OF APPEARANCE**

JACOB DASKAL,

        Defendant.
-----------------------------------------------X

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Amit Shertzer of Meister Seelig & Fein PLLC, with offices located at 125 Park Avenue, 7th Floor, New York, New York 10017, hereby respectfully appears as counsel for Defendant **Jacob Daskal** in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address and email stated below. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       February 6, 2023

       **MEISTER SEELIG & FEIN PLLC**

       By: */s/ Amit Shertzer*
           Amit Shertzer, Esq.
       125 Park Avenue, 7th Floor
       New York, New York 10017
       Tel: (212) 655-3500
       Email: as@msf-law.com

       *Attorney for Defendant Jacob Daskal*