AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Rivka Mandel <br><br> *Plaintiff(s)* <br> v. <br> Jacob Daskal and all defendants <br><br> See annexed Rider A <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:23-cv-07352(RER)(VMS) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Jacob Daskal
1220 46th Street
Brooklyn, NY 11219

-and-

All Defendants whose names and addresses are annexed as Rider A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Paul Batista, PC
26 Broadway, Suite 1900
NY, NY 10004
631 377 0111
Batista007@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 3/5/2024

*Erin Espinal*
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
RIVKA MANDEL,

                          Plaintiff,

   - against -

JACOB DASKAL; BELLA DASKAL; PEARL DEMBITZER; LEIBY DEMBITZER; CHAYA BORNSTEIN; SHULEM BORNSTEIN; CHAIM DASKAL; ESTHER BRODY; ROSE TEITELBAUM; BENZION DASKAL; SOLOMON DASKAL; BARRY DASKAL; CHAVI FISCHBEIN; ISAAC FISCHBEIN; BORO PARK SHOMRIM; BAIS YAAKOV HIGH SCHOOL OF CHICAGO; CRAINDELL Z. MANNES; RABBI BEN ZION HALBERSTAM; CHAIM S. HALBERSTAM; CONGREGATION SHAAREI ZION OF BOBOV; RABBINICAL COLLEGE BOBOVER YESHIVA BNEI ZION; LIPA "NUSSY" BRAUNER; MUTTY BRAUNER; YAD EPHRAIM a/k/a EZRAS CHOLIM YAD EPHRAIM; PESACH GREENBERG; YACHAD D'BOBOV; and CHAIM FLEISCHER,

                        Defendants.
------------------------------------------------------------------x

1:23-cv-07352 (RER) (VMS)

**RIDER A**

## IDENTIFICATION OF ALL ADDITIONAL DEFENDANTS FOR SERVICE OF THE SUMMONS AND COMPLAINT

1. Bella Daskal
   1220 46th Street
   Brooklyn, New York 11219

2. Pearl Dembitzer
   1426 46th Street
   Brooklyn, New York 11219

3. Leiby Dembitzer
   1426 46th Street
   Brooklyn, New York 11219

4. Chaya Bornstein
   314 Foster Avenue
   Brooklyn, New York 11230

5. Shulem Bornstein
   314 Foster Avenue
   Brooklyn, New York 11230

6. Chaim Daskal
   1680 47th Street
   Brooklyn, New York 11204

7. Esther Brody
   4701 12th Avenue
   Apartment A-4
   Brooklyn, New York 11219

8. Rose Teitelbaum
   1225 48th Street
   Brooklyn, New York 11204

9. Benzion Daskal
   5427 19th Avenue
   Brooklyn, New York 11204

10. Solomon Daskal
    2202 Dewitt Terrace
    Linden, New Jersey 07036

11. Barry Daskal
    450 Westminster Road
    Brooklyn, New York 11218

12. Chavi Fischbein
    16385 Biscayne Boulevard
    Unit 1902
    Aventura, Florida 33160

13. Isaac Fischbein
    16385 Biscayne Boulevard
    Unit 1902
    Aventura, Florida 33160

14. Boro Park Shomrim
    a/k/a Boro Park Shomrim Patrol
    3618 14th Avenue
    Brooklyn, New York 11218

15. Bais Yaakov High School of Chicago
    5800 North Kimball Avenue
    Chicago, Illinois 60659

16. Craindell Z. Mannes
    6027 North Central Park Avenue
    Chicago, Illinois 60659

17. Rabbi Ben Zion Halberstam
    4803 15th Avenue
    Brooklyn, New York 11219

18. Chaim S. Halberstam
    5416 14th Avenue
    Brooklyn, New York 11219

19. Congregation Shaarei Zion of Bobov
    4803 15th Avenue
    Brooklyn, New York 11219

20. Rabbinical College Bobover Yeshiva Bnei Zion
    1533 48th Street
    Brooklyn, New York 11219

21. Lipa ("Nussy") Brauner
    284 Wallabout Street
    Brooklyn, New York 11206

22. Mutty Brauner
    1009 Willowbrook Road
    Staten Island, New York 10314

23. Yad Ephraim
    a/k/a Ezras Cholim Yad Ephraim
    5017 10th Avenue
    Brooklyn, New York 11219

24. Pesach Greenberg
    5017 10th Avenue
    Brooklyn, New York 11219

25. Yachad D'Bobov
    5014 16th Avenue, #296
    Brooklyn, New York 11204

26. Chaim Fleischer
    5014 16th Avenue, #296
    Brooklyn, New York 11204

3

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-07352(RER)(VMS)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: