UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
RIVKA MANDEL,

    Plaintiff,

    v.

JACOB DASKAL; BELLA DASKAL; PEARL DEMBITZER; LEIBY DEMBITZER; CHAYA BORNSTEIN, SHULEM BORNSTEIN; CHAIM DASKAL; ESTHER BRODY; ROSE TEITELBAUM; BENZION DASKAL; SOLOMON DASKAL; BARRY DASKAL; CHAVI FISCHBEIN; ISAAC FISCHBEIN; BORO PARK SHOMRIM; BAIS YAAKOV HIGH SCHOOL OF CHICAGO; CRAINDELL Z. MANNES; RABBI BEN ZION HALBERSTAM; CHAIM S. HALBERSTAM; CONGREGATION SHAAREI ZION OF BOBOV; RABBINICAL COLLEGE BOBOVER YESHIVA BNEI ZION; LIPA "NUSSY" BRAUNER; MUTTY BRAUNER; YAD EPHRAIM a/k/a EZRAS CHOLIM YAD EPHRAIM; PESACH GREENBERG; YACHAD D'BOBOV; and CHAIM FLEISCHER,

    Defendants.

---------------------------------------------------------- x

Case No. 1:23-cv-07352 (RER)(VMS)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that I, Andrew J. Levander of the law firm Dechert LLP, a member of this Court in good standing, hereby enter my appearance as counsel of record on behalf of Defendants Rabbi Ben Zion Halberstam and Chaim S. Halberstam in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.

Dated: New York, New York　　　　　　　　DECHERT LLP
　　　　　March 12, 2024

　　　　　　　　　　　　　　　　　　　　By: */s/ Andrew J. Levander*
　　　　　　　　　　　　　　　　　　　　　　Andrew J. Levander
　　　　　　　　　　　　　　　　　　　　　　andrew.levander@dechert.com
　　　　　　　　　　　　　　　　　　　　　　Three Bryant Park
　　　　　　　　　　　　　　　　　　　　　　1095 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10036-6797
　　　　　　　　　　　　　　　　　　　　　　Tel.: (212) 698-3683
　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 698-3599

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Rabbi Ben Zion*
　　　　　　　　　　　　　　　　　　　　　　*Halberstam and Chaim S. Halberstam*