

Amit Shertzer
Counsel
Direct (212) 655-3510
Fax (212) 655-3535
*as@msf-law.com*

April 22, 2024

**<u>VIA ECF</u>**
Hon. Vera M. Scanlon
United States District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom 13A - South Wing
Brooklyn, NY 11201

> **Re:**   ***Mandel v. Daskal et al.*, 23-cv-07352 (RER) (VMS)**
> **<u>Request to Adjourn Telephonic Status Conference</u>**

Dear Magistrate Judge Scanlon:

This firm represents defendant Jacob Daskal ("Defendant Daskal") in the above referenced matter. On April 18, 2024, Your Honor issued an Order rescheduling the telephonic status conference in this action to April 30, 2024.  As set forth below, we write to respectfully request a short adjournment of the telephonic status conference to an alternate date acceptable to this Court. Pursuant to Section II(b) of Your Honor's Individual Practice Rules, we note the following:

1) At present, the telephonic status conference is scheduled to take place on April 30, 2024 at 11:30 a.m.

2) This is Defendant Daskal's first request to adjourn the telephonic status conference.

3) We have reached out to all counsel that have appeared in this action, including Plaintiff's counsel, and are informed that said counsel do not object to this adjournment request.

4) The reason for the adjournment request is that April 30, 2024 is the last day of Passover, an observed Jewish holiday.

5) Based on our communications with all appearing counsel in this action, the following dates would suit all parties: May 6 to and including May 10, 2024.

6) The requested adjournment does not affect any other scheduled dates.

We thank Your Honor in advance for your time and consideration of this request.

Respectfully submitted,

*/s/ Amit Shertzer*

Amit Shertzer

Hon. Vera M. Scanlon
*April 22, 2024*
*Page 2*

cc: Counsel of Record (via ECF only)

Meister Seelig & Fein PLLC

125 Park Avenue, 7th Floor, New York, NY 10017  |  Phone (212) 655-3500  |  Fax (212) 655-3535  |  meisterseelig.com