**PAUL BATISTA, P.C.**
**Attorney-at-Law**
**26 Broadway – Suite 1900**
**New York, New York 10004**
**(631) 377-0111**

e-mail: Batista007@aol.com                                    Facsimile: (212) 344-7677

May 15, 2024

VIA ECF
Hon. Vera M. Scanlon
United States Magistrate Judge
    for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    **Rivka Mandel v. Jacob Daskal, et al.**
              **1:23-cv-07352 (RER) (VMS)**

Dear Judge Scanlon:

I represent plaintiff Rivka Mandel in the above-entitled litigation.

I write in connection with the May 7, 2024 letter from defense counsel and the Zoom conference on May 9, 2024.

I have no opposition to defense counsel's request for a stay of discovery pending Judge Reyes' determination of the motions to dismiss scheduled by prior order of Judge Reyes.

To be clear, and to reserve Ms. Mandel's rights, my acquiescence in the request for a stay should not in any respect be construed as a concession that there is validity to any aspect of the anticipated motions to dismiss.

Moreover, to the extent defendants may seek orders relating to the confidentiality of disclosure of documents once they are produced – as I fully expect they will be – I reserve the right to oppose requests or motions, if they are made, for confidential treatment of documents or any other discoverable information.

Hon. Vera M. Scanlon
May 15, 2024
Page 2

   Finally, I reserve Ms. Mandel's right to request that Judge Garaufis, who sentenced defendant Jacob Daskal to 17.5 years in prison, release some or all of the Pre-Sentence Report.  At sentencing in October 2023, Judge Garaufis stated on the record that the Pre-Sentence Report revealed that Mr. Daskal had transferred $10 million to others.  The issue of the release of the report is one, of course, which will be presented to Judge Garaufis rather than to Your Honor, and my consent to the requested stay of discovery should not be interpreted as precluding Ms. Mandel from seeking the release of some or all of Mr. Daskal's Pre-Sentence Report on application to Judge Garaufis.

        Respectfully submitted,

        Paul Batista

cc:  All Counsel of Record