

Mitchell Schuster<br>
Partner<br>
Direct (212) 655-3549<br>
Fax (646) 539-3649<br>
ms@msf-law.com

May 24, 2024

**VIA ECF**
Hon. Ramon E. Reyes, Jr.
United States District Court - Eastern District of New York
225 Cadman Plaza East, Courtroom 2E North
Brooklyn, NY 11201

    Re: *Mandel v. Daskal et al.*, 23-cv-07352 (RER) (VMS)
          Defendant Jacob Daskal's Rule 12 Motion to Dismiss or,
          Alternatively, for a More Definite Statement

Dear Judge Reyes:

This firm represents defendant Jacob Daskal ("Defendant Daskal") in the above referenced matter. Pursuant to the Court's text Order issued April 4, 2024 and Rule IV(B)(3)(a) of Your Honor's Individual Rules of Practice, we write to advise the Court that Defendant Daskal has served all counsel of record with the following motion papers:

1. Defendant Daskal's Notice of Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1) or, Alternatively, for a More Definite Statement Pursuant to Fed. R. Civ. P. 12(e); and

2. Defendant Daskal's Memorandum of Law in Support of His Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1) or, Alternatively, for a More Definite Statement Pursuant to Fed. R. Civ. P. 12(e).

Once this motion is fully briefed, Defendant Daskal will file the motion papers on ECF in accordance with the Court's "bundling" rule.

Respectfully submitted,

*/s/ Mitchell Schuster*

Mitchell Schuster


cc: Counsel of Record (via ECF and email)