## United States District Court Eastern District of New York

Rivka Mandel

Plaintiff(s),

vs.

Jacob Daskal an the defendants whose names and addresses appear on annexed Rider A

Defendant(s).

Civil Number: 1:23-cv-07352(RER)(VMS)

Filed On:  1/25/2024

Court Date:

### AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau ss:

I, Anthony Schultz, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.  That on 5/20/2024 at 3:59 PM at 1009 Willowbrook Road, Staten Island , NY  10314, deponent served the within Summons in a Civil Action with Rider A, and Amended Complaint Jury Trial Demanded bearing Index # 1:23-cv-07352(RER)(VMS) on Mutty Brauner  Defendant therein named (the intended recipient).

SUITABLE AGE PERSON:  By delivering a true copy of each to Draizy Brauner, Co-Tenant  a person of suitable age and discretion. That person was also asked by deponent whether said premises was the Defendant's  Home within the state and the reply was affirmative.

On 05/21/2024 Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to Defendant at Defendant's  Home at 1009 Willowbrook Road, Staten Island , NY  10314 by First Class Mail marked Personal & Confidential  and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

DESCRIPTION:  Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Gender: Female Race/Skin: White Age: 22 - 35 Yrs. Weight: 100-130 Lbs. Height: 5ft 0in - 5ft 3in Hair: Brown Glasses: No Other:

COMMENTS: Brown Door, Brown Siding Residence

MILITARY SERVICE: I Asked the Person Spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever, and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or Federal statutes.

X _____
Anthony Schultz
License # 0861782

Subscribed and sworn to before me, a notary public, on this ___24___ day of ___MAY___ , 2024.

_____
Notary Public

Job # 289257

Client Reference: Lowy 8 of 8

*TMS Services Inc, 977 N. Broadway, Massapequa, NY 11758 License: 2112432-DCA*

NANCY MANZELLA
Notary PUBLIC: State of New York
No.01MA6083790
Qualified in Suffolk County
Commission Expires 11/25/26