**United States District Court Eastern District of New York**

Rivka Mandel
Plaintiff(s),

vs.

Jacob Daskal an the defendants whose names and addresses appear on annexed Rider A
Defendant(s).

Civil Number: 1:23-cv-07352(RER)(VMS)
Filed On: 1/25/2024
Court Date:

AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau ss:

I, Anthony McCreath, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York. That on 5/23/2024 at 3:45 PM at 1426 46th Street, 1st Floor, Brooklyn , NY 11219, deponent served the within Summons in a Civil Action with Rider A, and Amended Complaint Jury Trial Demanded bearing Index # 1:23-cv-07352(RER) (VMS) on Leiby Dembitzer Defendant therein named (the intended recipient).

SUITABLE AGE PERSON: By delivering a true copy of each to Pearl Dembitzer , Co-Tenant a person of suitable age and discretion. That person was also asked by deponent whether said premises was the Defendant's Home within the state and the reply was affirmative.

On 05/24/2024 Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to Defendant at Defendant's Home at 1426 46th Street, 1st Floor, Brooklyn , NY 11219 by First Class Mail marked Personal & Confidential and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

DESCRIPTION: Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Gender: Female Race/Skin: White Age: 36 - 50 Yrs. Weight: 131-160 Lbs. Height: 5ft 4in - 5ft 8in Hair: Black Glasses: No Other: 1st floor

COMMENTS: Black Door

MILITARY SERVICE: I Asked the Person Spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever, and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or Federal statutes.

X________________________
Anthony McCreath
2067076-DCA

Subscribed and sworn to before me, a notary public, on this 24 day of MAY, 2024.

________________________
Notary Public

Job # 289251

Client Reference: Lowy 4 of 8

*TMS Services Inc, 977 N. Broadway, Massapequa, NY 11758 License: 2112432-DCA*

NANCY MANZELLA
Notary PUBLIC: State of New York
No.01MA6083790
Qualified in Suffolk County
Commission Expires 11/25/26