August 9, 2024

VIA ECF
Honorable Ramon E. Reyes, Jr.
United States District Judge
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

Re: Mandel v. Daskal et al., No. 1:23-cv-07352(RER)(VMS)

Dear Judge Reyes:

This firm represents the defendant Lipa "Nussy" Brauner in the above referenced matter. Pursuant to the Court's April 4, 3034, text Order and Rule IV(b)(3)(a) of Your Honor's Individual Rules of Practice, we write to advise the Court that Defendant Brauner has served all counsel of record with the following motion papers:

1. Defendant Brauner's Notice of Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6); and

2. Defendant Brauner's Memorandum of Law in Support of His Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6).

When this motion is fully briefed, Defendant Brauner will file the motion papers on ECF in accordance with the Court's "bundling" rule.

Respectfully submitted,

Marc Agnifilo

cc: All counsel (via ECF)