UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIVKA MANDEL,<br><br>      Plaintiff,<br><br>-against-<br><br>JACOB DASKAL; BELLA DASKAL; PEARL DEMBITZER; LEIBY DEMBITZER; CHAYA BORNSTEIN; SHULEM BORNSTEIN; CHAIM DASKAL; ESTHER BRODY; ROSE TEITELBAUM; BENZION DASKAL; SOLOMON DASKAL; BARRY DASKAL; CHAVI FISCHBEIN; : ISAAC FISCHBEIN; BORO PARK SHOMRIM; BAIS Y AAKOV HIGH SCHOOL OF CHICAGO; CRAINDELL Z. MANNES; RABBI BEN ZION HALBERSTAM; CHAIM S. HALBERSTAM; CONGREGATION SHAAREI ZION OF BOBOV; RABBINICAL COLLEGE BOBOVER YESHIVA BNEI ZION; LIPA "NUSSY" BRAUNER; MUTTY BRAUNER; Y AD EPHRAIM a/k/a EZRAS CHOLIM Y AD EPHRAIM; PESACH GREENBERG; YACHAD D'BOBOV; and CHAIM FLEISCHER,<br><br>      Defendants. | 1:23-cv-07352-RER-VMS<br><br>**DEFENDANT JACOB DASKAL'S NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT OR, ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT**<br><br>**Oral Argument Requested**<br><br>(Served on all counsel of record on May 24, 2024) |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law dated May 24, 2024, and all other proceedings had herein, Defendant Jacob Daskal will move this Court at the Courthouse located at 225 Cadman Plaza East, Courtroom 2E North, Brooklyn, New York 11201, before the Honorable Ramon E. Reyes, Jr., United States District Judge, for an order:

(a) dismissing the Amended Complaint filed January 25, 2024 by Plaintiff Rivka Mandel ("Plaintiff") pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1); or

(b) in the alternative, requiring Plaintiff to provide a more definite statement pursuant to Fed. R. Civ. P. 12(e).

1

Pursuant to the Court-ordered briefing schedule in this action, answering papers must be served upon the undersigned on or before June 28, 2024. Reply papers, if any, must be served on or before July 26, 2024.

Dated: New York, New York
      May 24, 2024

                                    **MEISTER SEELIG & FEIN PLLC**

                                    */s/ Mitchell Schuster*
                             By:   Mitchell Schuster, Esq.
                                   Stacey Ashby, Esq.
                                   Amit Shertzer, Esq.

                             125 Park Avenue, 7th Floor
                             New York, New York 10017
                             Tel. (212) 655-3500
                             Email: ms@msf-law.com
                                        sma@msf-law.com
                                        as@msf-law.com

                             *Attorneys for Defendant Jacob Daskal*