

Mitchell Schuster  
Partner  
Direct (212) 655-3549  
Fax (646) 539-3649  
*ms@msf-law.com*

October 28, 2024

**VIA ECF**
Hon. Ramon E. Reyes, Jr.
United States District Court - Eastern District of New York
225 Cadman Plaza East, Courtroom 2E North
Brooklyn, NY 11201

    Re:   *Mandel v. Daskal et al.*, 23-cv-07352 (RER) (VMS)
            **Defendant Jacob Daskal's Rule 12 Motion to Dismiss or,**
            <u>**Alternatively, for a More Definite Statement**</u>

Dear Judge Reyes:

This firm represents defendant Jacob Daskal ("Defendant Daskal") in the above referenced matter. Pursuant to the Court's "bundling" rule for motions, we write to advise the Court that the following motion papers have been electronically filed via the ECF system:

1. Defendant Daskal's Notice of Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1) or, Alternatively, for a More Definite Statement Pursuant to Fed. R. Civ. P. 12(e), together with a Memorandum of Law in Support, served on May 24, 2024;

2. Plaintiff's Omnibus Legal Memorandum in Opposition to the Defense Motions Pursuant to Fed. R. Civ. P. 12 (previously e-filed by Plaintiff at Dkt. No. 79); and

3. Defendant Daskal's Reply Memorandum of Law in Further Support of His Rule 12 Motion, served on October 28, 2024.

In accordance with Rule I(D) of the Court's Individual Practice Rules, we will provide the Court with a courtesy copy of the above-mentioned motion papers.

Respectfully submitted,

*/s/ Mitchell Schuster*

Mitchell Schuster


cc: Counsel of Record (via ECF and email)