

Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

**GARY MENNITT**

Gary.Mennitt@dechert.com
+1 212 698 3831  Direct
+1 212 314 0011  Fax

October 28, 2024

**VIA ECF**

The Hon. Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 2E North

Re: *Mandel v. Daskal et al.*, No. 1:23-cv-07352 (RER) (VMS): Completed Briefing on the Halberstam Defendants' Motion to Dismiss

Your Honor:

On behalf of our clients, defendants Rabbi Ben Zion Halberstam and Chaim S. Halberstam (the "Halberstam Defendants") in the above-referenced matter, we write to advise the Court that the following motion papers have been electronically filed via the ECF system:

- The Halberstam Defendants' Notice of Motion to Dismiss the Amended Complaint Under Fed. R. Civ. P. 12(b)(6), served on all parties on May 24, 2024 (ECF No. 86);

- The Halberstam Defendants' Memorandum of Law in Support of their Motion to Dismiss the Amended Complaint, served on all parties on May 24, 2024 (ECF No. 87);

- Plaintiff's Omnibus Legal Memorandum in Opposition to the Defense Motions Pursuant to Fed. R. Civ. P. 12, originally filed as ECF No. 79 (ECF No. 88);

- The Halberstam Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss the Amended Complaint, served on all parties on October 28, 2024 (ECF No. 89).

In accordance with Rule I(D) of the Court's Individual Practice Rules, we will provide the Court with a courtesy copy of the above-mentioned papers.

Respectfully,


*/s/ Gary J. Mennitt*
Gary J. Mennitt
Partner

cc: All Counsel of Record (via ECF)