UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIVKA MANDEL<br><br>       Plaintiff,<br><br> -against-<br><br>JACOB DASKAL; BELLA DASKAL; PEARL DEMBITZER; LEIBY DEMBITZER; CHA YA BORNSTEIN; SHULEM BORNSTEIN; CHAIM DASKAL; ESTHER BRODY; ROSE TEITELBAUM; BENZION DASKAL; SOLOMON DASKAL; BARRY DASKAL; CHAVI FISCHBEIN; ISAAC FISCHBEIN; BORO PARK SHOMRIM; BAIS Y AAKOV HIGH SCHOOL OF CHICAGO; CRAINDELL Z. MANNES; RABBI BEN ZION HALBERSTAM; CHAIM S. HALBERSTAM; CONGREGATION SHAAREI ZION OF BOBOV; RABBINICAL COLLEGE BOBOVER YESHIVA BNEI ZION; LIPA "NUSSY" BRAUNER; MUTTY BRAUNER; YAD EPHRAIM a/k/a EZRAS CHOLIM YAD EPHRAIM; PESACH GREENBERG; YACHAD D'BOBOV; and CHAIM FLEISCHER,<br><br>       Defendants. | Case No.: 23-cv-07352 (RER) (VMS) |

**NOTICE OF DEFENDANTS BELLA DASKAL'S,
PEARL DEMBITZER'S, LEIBY DEMBITZER'S AND ROSE
TEITELBAUM'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

   PLEASE TAKE NOTICE, that upon the accompanying memorandum of law, and upon all prior pleadings and proceedings heretofore had herein, defendants Bella Daskal, Pearl Dembitzer, Leiby Dembitzer and Rose Teitelbaum (collectively, the "Daskal Family Defendants"), by and through their attorneys, Rosenberg & Estis, P.C., hereby move this Court for an order dismissing Count I of plaintiff Rivka Mandel's ("Plaintiff") Amended Complaint, dated January 25, 2024, with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE, that pursuant to the briefing schedule entered by the Court in this matter on July 18, 2024, answering papers, if any, must be served by August 30, 2024, and reply papers, if any, must be served by September 13, 2024.

Dated: New York, New York
      August 9, 2024

**ROSENBERG & ESTIS, P.C.**
*Attorneys for Defendants Bella Daskal, Pearl Dembitzer, Leiby Dembitzer and Rose Teitelbaum*

By: _____
    Deborah Riegel
733 Third Avenue
New York, New York 10017
(212) 867-6000