

ROSENBERG & ESTIS, P.C.
ATTORNEYS AT LAW

733 Third Avenue
New York, New York 10017
212.867.6000
Fax 212.551.8484
www.rosenbergestis.com

October 28, 2024

**VIA ECF**

The Hon. Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 2E North

      **Re:**    *Mandel v. Daskal, et al.*, No. 1:23-cv-07352 (RER) (VMS): Complete Briefing on the Daskal Family Defendants' Motion to Dismiss the Amended Complaint

Your Honor:

      We represent defendants Bella Daskal, Pearl Dembitzer, Leiby Dembitzer and Rose Teitelbaum (the "Daskal Family Defendants") in the above-referenced matter. We write to advise the Court that the following motion papers have been electronically filed via the ECF system:

- The Daskal Family Defendants' Notice of Motion to Dismiss Plaintiff Rivka Mandel's ("Plaintiff") Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), served on all parties on August 9, 2024 (ECF No. 92);

- The Daskal Family Defendants' Memorandum of Law in Support of their Motion to Dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), served on all parties on August 9, 2024 (ECF No. 94);

- Plaintiff's Omnibus Legal Memorandum in Opposition to the Defense Motions Pursuant to Fed. R. Civ. P. 12, originally filed as ECF No. 79 (*see also* ECF No. 95); and

- The Daskal Family Defendants' Reply Memorandum of Law in further support of their Motion to Dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), served on all parties on October 28, 2024 (ECF No. 97).

In accordance with Rule I(D) of the Court's Individual Practice Rules, we will provide the Court with a courtesy copy of the above-mentioned papers.

                                              Respectfully submitted,

                                              Benjamin Z. Koblentz, Esq.

cc: All Counsel of Record (via ECF)