**C&G**   **COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Mark S. Cohen
212 957 7601
mcohen@cohengresser.com

October 28, 2024

**VIA ECF**
Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
Courtroom 2E North
225 Cadman Plaza East
Brooklyn, NY 11201

> *Re:*    *Mandel v. Daskal, et al., No. 23-cv-07352(RER)(VMS)*: Completed
> Briefing on the Congregation Defendants' Motion to Dismiss

Your Honor:

On behalf of our clients, defendants Congregation Shaarei Zion of Bobov, Rabbinical
College Bobover Yeshiva Bnei Zion, Yad Ephraim, Pesach Greenberg, Yachad D'Bobov,
and Chaim Fleischer (collectively, the "Congregation Defendants") in the above-
referenced matter, we write to advise the Court that the following motion papers have
been electronically filed via the ECF system:

- The Congregation Defendants' Notice of Motion to Dismiss Plaintiff's Amended
  Complaint under Fed. R. Civ. P. 12(b)(6), served on all parties on May 24, 2024
  (ECF No. 91);

- The Congregation Defendants' Memorandum of Law in Support of their Motion to
  Dismiss Plaintiff's Amended Complaint, served on all parties on May 24, 2024
  (ECF No. 93);

- Plaintiff's Omnibus Legal Memorandum in Opposition to the Defense Motions
  Pursuant to Fed. R. Civ. P. 12, originally filed as ECF No. 79 (ECF No. 96)

- The Congregation Defendants' Joinder in the Halberstam Defendants' Reply
  Memorandum of Law in Further Support of Their Motion to Dismiss the Amended



Honorable Ramon E. Reyes, Jr.
October 28, 2024
Page 2

Complaint, served on all parties on October 28, 2024 and originally filed as ECF No. 89 (ECF No. 99).

In accordance with Rule I(D) of the Court's Individual Practice Rules, we will provide the Court with a courtesy copy of the above-mentioned papers.

Respectfully submitted,

*/s/ Mark S. Cohen*

Mark S. Cohen

cc: All Counsel of Record (via ECF)