**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

RIVKA MANDEL,

                              Plaintiff,

              v.

JACOB DASKAL, BELLA DASKAL, PEARL
DEMBITZER, LEIBY DEMBITZER, CHAYA
BORNSTEIN, SHULEM BORNSTEIN, CHAIM
DASKAL, ESTHER BRODY, ROSE TEITELBAUM,
BENZION DASKAL, SOLOMON DASKAL, BARRY
DASKAL, CHAVI FISCHBEIN, ISAAC FISCHBEIN,
BORO PARK SHOMRIM, BAIS YAAKOV HIGH
SCHOOL OF CHICAGO, CRAINDELL Z. MANNES,
RABBI BEN ZION HALBERSTAM, CHAIM S.
HALBERSTAM, CONGREGATION SHAAREI ZION
OF BOBOV, RABBINICAL COLLEGE BOBOVER
YESHIVA BNEI ZION, LIPA "NUSSY" BRAUNER,
MUTTY BRAUNER, YAD EPHRAIM a/k/a EZRAS
CHOLIM YAD EPHRAIM, PESACH GREENBERG,
YACHAD D'BOBOV, and CHAIM FLEISCHER,

                              Defendants.

Case No. 1:23-cv-07352 (RER) (VMS)

Date of Service:   August 9, 2024

**DEFENDANT LIPA "NUSSY" BRAUNER'S NOTICE OF**
**MOTION TO DISMISS THE AMENDED COMPLAINT UNDER**
**FEDERAL RULE OF CIVIL PROCEDURE 12 (B)(6)**

PLEASE TAKE NOTICE THAT, pursuant to the briefing schedule set by the Court on July

18, 2024, and upon the accompanying Memorandum of Law, defendant Lipa "Nussy" Brauner, by

and through his undersigned attorneys, will move this Court before the Honorable Ramon E.

Reyes, Jr., for an Order dismissing Plaintiff's Amended Complaint pursuant to Rule 12(b)(6) of

the Federal Rules of Civil Procedure.

Dated: August 9, 2024

Respectfully submitted,

**AGNIFILO INTRATER LLP**

By: _____

Marc Agnifilo
445 Park Avenue, 7th Floor
New York, NY 10022
T: 646-205-4350
marc@agilawgroup.com

*Counsel to Defendant Lipa "Nussy" Brauner*