**PAUL BATISTA, P.C.**
Attorney-at-Law
26 Broadway – Suite 1900
New York, New York 10004
(631) 377-0111

e-mail: Batista007@aol.com                                        Facsimile: (212) 344-7677

September 4, 2025

<u>VIA ECF</u>
Hon. Vera M. Scanlon
Chief United States Magistrate Judge
   for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:   <u>Rivka Mandel v. Jacob Daskal,</u>
                      <u>1:23-cv-07352 (RER) (VMS)</u>

Dear Judge Scanlon:

      I represent plaintiff Rivka Mandel in the above-entitled litigation.

      On August 28, 2025, Your Honor entered a text order directing plaintiff and defendant Jacob Daskal to "file a proposed discovery schedule on or before September 5, 2025."

      In order to fulfill the directive of the text order, I prepared, in draft, a proposed discovery schedule order and arranged to have it emailed on September 2, 2025 to Mr. Daskal's attorneys, Mitchell Schuster, Esq., and Stacey Ashby, Esq.

      In my covering memorandum to Mr. Schuster and Ms. Ashby, I noted that the "draft is based, in terms of its format, on the framework of scheduling orders utilized by Judge Scanlon in other cases." (Annexed to this letter are copies of my September 2, 2025 memorandum, the draft order, and a September 3, 2025 follow-up memorandum.)

      My September 2 memorandum also noted that "the dates proposed in this draft are not written in stone, and I am open to discussion with you….I will say, however, that Judge Scanlon has set a rigorously tight deadline for the filing of this document (*i.e.*, September 5, 2025), and I respectfully suggest that we do our best to comply with it."

      Without implying any criticism of Mr. Schuster or Ms. Ashby, I have as of the time of filing of this letter heard nothing from them. I write Your Honor at this time because I have long-standing plans to attend the wedding of a close family member in Newport, Rhode Island, tomorrow (September 5, 2025) and I am leaving soon for that event.

Hon. Vera M. Scanlon
September 4, 2025
Page 2

      If Mr. Schuster or Ms. Ashby believe they need more time, I have no objection to any reasonable request they may wish to make to Your Honor for an extension of the September 5, 2025 deadline. That said, I am not requesting an extension, and I submit that the enclosed proposed order I have prepared is reasonable and that Your Honor, if the Court wishes to do so, can enter the proposed order.

                                      Respectfully submitted,

                                      Paul Batista

Enclosures
cc:    All Counsel of Record

**PAUL BATISTA, P.C.**
Attorney-at-Law
26 Broadway – Suite 1900
New York, New York 10004
(631) 377-0111

e-mail: Batista007@aol.com                                    Facsimile: (212) 344-7677

**MEMORANDUM**

TO:     Mitchell Schuster, Esq. [ms@msf-law.com]
        and Stacey Ashby, Esq. [sma@msf-law.com]

FROM:   Paul Batista, Esq.

DATE:   September 2, 2025

Re:   **Mandel v. Daskal**

Pursuant to Magistrate Judge Scanlon's August 28, 2025 text order, I am enclosing a draft of the proposed discovery scheduling order. The draft is based, in terms of its format, on the framework of scheduling orders utilized by Judge Scanlon in other cases in which I have been involved.

Obviously, the dates proposed in this draft are not written in stone, and I am open to discussion with you.

I will say, however, that Judge Scanlon has set a rigorously tight deadline for the filing of this document (*i.e.*, September 5, 2025), and I respectfully suggest that we do our best to comply with it.

                                              _____
                                              PAUL BATISTA

Enclosure

[Draft 9/2/25]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RIVKA MANDEL,

                              Plaintiff,

            - against -

JACOB DASKAL,

                            Defendant.
-----------------------------------------------------------------x

**SCHEDULING ORDER**

1:23-cv-07352 (RER) (VMS)

It is hereby **ORDERED** as follows:

1) Defendant shall answer the Amended Complaint by September 19, 2025.

2) Initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure must be completed by September 24, 2025. The disclosures should include as detailed a calculation of damages as possible and authorizations for release of medical and other relevant records.

3) Initial document requests and interrogatories will be served no later than October 1, 2025. If the parties intend to issue interrogatories, they will serve no more that fifteen interrogatories.

4) Any joinder and/or amendments of the pleadings must be made by October 15, 2025. By this date, the parties must either stipulate to the joinder and/or amendments of the pleadings or commence motion practice for leave to join and/or amend in accordance with the Individual Rules of the District Judge assigned to this case.

5) If the parties expect to engage in electronic discovery, they will submit a proposed plan to the Court by October 15, 2025.

[Draft 9/2/25]

6) Fact discovery closes November 30, 2025.

*Note: Treating physicians who may be called as fact witnesses should generally provide their reports or summaries and be deposed during fact discovery. Non-party fact discovery shall be completed by this date as well.*

7) As to expert disclosures,

    a) The names, qualifications and area(s) of expertise of initial experts shall be served on or before December 15, 2025.

    b) Initial expert witness reports shall be served on or before January 15, 2026.

    c) Rebuttal expert witness reports shall be served on or before February 1, 2026.

8) All discovery, including any depositions of experts, shall be completed on or before February 1, 2026.

9) On or before February 10, 2026, the parties must file on ECF a joint letter to the magistrate judge confirming that discovery is concluded.

10) Any dispositive motion practice must be commenced by March 1, 2026.

*Note: Parties must consult the Individual Rules of the District Judge assigned to this case to determine, inter alia, if a pre-motion conference letter is required before a dispositive motion is filed, whether a Local Rule 56.1 statement must first be submitted with the pre-motion conference letter or motion, and whether such a motion should only be filed when fully briefed.*

11) A proposed joint pre-trial order must be filed by March 15, 2026.

12) Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c)?

    a) Yes _____

    b) No ___X___ (Do **NOT** indicate which party has declined to consent)

*If yes, fill out the AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge Form and file it on ECF. See http://www.uscourts.gov/FormsAndFees/Forms/CourtFormsBeCategory.aspx*

[Draft 9/2/25]

13) A discovery conference is set for _____ at _____ in person / by telephone. (*The Court will schedule this date*). The conference call will be arranged and initiated by Plaintiff to Chambers at (718) 613-2300.

14) A joint discovery status letter must be filed on ECF by _____ in preparation for the discovery conference. (*The Court will schedule this date*).

15) A final pre-trial conference is set for _____. (*The Court will schedule this date*).

16) The parties may wish to engage in settlement discussions. To facilitate this process, Plaintiff agrees to make a demand on or before March 15, 2026, and Defendant agrees to respond to the demand on or before March 30, 2026.

17) Counsel request a referral to the Court's ADR program? Yes ____ No _X_.

18) Any additional matters:

**This scheduling order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date hereof.**

Dated: Brooklyn, New York

_____, 20____

_____
VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE

**PAUL BATISTA, P.C.**
**Attorney-at-Law**
**26 Broadway – Suite 1900**
**New York, New York 10004**
**(631) 377-0111**

e-mail: Batista007@aol.com                               Facsimile: (212) 344-7677

### MEMORANDUM

TO:   Mitchell Schuster, Esq. [ms@msf-law.com]
      and Stacey Ashby, Esq. [sma@msf-law.com]

FROM: Paul Batista, Esq.

DATE: September 3, 2025

Re:   **Mandel v. Daskal**

I still await your response to the memorandum and proposed discovery schedule order we sent to you yesterday. The deadline for submission is rapidly drawing near.

_____
PAUL BATISTA

cc:   Amit Shertzer, Esq. [ashertzer@srfc.law]
Enclosure