UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RIVKA MANDEL,

                            Plaintiff,

              - against -

JACOB DASKAL,

                       Defendant.

------------------------------------------------------------x

**JOINT PROPOSED**
**SCHEDULING ORDER**

1:23-cv-07352 (RER) (VMS)

It is hereby **ORDERED** as follows:

1)     Defendant shall answer the Amended Complaint by October 17, 2025.

2)     Initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure must be completed by October 22, 2025.  The disclosures should include as detailed a calculation of damages as possible and authorizations for release of medical and other relevant records.

3)     Initial document requests and interrogatories will be served no later than October 29, 2025. The number of interrogatories will be governed by Federal Rule of Civil Procedure 33.

4)     Any joinder and/or amendments of the pleadings must be made by November 12, 2025. By this date, the parties must either stipulate to the joinder and/or amendments of the pleadings or commence motion practice for leave to join and/or amend in accordance with the Individual Rules of the District Judge assigned to this case.

5)     If the parties expect to engage in electronic discovery, they will submit a proposed plan to the Court by November 12, 2025.

6)     Fact discovery closes March 17, 2026.

7)     As to expert disclosures,

a)      The names, qualifications and area(s) of expertise of initial experts shall be served on or before April 17, 2026.

b)      Initial expert witness reports shall be served on or before May 17, 2026.

c)      Rebuttal expert witness reports shall be served on or before June 17, 2026.

8)      All discovery, including any depositions of experts, shall be completed on or before August 17, 2026.

9)      On or before August 24, 2026, the parties must file on ECF a joint letter to the magistrate judge confirming that discovery is concluded.

10)     Any dispositive motion practice must be commenced by September 24, 2026.

   *Note:  Parties must consult the Individual Rules of the District Judge assigned to this case to determine, <u>inter alia</u>, if a pre-motion conference letter is required before a dispositive motion is filed, whether a Local Rule 56.1 statement must first be submitted with the pre-motion conference letter or motion, and whether such a motion should be filed only when fully briefed.*

11)     A proposed joint pre-trial order must be filed by October 15, 2026.

12)     Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c)?

   a)      Yes _____

   b)      No ____x____ *(Do **NOT** indicate which party has declined to consent)*

      *If yes, fill out the AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge Form and file it on ECF. <u>See</u> <u>http://www.uscourts.gov/FormsAndFees/Forms/CourtFormsBeCategory.aspx</u>*

13)     A discovery conference is set for _____ at _____ in person / by telephone. *(The Court will schedule this date).*  The conference call will be arranged and initiated by Plaintiff to Chambers at (718) 613-2300.

14)     A joint discovery status letter must be filed on ECF by _____ in preparation for the discovery conference. *(The Court will schedule this date).*

15)     A final pre-trial conference is set for _____. *(The Court will schedule this date).*

16)     The parties may wish to engage in settlement discussions.  To facilitate this process, Plaintiff agrees to make a demand on or before March 15, 2026, and Defendant agrees to respond to the demand on or before March 30, 2026.

17)     Counsel request a referral to the Court's ADR program?  Yes ____  No __x__ .

18)     Any additional matters:

**This scheduling order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date hereof.**

Dated: Brooklyn, New York
        _____, 20___

_____
VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE