# EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
RIVKA MANDEL,

                                             1:23-cv-07352 (RER) (VMS)

                          Plaintiff,

        - against –

JACOB DASKAL,

                         Defendant.
-------------------------------------------------------------x

## PLAINTIFF'S INITIAL DISCLOSURES
## PURSUANT TO FED. R. Civ. P. 26(a)(1)

      Plaintiff Rivka Mandel, by and through her attorney, Paul Batista, P.C., for her Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1), states as follows:

### Preliminary Statement

      The following Initial Disclosures reflect the information currently available to plaintiff Rivka Mandel. Ms. Mandel reserves the right to supplement or revise these Initial Disclosures to the extent new, different or additional information becomes available during the course of pre-trial discovery.

### Initial Disclosures

A. *Persons Likely to Have Discoverable Information*

    1. *Rivka Mandel*,
       c/o Paul Batista, P.C.,
       26 Broadway,
       New York, New York 10004,
       631 377 0111
       *Subjects:* Circumstances surrounding the crimes inflicted on her by defendant Jacob Daskal ("Daskal"); evidence as to harm and damages sustained by her.

1

2. *Jacob Daskal*, FCI,
   Fort Dix
   5756 Hartford & Pointville Road,
   Joint Base MDL,
   New Jersey 08640,
   609 723 1100
   *Subjects:* Description of the criminal conduct committed by Daskal against Ms. Mandel and disclosure of assets owned, directly or indirectly, by Daskal and transfers of those assets to others.

3. *Bella Daskal*,
   1220 46th Street,
   Brooklyn, New York 11212
   *Subjects:* Information regarding Daskal's criminal conduct and assets owned directly or indirectly by Daskal and transfers of those assets to others.

4. *Kevin O'Donnell, Esq.*,
   Assistant District Attorney,
   Kings County
   *Subjects:* Information surrounding the state indictment of Daskal.

5. Assistant United States Attorney *Erin Reid*,
   United States Attorney's Office,
       Eastern District of New York,
   347 262 7754
   *Subjects:* Information regarding Daskal's federal criminal conviction.

6. Assistant U.S. Attorney *Genny Ngai*,
   United States Attorney's Office,
       Eastern District of New York
   *Subjects:* Information regarding Daskal's federal criminal conviction.

7. Special Agent *Aaron Spivack*,
   Federal Bureau of Investigation,
   202 731 9413
   *Subjects:* Information regarding the federal criminal investigation and conviction of Daskal.

8. *Pearl Dembitzer*,
   1426 46th Street
   Brooklyn, New York 11219
   *Subjects:* Information regarding Daskal's criminal conduct and assets owned directly or indirectly by Daskal, as well as transfers of those assets to others.

9. *Leiby Dembitzer*,
    1426 46th Street
    Brooklyn, New York 11219
    *Subjects:* Information regarding Daskal's criminal conduct and assets owned directly or indirectly by Daskal, as well as transfers of those assets to others.

10. *Chaya Bornstein*,
    314 Foster Avenue
    Brooklyn, New York 11230
    *Subjects:* Information regarding Daskal's criminal conduct and assets owned directly or indirectly by Daskal, as well as transfers of those assets to others.

11. *Shulem Bornstein*,
    314 Foster Avenue
    Brooklyn, New York 11230
    *Subjects:* Information regarding Daskal's criminal conduct and assets owned directly or indirectly by Daskal, as well as transfers of those assets to others.

12. *Chaim Daskal*,
    1680 47th Street
    Brooklyn, New York 11204
    *Subjects:* Information regarding Daskal's criminal conduct and assets owned directly or indirectly by Daskal, as well as transfers of those assets to others.

13. *Esther Brody*,
    4701 12th Avenue
    Apartment A-4
    Brooklyn, New York 11219
    *Subjects:* Information regarding Daskal's criminal conduct and assets owned directly or indirectly by Daskal, as well as transfers of those assets to others.

14. *Rose Teitelbaum*,
    1225 48th Street
    Brooklyn, New York 11204
    *Subjects:* Information regarding Daskal's criminal conduct and assets owned directly or indirectly by Daskal, as well as transfers of those assets to others.

15. *Benzion Daskal*,
    5427 19th Avenue
    Brooklyn, New York 11204
    *Subjects:* Information regarding Daskal's criminal conduct and assets owned directly or indirectly by Daskal, as well as transfers of those assets to others.

16. *Solomon Daskal*,
    2202 Dewitt Terrace
    Linden, New Jersey 07036

  *Subjects:* Information regarding Daskal's criminal conduct and assets owned directly or indirectly by Daskal, as well as transfers of those assets to others.

17. *Barry Daskal*,
    450 Westminster Road
    Brooklyn, New York 11218
    *Subjects:* Information regarding Daskal's criminal conduct and assets owned directly or indirectly by Daskal, as well as transfers of those assets to others.

18. *Chavi Fischbein*,
    16385 Biscayne Boulevard
    Unit 1902
    Aventura, Florida 33160
    *Subjects:* Information regarding the criminal conduct of Daskal and assets owned directly or indirectly by Daskal, as well as transfers of those assets to others.

