## CIVIL MINUTE CALENDAR

**Before EDNY (Brooklyn), U.S. District Judge Ramón E. Reyes, Jr.**

**Courtroom 2E North**

**Date: March 18, 2026**                                    **Time in Court: 30 minutes**

**Docket Number: 23-CV-07352**

**Case Title: Mandel v. Daskal**

**Court Reporter: Andronikh Barna**                    **Time Log:** N/A

**Law Clerk: KP**

**Plaintiff(s)/Petitioner represented by: Paul A. Batista**

**Defendant(s)/Respondent represented by: Mitchell Schuster; Stacey Ashby**


**Type of Hearing Held: premotion hearing**

**Pending Motion(s): N/A**

**TEXT:**

Paul A. Batista appeared on behalf of Plaintiff. Mitchell Schuster and Stacey Ashby appeared on behalf of Defendant. Case Called. Discussions held. Plaintiff's motion for summary judgment is deemed as made as to all open counts in the [21] amended complaint. The motion is granted only with respect to Count 1 against Defendant Jacob Daskel for 18 U.S.C. § 2255 by way of his guilty plea to 18 U.S.C. § 2423, and denied in all other respects. The parties are directed to meet and confer on an updated discovery schedule with Magistrate Judge Vera M. Scanlon. The parties are encouraged to engage in settlement discussions.

Contact the Court Reporter Andronikh Barna at (718) 613-2178 to order the transcript.