UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

RIVKA MANDEL,                                       :
                                                    :
                          Plaintiff,                :
                                                    :        1:23-cv-07352 (RER) (VMS)
            - against –                             :
                                                    :
JACOB DASKAL,                                       :
                                                    :
                          Defendant.                :
-------------------------------------------------------------------x

## NOTICE OF MOTION TO WITHDRAW AS
## ATTORNEY OF RECORD FOR PLAINTIFF RIVKA MANDEL

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4(b), Paul Batista,

Esq., and the firm Paul Batista, P.C., will move this Court (Hon. Vera Scanlon, Chief *U.S.M.J.*),

at a date and time to be determined by the Court, for leave to withdraw as attorney for plaintiff

pursuant to the accompanying declaration dated April 20, 2026 of Paul Batista, Esq.

Dated: New York, New York
       April 20, 2026

                                          PAUL BATISTA, P.C.

                                          By: _____
                                                Paul Batista
                                          26 Broadway, Suite 1900
                                          New York, New York 10004
                                          631 377 0111
                                          Batista007@aol.com

To:   ALL COUNSEL OF RECORD

      RIVKA MANDEL
      112 Grove Street
      Monsey, New York 10952
      [rivkaleahmandel@gmail.com]