UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

RIVKA MANDEL,                                    :
                                                 :
                              Plaintiff,          :
                                                 :          1:23-cv-07352 (RER) (VMS)
            - against –                          :
                                                 :
JACOB DASKAL,                                    :
                                                 :
                              Defendant.          :

-------------------------------------------------------------------x

## DECLARATION OF PAUL BATISTA, ESQ., IN SUPPORT OF MOTION TO BE RELIEVED AS ATTORNEY OF RECORD TO PLAINTIFF RIVKA MANDEL

PAUL BATISTA declares under penalty of perjury as follows:

1.      I have represented plaintiff Rivka Mandel since the filing of this action on October 2, 2023.  I submit this declaration in support of my motion for leave to withdraw as the attorney for plaintiff.  Except as otherwise specifically indicated, I have personal knowledge of the facts set forth in this declaration.

### Reasons Supporting Withdrawal

2.      As the Court (Hon. Vera Scanlon, *C.U.S.M.J.*) may recall, I attended on April 16, 2026, a status conference in this action.  Also present at the conference, and seated to my right, was plaintiff.  The attorneys for defendant Jacob Daskal were also present.

3.      During the course of the conference, plaintiff abruptly stood and left the courtroom.  When that happened, the Court called a brief recess and I went into the corridor to find plaintiff.  She had already left the corridor.  I returned to the courtroom.

4.      I did not hear from plaintiff after she left the courtroom on April 16, 2026 or on Friday, April 17, 2026.

5. Late on Friday, April 17, 2026, I received an email from an attorney identifying himself as J. Remy Green ("Ms. Green") advising me that plaintiff "has found new counsel" – specifically, Ms. Green and her firm, Cohen & Green, P.L.L.C.

6. I make the assumption that plaintiff authorized Ms. Green to communicate with me.

7. Obviously under the circumstances I can no longer act as attorney for plaintiff. This fact creates the following situation:

- The parties and their counsel attended a pre-motion conference, also held on April 16, 2026, before Judge Garaufis, who granted my request for leave to file a motion for release of the Pre-Sentence Investigation Report ("PSR") relating to defendant Jacob Daskal. Judge Garaufis set out, in the record, a briefing schedule which directed that the motion for release of the PSR be made three weeks after the April 16 pre-motion conference before Judge Garaufis; and

- When I returned to the courtroom after the recess on April 16, 2026, Judge Scanlon announced a schedule for further pre-trial activities in the litigation.[1]

8. Ms. Mandel and I executed on or about August 10, 2023, a retainer agreement entitling me and my firm, among other things, to a contingent fee of "one third" of the proceeds of any type of recovery resulting from the action I commenced on behalf of plaintiff.

9. I compliance with the terms of Local Civil Rule 1.4(b), I stress that I will *not* forego the charging lien to which I am entitled under New York law and the retainer agreement, nor will I waive the retaining lien I have on the documents under New York law.

---

[1] I have not had an opportunity to arrange with the Eastern District Court Reporters the obtaining of the transcripts of the proceedings on April 16 before Judge Garaufis and the later proceedings on the same day before Judge Scanlon. Ms. Green and plaintiff are, of course, free to make arrangements to obtain and to pay for the transcripts.

2

## Conclusion

10.    For the foregoing reasons, I respectfully request that the Court enter an order granting this motion for leave to withdraw as attorney for plaintiff.

Dated: New York, New York
       April 20, 2026

_____
PAUL BATISTA