AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | ) | |
|---|---|---|
| Mandel | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  23-cv-7352 |
| Daskal et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Mandel                                                                                          .

Date:      04/20/2026                                    /s/ Remy Green
                                                              *Attorney's signature*

                                                        Remy Green, 5505300
                                                        *Printed name and bar number*

                                                        Cohen&Green P.L.L.C.
                                                        1639 Centre St., Ste. 216
                                                        Ridgewood, NY 11385

                                                        *Address*

                                                        remy@femmelaw.com
                                                        *E-mail address*

                                                        (929) 888-9480
                                                        *Telephone number*

                                                        (929) 888-9457
                                                        *FAX number*