AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| Mandel | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   23 CV 7352 (RER)(VMS) |
| Daskal | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                               .

Date:     12/18/2023

/s/
*Attorney's signature*

Jessica Massimi (JM-2920)
*Printed name and bar number*

Massimi Law PLLC
99 Wall Street, Suire 1264
NY, NY 10005

*Address*

Jessica.Massimi@gmail.com
*E-mail address*

(646) 241-9800
*Telephone number*

*FAX number*

**Print**          **Save As...**                                        **Reset**