MASSIMI LAW PLLC
99 Wall Street, Suite 1264, New York, NY 10005
Jessica.Massimi@gmail.com

May 1, 2026

Hon. Vera M. Scanlon
Chief United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Mandel v. Daskal, 23 CV 7352 (RER)(VMS)**

Your Honor:

I, along with co-counsel, represent the Plaintiff. Plaintiff respectfully requests the Court endorse the attached Proposed Protective Order, which has been signed by both parties. The Proposed Protective Order was taken from Judge Marcia Henry's form protective order which appears on her court webpage, with minimal edits from Defendant. In any event, both parties consent to the attached Proposed Order and respectfully request the Court endorse it.

Plaintiff thanks the Court for its time.

Respectfully submitted,
Jessica Massimi
JESSICA MASSIMI, Esq.