**PAUL BATISTA, P.C.**
**Attorney-at-Law**
**26 Broadway – Suite 1900**
**New York, New York 10004**
**(631) 377-0111**

**e-mail: Batista007@aol.com**                                    **Facsimile: (212) 344-7677**

May 1, 2026

VIA ECF
Hon. Vera M. Scanlon
Chief United States Magistrate Judge
    for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** **Rivka Mandel v. Jacob Daskal,**
**1:23-cv-07352 (RER) (VMS)**

Dear Chief Judge Scanlon:

I am the attorney who initiated this litigation on behalf of plaintiff Rivka Mandel in 2023. By motion filed April 20, 2026, I moved for leave to withdraw as Ms. Mandel's counsel.

On April 22, 2026, I underwent spinal surgery. Acting through an attorney named J. Remy Green ("Green"), Ms. Mandel on April 23, 2026, filed a motion to compel me to turn over my files to Green.

The purpose of this letter is to request an extension to May 7, 2026 of my time to respond to the April 23 motion.

The reason for this request is straightforward. Since April 22, as a result of the surgery, I have been at home recuperating and unable during this period to respond to the motion. I should be able to do so by May 7, 2026, and request that the Court await my response until that date.

I do note that I have on several occasions advised Green that I will make all of my files available at my office to an independent contractor selected and engaged by Green (i) to remove

the files from my office, (ii) to duplicate them, (iii) to provide the duplicates to Green, and (iv) to

return my files to me. *Green has rejected these offers.*

Obviously, there is no basis for a motion to compel the production of documents which,

although they are subject to a retaining lien in my favor, I have repeatedly made available.

Respectfully submitted,

Paul Batista

cc:     All Counsel of Record