UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIVKA MANDEL,<br><br>                     Plaintiff,<br><br>      -against-<br><br>JACOB DASKAL,<br><br>                   Defendant. | Case No. 1:23-cv-07352-RER-VMS<br><br>**DEFENDANT JACOB DASKAL'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO <u>GENUINE ISSUE TO BE TRIED</u>** |

Pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 56.1, defendant Jacob Daskal, by and through his undersigned counsel, Meister Seelig & Schuster PLLC, respectfully submits this Statement of Material Facts as to which Mr. Daskal maintains there is no genuine issues to be tried.

1.      The alleged "sexual offenses" at issue in this action took place between August and November 2017.  *See* Ex. 2, Amended Complaint, ECF No. 21, ¶¶43, 45, 59-60 .

2.      Between August and November 2017, plaintiff Rivka Mandel ("Plaintiff") was a minor under 18 years of age.  *See* Ex. 2, Amended Complaint, ECF No. 21, at ¶¶1-2, 42, 43, 53-54, 59-60, 69-74, 89.

3.      Plaintiff commenced this action on October 25, 2023.  *See* Ex. 1, Original Complaint, ECF No. 1.

Dated: April 30, 2026
       New York, New York

**MEISTER SEELIG & SCHUSTER PLLC**

By:   */s/ Remy J. Stocks*
        Mitchell Shuster
        Stacey M. Ashby
        Remy J. Stocks
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
ms@mss-pllc.com
sma@mss-pllc.com

rjs@mss-pllc.com
*Attorneys for Defendant Jacob Daskal*

8600\5\12040976.v1