

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

**Re:**    **Mandel v. Daskal, 23-cv-07352**

Dear Judge Scanlon:

My firm and co-counsel are counsel for Plaintiff in the case above. We write, with consent from Defendants and outgoing counsel, to request an adjournment of the conference scheduled for May 12, 2026, at 2:30 p.m., per the Court's May 1, 2026 Minute Order

I am not available at that time because I will be taking a prior, Court-Ordered (all day) 30(b)(6) deposition on that date in a large class action.[1] I have consulted with counsel for Defendants and outgoing counsel, and due to pre-existing obligations, the entire necessary group is not available in person because of pre-planned travel and the like until after one lawyer's lengthy trip without any availability that lasts through May 24, 2026.

I apologize I have not been able to coordinate three dates, per the Court's Rules. Responses from outgoing counsel only included three dates, and only one of those worked for us and Defendant's counsel — June 2, 2026 any time after 2:00 p.m. Defendant's counsel have also made meaningful efforts to work with us to get the appropriate number of dates.

Accordingly, I ask, with all parties' consent, for the Court to adjourn the conference to June 2, 2026 any time after 2:00 p.m. As always, we thank the Court for its time and consideration. In the alternative, if the Court does not have availability that date, I would ask the Court to direct outgoing counsel (and specifically Mr. Lowy) to provide all scheduling conflicts for the 30 days after May 24, 2026, so I can provide the number of proposed alternatives the Court requires.

Respectfully submitted,

/s/

_____

J. Remy Green
*Honorific/Pronouns: Mx., they/their/them*

---

[1] Because of that, I would not be able to make any in person appearance on that day. If the Court can make the appearance remote, I may be able to coordinate the deposition to have a relatively late lunch break so I can attend.



**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com