**MASSIMI LAW PLLC**
99 Wall Street, Suite 1264, New York, NY 10005
Jessica.Massimi@gmail.com

May 6, 2026

Hon. Ramón E. Reyes
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:    Mandel v. Daskal, 23 CV 7352 (RER)(VMS)**

Your Honor:

I, along with co-counsel, represent the Plaintiff. Plaintiff respectfully requests an extension of time to respond to the Defendant's pre-motion conference letter for summary judgment (ECF No. 148) from the current May 8, 2026 deadline up to and including May 22nd. Plaintiff originally asked Defendant to consent to an extension of one week after a decision on Plaintiff's pending motion to compel the file from prior counsel (ECF No. 144). Defendant declined consent stating its belief that Plaintiff does not need the file to respond to Defendant's pending motion and further stated "If you want an additional week or so to respond to our letter, we would be fine with that." Given that new counsel recently took over representation of Plaintiff and we have been attempting to resolve various administrative and other case-related matters since then, we respectfully request this additional time to respond. This is the first request for an extension of this deadline.

Plaintiff thanks the Court for its time.

Respectfully submitted,

*Jessica Massimi*

JESSICA MASSIMI, Esq.