**PAUL BATISTA, P.C.**
**Attorney-at-Law**
**26 Broadway – Suite 1900**
**New York, New York 10004**
**(631) 377-0111**

**e-mail: Batista007@aol.com**                                      **Facsimile: (212) 344-7677**

May 19, 2026

VIA ECF

Hon. Vera M. Scanlon
Chief United States Magistrate Judge
    for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                    **Re:    Rivka Mandel v. Jacob Daskal,**
                    **1:23-cv-07352 (RER) (VMS)**

Dear Chief Judge Scanlon:

At Your Honor's suggestion, attorneys J. Remy Green, Esq., and Jessica Massimi, Esq. — both of whom have since April 16, 2026 filed Notices of Appearance for plaintiff Rivka Mandel — and I have executed the enclosed Stipulation relating to release of documents and material in my possession in connection with my representation of plaintiff Rivka Mandel from the date on which I filed the above-entitled action on her behalf in October 2023 through April 16, 2026.

Also at Your Honor's suggestion, the enclosed executed Stipulation conclusively resolves, as among counsel, the issue of which attorneys represent plaintiff since April 16, 2026.

I respectfully request that Your Honor "so order" the enclosed executed Stipulation.

Finally, given the terms of the enclosed Stipulation, I request that I be excused from attending the status conference scheduled for May 26, 2026.

                            Respectfully submitted,

                            Paul Batista

cc:    All Counsel of Record

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

RIVKA MANDEL,                                  :
                                               :    1:23-cv-07352 (RER) (VMS)
                              Plaintiff,        :
                                               :
              - against –                       :
                                               :
JACOB DASKAL,                                   :
                                               :
                              Defendant.        :

------------------------------------------------------------------x

**STIPULATION REGARDING (A) RELEASE OF PRIOR COUNSEL'S FILES
TO SUBSTITUTE COUNSEL FOR PLAINTIFF RIVKA MANDEL
AND (B) SUBSTITUTION OF COUNSEL TO PLAINTIFF**

IT IS HEREBY STIPULATED AND AGREED among the undersigned counsel as follows:

1.     Paul Batista, Esq., and Paul Batista, P.C. ("Plaintiff's Original Counsel"[1]) will release (the "Release of Documents"), (1) without any waiver of the charging lien and retaining lien to which Plaintiff's Original Counsel asserts he is entitled under New York law and the October 2023 engagement agreement between Plaintiff's Original Counsel and plaintiff; and (2) without any waiver by Plaintiff of any right to challenge the entitlement or amount of any purported lien, to the purported substitute counsel for plaintiff identified below.

2.     The Release of Documents shall be effectuated as follows:

(i)     On a mutually agreeable date and time, Plaintiff's Original Counsel shall make available all documents concerning the litigation in the case styled *Mandel v. Daskel*, 23-cv-7352 (EDNY), in the possession, custody and control of Plaintiff's Original Counsel at the office of Plaintiff's Original Counsel at 26 Broadway, Suite 1800, New York, New York 10004, such that (1) any paper copy files shall be made available as they are kept in the usual course of business and (2) all digital files shall either be provided on that date on a reasonable storage medium, or transmitted digitally in advance of that date;

---

[1] This stipulation does not resolve any issue concerning the files held by Allen Lowy or his substitution.

(ii)    On the date and time mutually acceptable under § 2(i), *supra*, responsible personnel employed by Cohen&Green, without any expense or compensation from Plaintiff's Original Counsel, shall promptly remove the documents from the office of Plaintiff's Original Counsel;

(iii)    Within thirty (30) days of removal of the documents made available by Plaintiff's Original Counsel, putative substitute counsel shall make, at their own expense and in whatever format putative substitute counsel desires, copies of any documents they wish to duplicate at the sole expense of putative substitute counsel;

(iv)    Within the thirty (30) day period designated in § 2(iii), *supra*, putative substitute counsel shall return *all* paper documents released by Plaintiff's Original Counsel at the office of Plaintiff's Original Counsel at 26 Broadway, Suite 1800, New York, New York 10004, at the exclusive expense of plaintiff's putative substitute counsel in exactly the form in which all such documents were released, except for any reasonable alterations required to scan such documents (for example, removing staples and re-stapling following scanning shall be permitted).

3.    Undersigned counsel hereby stipulate and agree that, effective as of April 16, 2026, putative substitute counsel in all respects have replaced Plaintiff's Original Counsel and in all respects have served as counsel and attorneys-of-record to plaintiff since April 16, 2026 without voluntary waiver of Plaintiff's Original Counsel to the charging lien to which Plaintiff's Original Counsel asserts he is entitled under New York law and the October 2023 engagement agreement between plaintiff and Plaintiff's Original Counsel, and without waiver by Plaintiff of any right to challenge the entitlement or amount of any purported lien.

Dated: New York, New York
       May 18, 2026

PAUL BATISTA, P.C.

By: _____
       Paul Batista
       *Prior Counsel to Plaintiff*
       26 Broadway, Suite 1900
       New York, New York 10004
       (T) 631 377 0111
       Batista007@aol.com

2

MASSIMI LAW PLLC

By: *Jessica Massimi*
    Jessica S. Massimi
*Attorneys for Plaintiff*
99 Wall Street
New York, New York 10005
jessica.massimi@gmail.com

COHEN & GREEN P.L.L.C.

By: _____
    J. Remy Green
*Attorneys for Plaintiff*
1639 Centre Street
Ridgewood, New York 11385
remy@femmelaw.com

S O   O R D E R E D

_____
Hon. Vera M. Scanlon, *Chief U.S.M.J.*