**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RIVKA MANDEL. | |
| *Plaintiff,* | |
| v. | |
| JACOB DASKAL, | |
| *Defendant.* | |

Case No.: 23-cv-7352-RER-VMS

**NOTICE OF MOTION REQUESTING THE COURT DETERMINE AND SETTLE PRIOR COUNSEL'S CHARGING LIEN**

**PLEASE TAKE NOTICE** that Plaintiff Rivka Mandel, by and through her counsel Cohen&Green P.L.L.C., and Jessica Massimi, will move this Court, at a date and time to be determined by the Court, for an Order determining and settling any lien by her prior counsel Paul Batista and/or Allen Lowy, as follows:

1. Severing so much of the judgment already granted as covers the mandatory, statutory award of attorneys' fees covering fees through the date of substitution, and allowing Prior Counsel to make a fee application and recover those fees from Defendant based on the lodestar; or

2. Scheduling and holding a hearing on whether counsel terminated his own representation or was discharged for cause and if neither, either:

    a. At the same hearing, fixing — using a lodestar — a present dollar value based in *quantum meruit* for Prior Counsel's fees, and set that as the charging lien going forward; or

    b. Ruling it will allow a "contingent percentage fee based on the proportionate share of the work performed on the whole case," and therefore delay resolving this issue until "the conclusion of the case" (*Lai Ling Cheng v Modansky Leasing Co.*, 73 NY2d 454, 458 (1989)), while clarifying that the lien *will* be calculated based on "the proportionate share of the work performed on the whole case" (*id.*), not an unethical demand the client pay more than 1/3 of her recovery in total.

Dated: June 5, 2026
Queens, New York

Respectfully submitted,

**COHEN&GREEN P.L.L.C.**

/s/
_____
**BY:**      J. Remy Green

1

1639 Centre St., Suite 216
Ridgewood, New York 11385
t : (929) 888-9480
f:  (929) 888-9457
e:  remy@femmelaw.com