**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

RIVKA MANDEL,

*Plaintiff,*

v.

JACOB DASKAL,

*Defendant.*

Case No.: 23-cv-7352-RER-VMS

**DECLARATION OF
J. REMY GREEN**

I, Remy Green, being duly sworn, depose and say:

1.      I am a partner at Cohen&Green P.L.L.C., co-counsel for Plaintiff in the case above. I make this declaration accompanying Plaintiff's motion to settle any lien claimed by Plaintiff's prior counsel to place one exhibit in the record.

2.      Attached as **Exhibit 1**, submitted under seal, is a true copy of an email between Plaintiff and Mr. Batista.

I declare, under penalty of perjury, that the statements above are true and correct.

Executed On: June 5, 2026

/s/

_____

J. Remy Green

1