**PAUL BATISTA, P.C.**
**Attorney-at-Law**
**26 Broadway – Suite 1900**
**New York, New York 10004**
**(631) 377-0111**

e-mail: Batista007@aol.com                                    Facsimile: (212) 344-7677

June 9, 2026

VIA ECF
Hon. Ramón E. Reyes, Jr.
United States District Judge for the
    Eastern District of New York
United States District Court
225 Cadman Plaza East
Courtroom 2E North
Brooklyn, New York 11201

Re:    **Ex Parte Temporary Restraining Order –**
       **Mandel v. Daskal, 23-cv-7352 (RER)(VMS)**

Dear Judge Reyes:

I have been a Member of the Bar of this Court since March 1975.

I communicate at this point because I have just now had an opportunity to read in detail Your Honor's email sent yesterday by 6:10 P.M.

Essentially, my purpose in writing is that I understand that current counsel to plaintiff Rivka Mandel desires the entry of an order restraining me from disclosing my communications with Ms. Mandel to defense counsel. I further understand that a hearing has been scheduled on Monday, June 15, regarding the proposed TRO.

The purpose of this prompt letter is to advise Your Honor that, to the extent I understand the proposed TRO I consent to not providing purported attorney-client communications to defense counsel.

To provide context: I have not in fact provided attorney-client communications to defense counsel, although it is my view that Ms. Mandel and her new counsel have waived the assertion of the privilege by challenging, repeatedly, my rights to the assertion of a charging lien under New York law and my October 2023 retainer agreement with Ms. Mandel. Your Honor may recall that I undertook the representation of Ms. Mandel at the outset of this action in October 2023 and represented her very effectively (and with constant written praise from her) until May 16, 2026, when Ms. Mandel, at a hearing before Judge Scanlon, abruptly and without justification walked out of the Courtroom at a hearing before Judge Scanlon.

Hon. Ramón E. Reyes, Jr.
June 9, 2026
Page 2

There was no basis for her contemptuous act. On May 17, I was notified by one J. Remy Green ("Green") that Green was taking over the case. That was perfectly acceptable to me since, as soon as Ms. Mandel walked out of the Courtroom, I decided to move to withdraw as her counsel. On May 20, 2026, I promptly moved for leave to withdraw as Mandel's counsel, citing only her contemptuous behavior in walking out of an ongoing hearing before Judge Scanlon.

In the weeks since Ms. Mandel's inexcusable conduct, I have received dozens of communications from Green and one of her colleagues. They are more intent on waging a campaign against me than they are, I submit, in pressing Ms. Mandel's claims. Your Honor may recall that, on my earlier application, Your Honor entered summary judgment on Count I as to liability against defendant Daskal. Count I is by far the most important claim in the Amended Complaint, which I prepared and filed. Green has done nothing to seek judgment as to injury, if any, even though Green has a clear path to doing so.

In any event, as indicated, I do not oppose the relief it may be that Green is seeking by TRO. To the extent I currently understand it, I consent to it. I will, of course, appear at any hearing on June 15 which the Court may still deem necessary.

Respectfully submitted,

Paul Batista

cc:    All Counsel of Record