MASSIMI LAW PLLC
99 Wall Street, Suite 1264, New York, NY 10005
Jessica.Massimi@gmail.com


June 10, 2026

Hon. Ramón E. Reyes
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:**  <u>**Mandel v. Daskal,**</u> **23 CV 7352 (RER)(VMS)**

Your Honor:

  I, along with co-counsel, represent the Plaintiff. I write to request that Plaintiff be excused from Monday's Court appearance. On June 9, 2026, the Court issued an Order stating that "Only plaintiff's counsel, plaintiff, and Mr. Batista will be permitted to attend." For sake of clarity, Ms. Mandel had not intended to attend. In an abundance of caution we respectfully request an Order from the Court clarifying whether Plaintiff's presence is required.

  Plaintiff thanks the Court for its time.


        Respectfully submitted,

        *Jessica Massimi*
        JESSICA MASSIMI, Esq.