19. *Isaac Fischbein*,
    16385 Biscayne Boulevard
    Unit 1902
    Aventura, Florida 33160
    *Subjects:* Information regarding the criminal conduct of Daskal and assets owned directly or indirectly by Daskal, as well as transfers of those assets to others.

20. *Representatives of Boro Park Shomrim*
    3618 14th Avenue
    Brooklyn, New York 11218
    *Subjects:* Information regarding the criminal conduct of Daskal and assets owned directly or indirectly by Daskal, as well as transfers of those assets to others, including Boro Park Shomrim a/k/a Boro Park Shomrim Patrol.

21. *Representatives of Bais Yaakov High School of Chicago*
    5800 North Kimball Avenue
    Chicago, Illinois 60659
    *Subjects:* Information relating to the criminal conduct of Daskal and assets owned directly or indirectly by Daskal, as well as transfers of those assets to others, including Bais Yaakov High School of Chicago.

22. *Craindell Z. Mannes*,
    6027 North Central Park Avenue
    Chicago, Illinois 60659
    *Subjects:* Information regarding criminal conduct of Daskal and assets owned directly or indirectly by Daskal, including transfers of assets to others.

23. *Rabbi Ben Zion Halberstam*,
    4803 15th Avenue
    Brooklyn, New York 11219

    *Subjects:* Information regarding criminal conduct of Daskal and assets owned directly or indirectly by Daskal and transfers of those assets to others, including to Ben Zion Halberstam and Congregation Shaarei Zion of Bobov.

24. *Chaim S. Halberstam*,
    5416 14th Avenue
    Brooklyn, New York 11219
    *Subjects:* Information regarding criminal conduct of Daskal and assets owned directly or indirectly by Daskal and transfers of those assets to others, including to Ben Zion Halberstam, Chaim S. Halberstam and Congregation Shaarei Zion of Bobov.

25. *Representatives of Congregation Shaarei Zion of Bobov*
    4803 15th Avenue
    Brooklyn, New York 11219
    *Subjects:* Information regarding criminal conduct of Daskal and assets owned directly or indirectly by Daskal and transfers of those assets to others, including Congregation Shaarei Zion of Bobov.

26. *Representatives of Rabbinical College Bobover Yeshiva Bnei Zion*
    1533 48th Street
    Brooklyn, New York 11219
    *Subjects:* Information regarding criminal conduct of Daskal and assets owned directly or indirectly by Daskal and transfers of those assets to others.

27. *Lipa "Nussy" Brauner*,
    284 Wallabout Street
    Brooklyn, New York 11206
    *Subjects:* Information regarding criminal conduct of Daskal and assets owned directly or indirectly by Daskal and transfers of those assets to others; information regarding attempts to bribe Ms. Mandel.

28. *Mutty Brauner*,
    1009 Willowbrook Road
    Staten Island, New York 10314
    *Subjects:* Information regarding criminal conduct of Daskal.

29. *Representatives of Yad Ephraim*
    5017 10th Avenue
    Brooklyn, New York 11219
    *Subjects:* Information regarding Daskal's criminal conduct.

30. *Pesach Greenberg*,
    5017 10th Avenue
    Brooklyn, New York 11219
    *Subjects:* Information regarding Daskal's criminal conduct.

31. *Chaim Fleischer*,
    5014 16th Avenue
    Brooklyn, New York 11204
    *Subjects:* Information regarding criminal conduct of Daskal.

32. *Representatives of Yachad D'Bobov*,
    5014 16th Avenue
    # 296
    Brooklyn, New York 11204
    *Subjects:* Information regarding criminal conduct of Daskal.

B. *Documents*

Ms. Mandel has possession of a limited number of documents that may be discoverable. At present, the documents include (i) copies of pleadings in the state and federal prosecutions of Daskal and (ii) copies of electronic communications, such as text messages, sent to Ms. Mandel by Daskal and to Daskal by Ms. Mandel.

C. *Damages*

At present, Ms. Mandel's damages relate to the emotional and psychological impact of Daskal's sexual, physical and emotional abuse of Ms. Mandel. Given the lifelong harm Daskal's conduct caused and will continue to cause, Ms. Mandel anticipates that a jury will award her at least $150 million in compensatory and punitive damages.

D. *Insurance*

This Initial Disclosure is irrelevant to Ms. Mandel (*see* Fed. R. Civ. P. 26(a)(i)(A)(iv)) since Ms. Mandel can have no liability to Daskal; in contrast, it is Daskal who has liability to Ms. Mandel. In any event, Ms. Mandel has no insurance germane to this litigation.

Dated: New York, New York
       October 15, 2025

PAUL BATISTA, P.C.

By: _____
Paul Batista
Attorney for Plaintiff Rivka Mandel
26 Broadway, Suite 1900
New York, New York 10004
(T) 631 377 0111
Batista007@aol.com

TO: ALL COUNSEL OF RECORD