UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x

RIVKA MANDEL,

                             Plaintiff,

              - against –

JACOB DASKAL,

                       Defendant.

Case No. 1:23-cv-07352
(RER) (VMS)

--------------------------------------------------------------------x

**DECLARATION OF PAUL BATISTA IN OPPOSITION
TO MOTION REGARDING CHARGING LIEN**

PAUL BATISTA declares under penalty of perjury as follows:

1.      I have been a Member in good standing of the Bar of this Court since March 1975. I respectfully submit this declaration in opposition to the motions denominated Document Nos. 161 and 162 filed by the firms Cohen&Green P.L.C.C. and Massimi Law PLLC which purport to seek the "determining and setting of any lien" held by me in this litigation. Except as otherwise specifically indicated, I have personal knowledge of the facts set forth in this declaration.

**Preliminary Statement**

2.      At the outset, I emphasize that none of the relief demanded by movants should be granted. For the sake of clarity, I served as attorney-of-record for plaintiff Rivka Mandel ("Mandel") from the moment the initial complaint in this action was filed on October 2, 2023 (*see* Docket Document No. 1 contained in the full docket sheet annexed as Exhibit 1 to this declaration) until June 1, 2026 (*see* Docket Text dated June 1, 2026), a period of approximately two-and one-half years. Attorneys named J. Remy Green ("Green") and Jessica Massimi (collectively, "Current Counsel" and "movants") filed separate notices of appearance on April 20, 2026.

3.      Briefly described, this declaration sets forth facts relevant to the opposition to movants' application.  The accompanying memorandum articulates the legal grounds for denial of movants' application.

### The Overall Context

4.      In or about August 2023, Mandel asked to meet with me regarding the potential of my representing her in a civil litigation against Jacob Daskal ("Daskal"), who had been indicted on February 26, 2021, in the United States District Court for the Eastern District of New York for sexual and other offenses against Mandel.  *See United States* v. *Jacob Daskal*, 1:21-cr-01110 (NGG) (the "Daskal Criminal Action").

5.      My conference with Mandel – a conference which I did not request and which took place at my office in Manhattan – resulted in Mandel's entering into and executing a conventional and traditional contingency retainer agreement, together with a related Statement of Client's Rights.  The documents were signed by Mandel and me on August 10, 2023.

6.      As would be the case with any client involved in a contingency retainer agreement, the documents provided, among other things, that I was entitled to receive one third of the proceeds that Mandel recovers in this case.[1]

7.      As events unfolded, Daskal, at a hearing on September 29, 2023, changed his plea from "not guilty" to "guilty."  (Annexed as Exhibit 2 is a copy of the criminal docket in the Daskal Criminal Action, *see* Docket Entry No. 149.)

8.      Given the guilty plea, Judge Garaufis scheduled sentencing for October 11, 2023 (*id.*).  Moreover, since the plea more than adequately formed the basis for the commencement

---

[1] Although none of the terms of the retainer agreement or Statement of Client's Rights are confidential or unique, I am prepared, at the request of the Court, to file complete texts of both executed documents if the Court so desires.

of the civil action Mandel wanted me to pursue on her behalf, I prepared and filed the original complaint on October 2, 2023 (*see* Doc. No. 1 in the full docket report annexed as Exhibit 1).

9.    At sentencing in October 2023, Daskal was ordered to imprisonment for 17.5 years (*see* Exhibit 2, Docket Entry 162).  In light of extensive comments made on-the-record by Judge Garaufis at sentencing regarding the potential responsibility of the "community" in which Daskal was a leading figure for decades, I prepared and filed an Amended Complaint on Mandel's behalf on January 25, 2024 (*see* Exhibit 1, Doc. No. 21).

10.    Daskal moved under Fed. R. Civ. P. 12(b)(6) to dismiss the Amended Complaint.

11.    On Mandel's behalf, I opposed Daskal's motion.  On August 25, 2025, United States District Judge Ramón Reyes denied Daskal's motion to dismiss Count I of the Amended Complaint.  (*See* annexed Exhibit 1, Doc. No. 109.)

12.    Significantly, it was Count I of the Amended Complaint which constituted the principal charging allegations against Daskal under 18 U.S.C. § 2255.

13.    Even more significantly, Judge Reyes, on my application for summary judgment as to liability, on March 18, 2026, granted summary judgment against Daskal under Count I of the Amended Complaint, expressly finding that Daskal had violated 18 U.S.C. § 2255.

14.    It merits emphasis that Mandel never discharged me for cause or any other reason.  It was only after Mandel, on April 16, 2026, walked out of a hearing before Judge Scanlon that it became obvious that Mandel's contempt for the Court, for judicial proceedings, and for me represented a complete breakdown, *caused by Mandel only*, in my relationship with her. [2]

---

[2] Within two days of Mandel's behavioral misconduct, movants filed their notices of appearance.

15. Even though I successfully conducted the action for two-and-one-half years *and* obtained a summary judgment against Daskal on the most important facet of the Amended Complaint, movants – who are pre-occupied with harassing me – have done nothing to advance Mandel's case.

16. Moreover, movants are fighting about nothing. There has been no settlement. There has been no entry of judgment for the damages which flow from the grant of summary judgment I obtained three months ago since movants have concentrated their retaliatory tactics at me, not at defendants or the merits of the action.

17. In conclusion, in light of the circumstances identified in this declaration and the accompanying legal memorandum, there is no need at this point to fix and determine the amount of my charging lien. That can be done when – *and if* – there are ever any settlement or judgment funds.

## Conclusion

18. For the foregoing reasons, movants' application should be denied in all respects at this time.

Dated: New York, New York
　　　　June 24, 2026

---

PAUL BATISTA

4

# Exhibit 1

ACO,DJI

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:23-cv-07352-RER-VMS

Mandel v. Daskal
Assigned to: District Judge Ramon E. Reyes, Jr
Referred to: Chief Mag. Judge Vera M. Scanlon
Demand: $150,000,000
Cause: 28:1391 Personal Injury

Date Filed: 10/02/2023
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**Rivka Mandel**
represented by **Jessica S. Massimi**
Massimi Law PLLC
99 Wall Street
Suite 1264
New York, NY 10005
646-241-9800
Email: jessica.massimi@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Remy Green**
Cohen&Green P.L.L.C.
1639 Centre Street
Suite 216
Ridgewood, NY 11385
929-888-9480
Fax: 929-888-9457
Email: remy@femmelaw.com
*ATTORNEY TO BE NOTICED*

**Paul A. Batista**
Paul Batista, PC
26 Broadway
New York, NY 10004
212-980-0070
Fax: 212-344-7677
Email: batista007@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Jacob Daskal**
represented by **Mitchell Schuster**
Meister Seelig & Schuster PLLC
125 Park Ave.
7th Floor
New York, NY 10017
212-655-3549

Email: ms@mss-pllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacey Ashby**
Meister Seelig & Fein LLP
125 Park Avenue, 7th Fl
New York, NY 10017
212-655-3500
Email: sma@msf-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amit Shertzer**
Sichenzia Ross Ference Carmel LLP
1185 Avenue of the Americas, 26th floor
New York, NY 10036
212-930-9700
Fax: 212-930-9725
Email: ashertzer@srfc.law
*TERMINATED: 09/08/2025*
*ATTORNEY TO BE NOTICED*

**Eli Esakoff**
Meister Seelig & Schuster PLLC
125 Park Avenue
FL 7
New York, NY 10017
212-755-3178
Email: eje@msf-law.com
*ATTORNEY TO BE NOTICED*

**Kevin Andrew Fritz**
Meister Seelig & Schuster PLLC
125 Park Avenue
7th Floor
NY
New York, NY 10017
212-655-3500
Email: kaf@mss-pllc.com
*ATTORNEY TO BE NOTICED*

**Remy Stocks**
Meister Seelig & Schuster PLLC
125 Park Ave Fl 7
Ste Apt 2h
New York
New York, NY 10016
212-920-4660
Fax: 646-539-3600
Email: rjs@msf-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bella Daskal**
*TERMINATED: 08/25/2025*

represented by **Benjamin Zev Koblentz**
Rosenberg & Estis, P.C.
11 Grand Central East
New York, NY 10017
212-867-6000
Email: bkoblentz@rosenbergestis.com
*ATTORNEY TO BE NOTICED*

**Deborah E. Riegel**
Rosenberg & Estis, P.C.
Litigation
11 Grand Central East
14th Floor
New York, NY 10017
212-551-8466
Fax: 212-551-8484
Email: driegel@rosenbergestis.com
*ATTORNEY TO BE NOTICED*

## Defendant

**Pearl Dembitzer**
*TERMINATED: 08/25/2025*

represented by **Benjamin Zev Koblentz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deborah E. Riegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Defendant

**Leiby Dembitzer**
*TERMINATED: 08/25/2025*

represented by **Benjamin Zev Koblentz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deborah E. Riegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Defendant

**Chaya Bornstein**

## Defendant

**Shulem Bornstein**

## Defendant

**Chaim Daskal**

## Defendant

**Esther Brody**

## Defendant

**Rose Teitelbaum**
*TERMINATED: 08/25/2025*

represented by **Benjamin Zev Koblentz**
(See above for address)
*ATTORNEY TO BE NOTICED*

Deborah E. Riegel
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Benzion Daskal**

**Defendant**

**Soloman Daskal**

**Defendant**

**Barry Daskal**

**Defendant**

**Chavi Fischbein**

**Defendant**

**Isaac Fischbein**

**Defendant**

**Boro Park Shomrim**

**Defendant**

**Bais Yaakov Highschool of Chicago**

**Defendant**

**Craindell Z. Mannes**

**Defendant**

**Rabbi Ben Zion Halberstam**
*TERMINATED: 08/25/2025*

represented by **Andrew J. Levander**
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500
Fax: (212) 698-3599
Email: Andrew.levander@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary J. Mennitt**
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
212-698-3500
Fax: 212-698-3599
Email: gary.mennitt@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**May K Chiang**
Dechert LLP
1095 Avenue Of The Americas

New York, NY 10036
212-649-8734
Fax: 212-698-3599
Email: may.chiang@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julia Markham-Cameron**
Blank Rome LLP
1271 6th Ave
New York, NY 10020
212-885-5058
Email:
julia.markhamcameron@blankrome.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chaim S. Halberstam**
*TERMINATED: 08/25/2025*

represented by **Andrew J. Levander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary J. Mennitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**May K Chiang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julia Markham-Cameron**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Congregation Shaarei Zion of Bobov**
*TERMINATED: 08/25/2025*

represented by **Mark S Cohen**
Cohen & Gresser
100 Park Avenue
23rd Floor
New York, NY 10017
212-957-7600
Fax: 212-957-4514
Email: mcohen@cohengresser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Vincent Povolny**
Cohen & Gresser LLP
100 Park Avenue
New York, NY 10047

212-957-7600
Fax: 212-957-4514
Email: mpovolny@cohengresser.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rabbinical College Bobover Yeshiva Bnei Zion**
*TERMINATED: 08/25/2025*

represented by **Mark S Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Vincent Povolny**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lipa " Nussy" Brauner**
*TERMINATED: 08/25/2025*

represented by **Marc A. Agnifilo**
Agnifilo Intrater LLP
140 Broadway
Ste 2450
Ste 24th Floor
New York, NY 10005
646-205-4350
Email: marc@agilawgroup.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mutty Brauner**

**Defendant**

**Yad Ephraim**
*a/k/a Ezras Cholim Yad Ephraim*
*TERMINATED: 08/25/2025*

represented by **Mark S Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Vincent Povolny**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pesach Greenberg**
*TERMINATED: 08/25/2025*

represented by **Mark S Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Vincent Povolny**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yachad D'Bobov**
*TERMINATED: 08/25/2025*

represented by **Mark S Cohen**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Matthew Vincent Povolny**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chaim Fleischer**                          represented by **Mark S Cohen**
*TERMINATED: 08/25/2025*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Matthew Vincent Povolny**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/02/2023 | 1 | COMPLAINT against Jacob Daskal filing fee $ 402, receipt number ANYEDC-17140777 Was the Disclosure Statement on Civil Cover Sheet completed -Yes,, filed by Rivka Mandel. (Batista, Paul) Modified on 5/8/2024 to correct defendant's last name(MV). (Entered: 10/02/2023) |
| 10/02/2023 | 2 | Re 1 Complaint by Rivka Mandel (Batista, Paul) (Entered: 10/02/2023) |
| 10/02/2023 | 3 | Proposed Summons. Re 1 Complaint by Rivka Mandel (Batista, Paul) (Entered: 10/02/2023) |
| 10/06/2023 |  | Case Assigned to Judge Nina R. Morrison and Magistrate Judge Vera M. Scanlon. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (KD) (Entered: 10/06/2023) |
| 10/06/2023 | 4 | Clerk's Notice Re: Consent. A United States Magistrate Judge has been assigned to this case and is available to conduct all proceedings. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.The form may also be accessed at the following link: https://img.nyed.uscourts.gov/files/forms/MJConsentForm.pdf (KD) (Entered: 10/06/2023) |
| 10/06/2023 | 5 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (KD) (Entered: 10/06/2023) |
| 10/06/2023 | 6 | Summons Issued as to Jacob Daskal. (KD) Modified on 5/8/2024 to correct defendant's last name(MV). (Entered: 10/06/2023) |
| 10/19/2023 | 7 | Letter by Rivka Mandel (Batista, Paul) (Entered: 10/19/2023) |
| 10/20/2023 | 8 | AFFIDAVIT of Service for Summons and Complaint served on Jacob Daskal on October 11, 2023, filed by Rivka Mandel. (Batista, Paul) (Entered: 10/20/2023) |

| 11/01/2023 | 9 | NOTICE of Appearance by Mitchell Schuster on behalf of Jacob Daskal (aty to be noticed) (Schuster, Mitchell) Modified on 5/8/2024 (MV). (Entered: 11/01/2023) |
|---|---|---|
| 11/01/2023 | 10 | NOTICE of Appearance by Stacey Ashby on behalf of Jacob Daskal (aty to be noticed) (Ashby, Stacey) Modified on 5/8/2024 (MV). (Entered: 11/01/2023) |
| 11/01/2023 | 11 | Letter MOTION for Extension of Time to File Answer by Jacob Daskal. (Schuster, Mitchell) Modified on 5/8/2024 (MV). (Entered: 11/01/2023) |
| 11/02/2023 | 12 | STIPULATION *Extending Defendant's Time to Answer, Move Against, or Otherwise Respond to Plaintiff's Complaint* by Jacob Daskal (Ashby, Stacey) Modified on 5/8/2024 (MV). (Entered: 11/02/2023) |
| 11/05/2023 | | ORDER granting 11 Motion for Extension of Time to Answer. Defendant must answer or otherwise respond to the complaint by 11/30/2023. Ordered by Magistrate Judge Vera M. Scanlon on 11/5/2023. (GS) (Entered: 11/05/2023) |
| 11/14/2023 | 13 | Letter *Response to Plaintiff's Letter re: Relating Civil and Criminal Actions DKT 7* by Jacob Daskal (Ashby, Stacey) Modified on 5/8/2024 (MV). (Entered: 11/14/2023) |
| 11/14/2023 | 14 | Letter *response to Stacey M. Ashby letter dated Nov. 14, 2023 to Your Honor* by Rivka Mandel (Batista, Paul) (Entered: 11/14/2023) |
| 11/15/2023 | | ORDER: The Court is in receipt of the parties' 13 and 14 letters. This case will remain assigned to Judge Nina R. Morrison. Ordered by Judge Nina R. Morrison on 11/15/2023. (AD) (Entered: 11/15/2023) |
| 11/30/2023 | 15 | Letter *Request for a Pre-Motion Conference Pursuant to Court Rules* by Jacob Daskal (Schuster, Mitchell) Modified on 5/8/2024 (MV). (Entered: 11/30/2023) |
| 12/04/2023 | 16 | Letter *to Judge Morrison re response to letter dated November 20, 2023 (Dkt No 15)* by Rivka Mandel (Batista, Paul) (Entered: 12/04/2023) |
| 12/07/2023 | 17 | SCHEDULING ORDER: A Telephonic Initial Conference is set for 12/19/2023 at 11:00 AM before Magistrate Judge Vera M. Scanlon. The parties are to dial 877-336-1829 and enter the access code 3581283 for the AT&T conference bridge. The parties must be prepared to discuss Defendant's pre-motion conference request at 15 and Plaintiff's proposed amendment of the complaint at 16 . <br><br> By 12/13/2023, the parties must complete and file on ECF the attached Joint Proposed Case Management Plan. <br><br> Ordered by Magistrate Judge Vera M. Scanlon on 12/7/2023. (GS) (Entered: 12/07/2023) |
| 12/11/2023 | 18 | Letter MOTION to Adjourn Conference by Jacob Daskal. (Attachments: # 1 Proposed Order So-Ordered Stipulation) (Schuster, Mitchell) Modified on 5/8/2024 (MV). (Entered: 12/11/2023) |
| 12/13/2023 | | ORDER granting 18 Motion to Adjourn Conference. Defendant has withdrawn his pre-motion conference request in light of Plaintiff's intention to amend the complaint. Plaintiff will file an amended complaint by 1/12/2024. The 12/19/2023 Telephonic Initial Conference is rescheduled for 2/7/2024 at 11:30 AM before Magistrate Judge Vera M. Scanlon. The parties are to dial 877-336-1829 and enter the access code 3581283 for the AT&T conference bridge. The deadline to complete and file the Joint Proposed Case Management Plan at 17 is extended to 1/30/2024. Ordered by Magistrate Judge Vera M. Scanlon on 12/13/2023. (GS) (Entered: 12/13/2023) |
| 12/26/2023 | | Case Reassigned to District Judge Ramon E. Reyes, Jr. Judge Nina R. Morrison no longer assigned to the case. Please download and review the Individual Practices of the assigned |

| | | |
|---|---|---|
| | | Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (BBM) (Entered: 12/26/2023) |
| 01/08/2024 | 19 | MOTION for Extension of Time to Amend 1 Complaint by Rivka Mandel. (Attachments: # 1 Exhibit 1) (Batista, Paul) (Entered: 01/08/2024) |
| 01/09/2024 | | ORDER granting 19 Motion for Extension of Time to Amend Complaint. Plaintiff will serve and file an amended complaint by 1/24/2024. Ordered by Magistrate Judge Vera M. Scanlon on 1/9/2024. (GS) (Entered: 01/09/2024) |
| 01/24/2024 | 20 | MOTION for Extension of Time to Amend *Complaint* by Rivka Mandel. (Batista, Paul) (Entered: 01/24/2024) |
| 01/25/2024 | 21 | AMENDED COMPLAINT against All Defendants, filed by Rivka Mandel. (Batista, Paul) (Entered: 01/25/2024) |
| 01/28/2024 | | ORDER granting 20 Motion for Extension of Time to Amend Complaint. Ordered by Magistrate Judge Vera M. Scanlon on 1/28/2024. (GS) (Entered: 01/28/2024) |
| 01/30/2024 | 22 | First MOTION for Extension of Time to File *Joint Case Management Plan* by Jacob Daskal. (Schuster, Mitchell) Modified on 5/8/2024 (MV). (Entered: 01/30/2024) |
| 02/04/2024 | | ORDER granting 22 Motion for Extension of Time to File Joint Case Management Plan. The deadline to file a proposed Joint Case Management Plan is adjourned sine die.<br><br>The 2/7/2024 Telephone Conference is converted to a ZoomGov audio conference. To gain access to the ZoomGov audio conferencing system, the parties are to dial 1-646-828-7666; enter meeting ID 16121901090 and press the pound key; when asked for a participant ID, press the pound key; and enter passcode 091622 and press the pound key. The parties must be prepared to discuss a schedule for completing service of the amended complaint and proceeding with discovery during the Initial Conference. Ordered by Magistrate Judge Vera M. Scanlon on 2/4/2024. (GS) (Entered: 02/04/2024) |
| 02/05/2024 | 23 | Letter MOTION to Adjourn Conference by Rivka Mandel. (Batista, Paul) (Entered: 02/05/2024) |
| 02/05/2024 | | ORDER denying 23 Motion to Adjourn Conference. Access to a computer is not required to participate in the 2/7/2024 conference. The 2/4/2024 Order provides instructions for participating in the conference by telephone. Ordered by Magistrate Judge Vera M. Scanlon on 2/5/2024. (GS) (Entered: 02/05/2024) |
| 02/06/2024 | 24 | Proposed Summons. by Rivka Mandel (Batista, Paul) (Entered: 02/06/2024) |
| 02/06/2024 | 25 | Proposed Summons. by Rivka Mandel (Batista, Paul) (Entered: 02/06/2024) |
| 02/06/2024 | 26 | Proposed Summons. by Rivka Mandel (Batista, Paul) (Entered: 02/06/2024) |
| 02/06/2024 | 27 | Proposed Summons. by Rivka Mandel (Batista, Paul) (Entered: 02/06/2024) |
| 02/06/2024 | 28 | NOTICE of Appearance by Amit Shertzer on behalf of Jacob Daskal (aty to be noticed) (Shertzer, Amit) Modified on 5/8/2024 (MV). (Entered: 02/06/2024) |
| 02/06/2024 | 29 | Proposed Summons. by Rivka Mandel (Batista, Paul) (Entered: 02/06/2024) |
| 02/06/2024 | 30 | Proposed Summons. by Rivka Mandel (Batista, Paul) (Entered: 02/06/2024) |
| 02/06/2024 | 31 | Proposed Summons. by Rivka Mandel (Batista, Paul) (Entered: 02/06/2024) |
| 02/06/2024 | 32 | Proposed Summons. by Rivka Mandel (Batista, Paul) (Entered: 02/06/2024) |
| 02/06/2024 | 33 | Proposed Summons. by Rivka Mandel (Batista, Paul) (Entered: 02/06/2024) |

| 02/06/2024 | 34 | Proposed Summons. by Rivka Mandel (Batista, Paul) (Entered: 02/06/2024) |
|---|---|---|
| 02/06/2024 | 35 | Proposed Summons. by Rivka Mandel (Batista, Paul) (Entered: 02/06/2024) |
| 02/06/2024 | 36 | Proposed Summons. by Rivka Mandel (Batista, Paul) (Entered: 02/06/2024) |
| 02/06/2024 | 37 | Proposed Summons. by Rivka Mandel (Batista, Paul) (Entered: 02/06/2024) |
| 02/07/2024 | | Your proposed summons was not issued for one of the following reasons: **Only one Summons is required with all Defendants' listed in the caption. If multiple defendants, there must be a rider attached to the summons with the name and addresses of all defendants included.** <br><br> Please correct and resubmit using Proposed Summons/Civil Cover Sheet. (ENE) (Entered: 02/07/2024) |
| 02/07/2024 | | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon: Initial Conference Hearing held on 2/7/2024. Paul A. Batista appeared for Plaintiff. Stacey Ashby and Amit Shertzer appeared for Defendant Jacob Daskal. See separate docket entry for Order. (FTR Log #11:45-12:09.) (GS) (Entered: 02/07/2024) |
| 02/07/2024 | | ORDER. As discussed on the record during the 2/7/2024 Initial Conference, by 3/29/2024, Defendant Jacob Daskal will either file an answer to the amended complaint or initiate dispositive motion practice in accordance with the District Judge's Individual Rules. <br><br> A Telephone Conference is set for 5/2/2024 at 11:00 AM before Magistrate Judge Vera M. Scanlon via ZoomGov audio conference. To gain access to the ZoomGov audio conferencing system, the parties are to dial 1-646-828-7666; enter meeting ID 16121901090 and press the pound key; when asked for a participant ID, press the pound key; and enter passcode 091622 and press the pound key. The parties should be prepared to discuss a discovery schedule during the 5/2/2024 conference. <br><br> Ordered by Magistrate Judge Vera M. Scanlon on 2/7/2024. (GS) (Entered: 02/07/2024) |
| 03/04/2024 | 38 | Proposed Summons. by Rivka Mandel (Batista, Paul) (Entered: 03/04/2024) |
| 03/05/2024 | | Your proposed summons was not issued for one of the following reasons: **The full case caption must appear on the summons. All names of the Defendants' must be listed in the above caption.** <br><br> Please correct and resubmit using Proposed Summons/Civil Cover Sheet. (ENE) (Entered: 03/05/2024) |
| 03/05/2024 | 39 | Summons Issued as to Lipa " Nussy" Brauner, Rabbinical College Bobover Yeshiva Bnei Zion, Chaya Bornstein, Shulem Bornstein, Mutty Brauner, Esther Brody, Yachad D'Bobov, Jacob Daskal, Barry Daskal, Bella Daskal, Benzion Daskal, Chaim Daskal, Soloman Daskal, Leiby Dembitzer, Pearl Dembitzer, Yad Ephraim, Chavi Fischbein, Isaac Fischbein, Chaim Fleischer, Pesach Greenberg, Chaim S. Halberstam, Bais Yaakov Highschool of Chicago, Craindell Z. Mannes, Boro Park Shomrim, Rose Teitelbaum, Rabbi Ben Zion Halberstam, Congregation Shaarei Zion of Bobov. (ENE) (Entered: 03/05/2024) |
| 03/12/2024 | 40 | NOTICE of Appearance by Andrew J. Levander on behalf of Chaim S. Halberstam, Rabbi Ben Zion Halberstam (aty to be noticed) (Levander, Andrew) (Entered: 03/12/2024) |

| 03/12/2024 | 41 | NOTICE of Appearance by Gary J. Mennitt on behalf of Chaim S. Halberstam, Rabbi Ben Zion Halberstam (aty to be noticed) (Mennitt, Gary) (Entered: 03/12/2024) |
| 03/12/2024 | 42 | NOTICE of Appearance by May K Chiang on behalf of Chaim S. Halberstam, Rabbi Ben Zion Halberstam (aty to be noticed) (Chiang, May) (Entered: 03/12/2024) |
| 03/12/2024 | 43 | NOTICE of Appearance by Mark S Cohen on behalf of Rabbinical College Bobover Yeshiva Bnei Zion, Yachad D'Bobov, Yad Ephraim, Chaim Fleischer, Pesach Greenberg, Congregation Shaarei Zion of Bobov (aty to be noticed) (Cohen, Mark) (Entered: 03/12/2024) |
| 03/12/2024 | 44 | NOTICE of Appearance by Matthew Vincent Povolny on behalf of Rabbinical College Bobover Yeshiva Bnei Zion, Yachad D'Bobov, Yad Ephraim, Chaim Fleischer, Pesach Greenberg, Congregation Shaarei Zion of Bobov (aty to be noticed) (Povolny, Matthew) (Entered: 03/12/2024) |
| 03/20/2024 | 45 | Letter MOTION for pre motion conference *Pursuant to Court Rules* by Chaim S. Halberstam, Rabbi Ben Zion Halberstam. (Levander, Andrew) (Entered: 03/20/2024) |
| 03/20/2024 | 46 | Letter MOTION for pre motion conference *Pursuant to Court Rules* by Rabbinical College Bobover Yeshiva Bnei Zion, Yachad D'Bobov, Yad Ephraim, Chaim Fleischer, Pesach Greenberg, Congregation Shaarei Zion of Bobov. (Cohen, Mark) (Entered: 03/20/2024) |
| 03/25/2024 | 47 | Letter by Rivka Mandel (Attachments: # 1 Exhibit Summons and Amended Complaint) (Batista, Paul) (Entered: 03/25/2024) |
| 03/26/2024 | | ORDER denying 45 and 46 Motions for Pre Motion Conference. A Pre Motion Conference is unnecessary. The parties are directed to submit a joint letter with an agreed-upon briefing schedule for Defendants' proposed motions no later than 4/2/2024. The parties are reminded of the Court's bundling rule. Ordered by District Judge Ramon E. Reyes, Jr. on 3/26/2024. (PAC) (Entered: 03/26/2024) |
| 03/27/2024 | 48 | Letter MOTION for pre motion conference *Pursuant to Court Rules* by Jacob Daskal. (Schuster, Mitchell) Modified on 5/8/2024 (MV). (Entered: 03/27/2024) |
| 04/01/2024 | 49 | Letter *to Judge Reyes* by Rivka Mandel (Batista, Paul) (Entered: 04/01/2024) |
| 04/02/2024 | 50 | Letter *dated April 2, 2024 to Judge Ramon E. Reyes, Jr. from Andrew J. Levander re: Joint Letter proposing briefing schedule for Defendants proposed motions to dismiss* by Chaim S. Halberstam, Rabbi Ben Zion Halberstam (Levander, Andrew) (Entered: 04/02/2024) |
| 04/04/2024 | | ORDER denying 48 Motion for Pre-motion Conference as unnecessary in light of approving the proposed briefing schedule 50 . Accordingly, Defendants shall serve their motions on all parties by **May 24, 2024**; Plaintiff shall serve her opposition by **June 28, 2024**; and Defendants shall serve their replies and file the bundled motions by **July 26, 2024**. Ordered by District Judge Ramon E. Reyes, Jr. on 4/4/2024. (AH) (Entered: 04/04/2024) |
| 04/18/2024 | | SCHEDULING ORDER. Due to a conflict in the Court's calendar, the 5/02/2024 Telephonic Status Conference is rescheduled for 4/30/2024 at 11:30 AM via ZoomGov. To gain access to the ZoomGov audio conferencing system, the parties are to dial 1-646-828-7666; enter meeting ID 16121901090 and press the pound key; when asked for a participant ID, press the pound key; and enter passcode 091622 and press the pound key. The parties must be prepared to discuss their discovery schedule during the conference. Ordered by Magistrate Judge Vera M. Scanlon on 4/18/2024. (CC) (Entered: 04/18/2024) |

| 04/22/2024 | 51 | Letter MOTION to Adjourn Conference *Scheduled for April 30, 2024* by Jacob Daskal. (Shertzer, Amit) Modified on 5/8/2024 (MV). (Entered: 04/22/2024) |
|---|---|---|
| 04/23/2024 | | ORDER. The 51 Motion to Adjourn Conference is granted. On consent, the 4/30/2024 Status Conference is rescheduled to 5/09/2024 at 11:00 AM before Magistrate Judge Vera M. Scanlon over ZoomGov. To gain access to the ZoomGov audio conferencing system, the parties are to dial 1-646-828-7666; enter meeting ID 16121901090 and press the pound key; when asked for a participant ID, press the pound key; and enter passcode 091622 and press the pound key. Ordered by Magistrate Judge Vera M. Scanlon on 4/23/2024. (CC) (Entered: 04/23/2024) |
| 05/07/2024 | 52 | Letter *dated May 7, 2024 to Magistrate Judge Vera M. Scanlon from Andrew J. Levander ahead of the status conference* by Chaim S. Halberstam, Rabbi Ben Zion Halberstam (Levander, Andrew) (Entered: 05/07/2024) |
| 05/09/2024 | | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon: Status Conference held on 5/9/2024. Paul A. Batista appeared on behalf of Plaintiff. Stacey Ashby and Amit Shertzer appeared on behalf of Defendant Jacob Daskal. Andrew J. Levander, Gary J. Mennitt, May Chiang and Julia Markham-Cameron appeared on behalf of Defendants Rabbi Ben Zion Halberstam and Chaim S. Halberstam. Matthew Povolny appeared on behalf of Defendants Congregation Shaarei Zion of Bobov, Rabbinical College Bobover Yeshiva Bnei Zion, Yad Ephraim, Pesach Greenberg, Yachad D'Bobov and Chaim Fleischer. See separate docket entry for Order issuing from this proceeding. (FTR Log #11:09-11:34.) (CC) (Entered: 05/09/2024) |
| 05/09/2024 | | ORDER. As discussed during the 5/09/2024 Status Conference, to the extent Plaintiff plans to respond to Defendants' status letter at ECF No. 52 , Plaintiff must do so by 5/17/2024. Discovery is temporarily stayed until that same date and the Court will subsequently decide whether to stay discovery during the parties' motion briefing period. On the record, Plaintiff's counsel was reminded that Plaintiff must complete service of the 21 Amended Complaint on the remaining defendants as early as possible. Ordered by Magistrate Judge Vera M. Scanlon on 5/9/2024. (CC) (Entered: 05/09/2024) |
| 05/10/2024 | 53 | MOTION to Appear Pro Hac Vice *of Julia Markham-Cameron Esq.* Filing fee $ 200, receipt number ANYEDC-17864984 by Chaim S. Halberstam, Rabbi Ben Zion Halberstam. (Attachments: # 1 Affidavit of Julia Markham-Cameron in support of Motion for Pro Hac Vice, # 2 Good Standing Certificate -NY, # 3 Proposed Order Admitting Attorney Julia Markham-Cameron Esq. Pro Hac Vice) (Markham-Cameron, Julia) (Entered: 05/10/2024) |
| 05/13/2024 | | ORDER. The 53 Motion for Leave to Appear Pro Hac Vice is **granted**. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance to ensure electronic notification of activity in this case. Also, the attorney shall ensure the 200 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Vera M. Scanlon on 5/13/2024. (CC) (Entered: 05/13/2024) |
| 05/15/2024 | 54 | Letter *to Hon. Vera M. Scanlon* by Rivka Mandel (Batista, Paul) (Entered: 05/15/2024) |
| 05/16/2024 | 55 | Letter *dated May 16, 2024 to Magistrate Judge Vera M. Scanlon* by Jacob Daskal (Ashby, Stacey) (Entered: 05/16/2024) |
| 05/24/2024 | 56 | Letter *confirming service of Defendant Jacob Daskal's moving papers for motion pursuant to Fed. R. Civ. P. 12* by Jacob Daskal (Schuster, Mitchell) (Entered: 05/24/2024) |

| 05/24/2024 | 57 | Letter *confirming service of the Halberstam Defendants' moving papers for motion to dismiss pursuant to Fed. R. Civ. P.* by Chaim S. Halberstam, Rabbi Ben Zion Halberstam (Levander, Andrew) (Entered: 05/24/2024) |
|---|---|---|
| 05/24/2024 | 58 | Letter *Confirming Service of the Congregation Defendants Moving Papers for Motion to Dismiss* by Rabbinical College Bobover Yeshiva Bnei Zion, Yachad D'Bobov, Yad Ephraim, Chaim Fleischer, Pesach Greenberg, Congregation Shaarei Zion of Bobov (Cohen, Mark) (Entered: 05/24/2024) |
| 05/28/2024 |  | ORDER. Having reviewed the parties' submissions at ECF Nos. 54 - 55 consenting to co-Defendants Rabbi Ben Zion Halberstam and Chaim S. Halberstam's request at ECF No. 52 , discovery is stayed until ten (10) days after the District Court's ruling on Defendants' anticipated motion to dismiss. To the extent litigation resumes following the District Court's decision on such motion, counsel must submit a joint letter with a proposed discovery schedule within ten (10) days of the District Court issuing its decision on the anticipated motion. Ordered by Magistrate Judge Vera M. Scanlon on 5/28/2024. (CC) (Entered: 05/28/2024) |
| 06/04/2024 | 59 | AFFIDAVIT of Service for Summons in a Civil Action and Amended Complaint Jury Trial Demanded served on Rose Teitelbaum on May 23, 2024, filed by Rivka Mandel. (Batista, Paul) (Entered: 06/04/2024) |
| 06/04/2024 |  | Incorrect Entry Information: Re dkt. no. 59 . Wrong event and attachment. Filer was informed the corrected filing event to be used, and will re-file corrected entry. (MLR) (Entered: 06/04/2024) |
| 06/04/2024 | 60 | SUMMONS Returned Executed by Rivka Mandel. Mutty Brauner served on 5/20/2024, answer due 6/10/2024. (Batista, Paul) (Entered: 06/04/2024) |
| 06/04/2024 | 61 | SUMMONS Returned Executed by Rivka Mandel. Lipa " Nussy" Brauner served on 5/22/2024, answer due 6/12/2024. (Batista, Paul) (Entered: 06/04/2024) |
| 06/04/2024 | 62 | SUMMONS Returned Executed by Rivka Mandel. Leiby Dembitzer served on 5/23/2024, answer due 6/13/2024. (Batista, Paul) (Entered: 06/04/2024) |
| 06/04/2024 | 63 | SUMMONS Returned Executed by Rivka Mandel. Pearl Dembitzer served on 5/23/2024, answer due 6/13/2024. (Batista, Paul) (Entered: 06/04/2024) |
| 06/04/2024 | 64 | SUMMONS Returned Executed by Rivka Mandel. Bella Daskal served on 5/23/2024, answer due 6/13/2024. (Batista, Paul) (Entered: 06/04/2024) |
| 06/04/2024 | 65 | SUMMONS Returned Executed by Rivka Mandel. Rose Teitelbaum served on 5/23/2024, answer due 6/13/2024. (Batista, Paul) (Entered: 06/04/2024) |
| 06/11/2024 | 66 | NOTICE of Appearance by Benjamin Zev Koblentz on behalf of Bella Daskal, Leiby Dembitzer, Pearl Dembitzer, Rose Teitelbaum (aty to be noticed) (Koblentz, Benjamin) (Entered: 06/11/2024) |
| 06/11/2024 | 67 | MOTION for Extension of Time to File *Response to Amended Complaint* by Bella Daskal, Leiby Dembitzer, Pearl Dembitzer, Rose Teitelbaum. (Koblentz, Benjamin) (Entered: 06/11/2024) |
| 06/13/2024 | 68 | MOTION for Extension of Time to File *Response to Amended Complaint* by Bella Daskal, Leiby Dembitzer, Pearl Dembitzer, Rose Teitelbaum. (Koblentz, Benjamin) (Entered: 06/13/2024) |
| 06/16/2024 |  | ORDER granting 67 and 68 Motion for Extension of Time to File Response to Amended Complaint. The Defendants must file their Response to Plaintiff's Amended Complaint no |

| | | |
|---|---|---|
| | | later than 7/17/2024. Ordered by Judge Ramon E. Reyes, Jr. on 6/16/2024. (PAC) (Entered: 06/16/2024) |
| 06/17/2024 | 69 | Letter MOTION for Extension of Time to File Response/Reply by Rivka Mandel. (Batista, Paul) (Entered: 06/17/2024) |
| 06/17/2024 | 70 | NOTICE of Appearance by Marc A. Agnifilo on behalf of Lipa " Nussy" Brauner (aty to be noticed) (Agnifilo, Marc) (Entered: 06/17/2024) |
| 06/19/2024 | | ORDER granting 69 Plaintiff's Motion for Extension of Time to File Response/Reply. The briefing schedule pursuant to Defendants' Motion to Dismiss has been amended. Accordingly, Plaintiff shall serve her opposition by July 16, 2024, and Defendants shall serve their replies and file the bundled motions by August 13, 2024. Ordered by Judge Ramon E. Reyes, Jr. on 6/19/2024. (PAC) (Entered: 06/19/2024) |
| 06/21/2024 | 71 | NOTICE of Appearance by Deborah E. Riegel on behalf of Bella Daskal, Leiby Dembitzer, Pearl Dembitzer, Rose Teitelbaum (aty to be noticed) (Riegel, Deborah) (Entered: 06/21/2024) |
| 07/10/2024 | 72 | Letter MOTION for pre motion conference *pursuant to court rules* by Bella Daskal, Leiby Dembitzer, Pearl Dembitzer, Rose Teitelbaum. (Riegel, Deborah) (Entered: 07/10/2024) |
| 07/12/2024 | 73 | Letter MOTION for pre motion conference , Letter MOTION for Extension of Time to File *Opposition to the Pending Motions* by Rivka Mandel. (Attachments: # 1 Exhibit Exhibit 1 - 2024.06.17_Letter) (Batista, Paul) (Entered: 07/12/2024) |
| 07/12/2024 | 74 | Letter *requesting a pre-motion conference* by Lipa " Nussy" Brauner (Agnifilo, Marc) (Entered: 07/12/2024) |
| 07/15/2024 | | ORDER denying 72 Motion for Pre Motion Conference and 73 Motion for Pre Motion Conference as unnecessary; and granting 73 Motion for Extension of Time to File. All remaining defendants wishing to move to dismiss the complaint must serve their motion papers on plaintiff's counsel no later than August 2, 2024. Plaintiff is to serve her 35-page omnibus opposition no later than August 23, 2024; Defendants are to serve their replies, and all motions must be filed fully briefed by September 6, 2024. There will be no extensions absent extraordinary circumstances beyond the parties control. Ordered by Judge Ramon E. Reyes, Jr on 7/15/2024. (Reyes, Ramon) (Entered: 07/15/2024) |
| 07/17/2024 | 75 | Letter MOTION for Extension of Time to File *Motion to Dismiss* by Bella Daskal, Leiby Dembitzer, Pearl Dembitzer, Rose Teitelbaum. (Attachments: # 1 Exhibit Exhibit A - Proposed Revised Scheduling Order) (Riegel, Deborah) (Entered: 07/17/2024) |
| 07/18/2024 | | ELECTRONIC ORDER granting 75 Letter MOTION for Extension of Time to File *Motion to Dismiss*. It is hereby ORDERED as follows: 1) All defendants wishing to move to dismiss the Amended Complaint shall serve their motion papers on or before August 9, 2024. 2) Plaintiff shall serve her 35-page omnibus opposition on or before August 30, 2024. 3) All defendants who have moved to dismiss the Amended Complaint shall serve their reply papers in further support of their motions to dismiss on or before September 13, 2024. 4) All motions to dismiss must be fully briefed by September 13, 2024. So Ordered by Judge Ramon E. Reyes, Jr on 7/18/2024. (MV) (Entered: 07/18/2024) |
| 08/09/2024 | 76 | Letter *confirming service of Mr. Nussy Brauner's moving papers for motion to dismiss* by Lipa " Nussy" Brauner (Agnifilo, Marc) (Entered: 08/09/2024) |
| 08/09/2024 | 77 | Letter *confirming service of the Daskal Family Defendants' moving papers for motion to dismiss* by Bella Daskal, Leiby Dembitzer, Pearl Dembitzer, Rose Teitelbaum (Riegel, Deborah) (Entered: 08/09/2024) |

| 09/05/2024 | 78 | Letter *to Hon. Ramon E. Reyes, Jr.* by Rivka Mandel (Batista, Paul) (Entered: 09/05/2024) |
|---|---|---|
| 09/06/2024 | | ORDER granting 78 Letter to Hon. Ramon E. Reyes, Jr., requesting extension of time to file omnibus opposition. The briefing schedule pursuant to Defendants' Motion to Dismiss is set as follows: 1) Plaintiff shall serve her 35-page omnibus opposition on or before **September 27, 2024**. 2) All Defendants who have moved to dismiss the Amended Complaint shall serve their reply papers in further support of their motions to dismiss on or before **October 11, 2024**. 3) All motions to dismiss must be fully briefed by **October 11, 2024**. The parties are reminded to follow the bundling rule as described in the individual rules. Ordered by Judge Ramon E. Reyes, Jr. on 9/6/2024. (EAH) (Entered: 09/06/2024) |
| 09/26/2024 | 79 | MEMORANDUM in Opposition re Set Motion and R&R Deadlines/Hearings,,, Terminate Deadlines,, filed by All Plaintiffs. (Batista, Paul) (Entered: 09/26/2024) |
| 10/02/2024 | 80 | Letter MOTION for Extension of Time to File *Replies in Support of Defendants Motion to Dismiss.* by Chaim S. Halberstam, Rabbi Ben Zion Halberstam. (Mennitt, Gary) (Entered: 10/02/2024) |
| 10/02/2024 | | ORDER granting 80 Motion for Extension of Time to File. All Defendants who have moved to dismiss the Amended Complaint shall serve their reply papers in further support of their motions to dismiss on or before **10/25/2024**. The parties are reminded to follow the bundling rule as described in the individual rules. Ordered by Judge Ramon E. Reyes, Jr. on 10/2/2024. (EAH) (Entered: 10/02/2024) |
| 10/08/2024 | 81 | Letter MOTION for Extension of Time to File *Replies in Support of Defendants Motion to Dismiss (Unopposed)* by Chaim S. Halberstam, Rabbi Ben Zion Halberstam. (Mennitt, Gary) (Entered: 10/08/2024) |
| 10/10/2024 | | ORDER granting 81 Motion for Extension of Time to File. All Defendants who have moved to dismiss the Amended Complaint shall serve their reply papers in further support of their motions to dismiss on or before **10/28/2024**. The parties are reminded to follow the bundling rule as described in the individual rules. Ordered by Judge Ramon E. Reyes, Jr. on 10/10/2024. (EAH) (Entered: 10/10/2024) |
| 10/28/2024 | 82 | MOTION to Dismiss for Failure to State a Claim *and for lack of subject-matter jurisdiction, or in the alternative, requiring Plaintiff to provide a more definite statement pursuant to Fed. R. Civ. P. 12(e)* by Jacob Daskal. (Schuster, Mitchell) (Entered: 10/28/2024) |
| 10/28/2024 | 83 | MEMORANDUM in Support re 82 MOTION to Dismiss for Failure to State a Claim *and for lack of subject-matter jurisdiction, or in the alternative, requiring Plaintiff to provide a more definite statement pursuant to Fed. R. Civ. P. 12(e)* filed by Jacob Daskal. (Schuster, Mitchell) (Entered: 10/28/2024) |
| 10/28/2024 | 84 | REPLY in Support re 82 MOTION to Dismiss for Failure to State a Claim *and for lack of subject-matter jurisdiction, or in the alternative, requiring Plaintiff to provide a more definite statement pursuant to Fed. R. Civ. P. 12(e)* filed by Jacob Daskal. (Schuster, Mitchell) (Entered: 10/28/2024) |
| 10/28/2024 | 85 | Letter *Informing the Court of the Filing of a Fully Briefed Motion* by Jacob Daskal (Schuster, Mitchell) (Entered: 10/28/2024) |
| 10/28/2024 | 86 | MOTION to Dismiss *the Amended Complaint Under Federal Rule of Civil Procedure 12(B)(6)* by Rabbi Ben Zion Halberstam, Chaim S. Halberstam. (Levander, Andrew) (Entered: 10/28/2024) |

| 10/28/2024 | 87 | MEMORANDUM in Support re 86 MOTION to Dismiss *the Amended Complaint Under Federal Rule of Civil Procedure 12(B)(6)* filed by Rabbi Ben Zion Halberstam, Chaim S. Halberstam. (Levander, Andrew) (Entered: 10/28/2024) |
|---|---|---|
| 10/28/2024 | 88 | MEMORANDUM in Opposition re 86 MOTION to Dismiss *the Amended Complaint Under Federal Rule of Civil Procedure 12(B)(6)* filed by Rabbi Ben Zion Halberstam, Chaim S. Halberstam. (Levander, Andrew) (Entered: 10/28/2024) |
| 10/28/2024 | 89 | REPLY in Support re 86 MOTION to Dismiss *the Amended Complaint Under Federal Rule of Civil Procedure 12(B)(6)* filed by Rabbi Ben Zion Halberstam, Chaim S. Halberstam. (Levander, Andrew) (Entered: 10/28/2024) |
| 10/28/2024 | 90 | Letter *Informing the Court of the Filing of a Fully Briefed Motion* by Rabbi Ben Zion Halberstam, Chaim S. Halberstam (Mennitt, Gary) (Entered: 10/28/2024) |
| 10/28/2024 | 91 | MOTION to Dismiss for Failure to State a Claim by Congregation Shaarei Zion of Bobov, Rabbinical College Bobover Yeshiva Bnei Zion, Yad Ephraim, Pesach Greenberg, Yachad D'Bobov, Chaim Fleischer. (Cohen, Mark) (Entered: 10/28/2024) |
| 10/28/2024 | 92 | MOTION to Dismiss for Failure to State a Claim *Under Federal Rule of Civil Procedure 12(B)(6)* by Bella Daskal, Pearl Dembitzer, Leiby Dembitzer, Rose Teitelbaum. (Riegel, Deborah) Modified on 10/30/2024 see ECF letter 106 removed text MOTION to Amend/Correct/Supplement , MOTION to Appear Pro Hac Vice Filing fee $ 200, receipt number ANYEDC-18435660, (MV). Modified on 8/21/2025 (AM). (Entered: 10/28/2024) |
| 10/28/2024 | 93 | MEMORANDUM in Support re 91 MOTION to Dismiss for Failure to State a Claim filed by Congregation Shaarei Zion of Bobov, Rabbinical College Bobover Yeshiva Bnei Zion, Yad Ephraim, Pesach Greenberg, Yachad D'Bobov, Chaim Fleischer. (Cohen, Mark) (Entered: 10/28/2024) |
| 10/28/2024 | 94 | MEMORANDUM in Support re 92 MOTION to Dismiss for Failure to State a Claim *Under Federal Rule of Civil Procedure 12(B)(6)* filed by Bella Daskal, Pearl Dembitzer, Leiby Dembitzer, Rose Teitelbaum. (Riegel, Deborah) Modified on 10/30/2024 (MV) See ECF 106. (Entered: 10/28/2024) |
| 10/28/2024 | 95 | MEMORANDUM in Opposition re 92 MOTION to Dismiss for Failure to State a Claim *Under Federal Rule of Civil Procedure 12(B)(6)* filed by Bella Daskal, Pearl Dembitzer, Leiby Dembitzer, Rose Teitelbaum. (Riegel, Deborah) Modified on 10/30/2024 see ECF 106 letter (MV). (Entered: 10/28/2024) |
| 10/28/2024 | 96 | MEMORANDUM in Opposition re 91 MOTION to Dismiss for Failure to State a Claim filed by Rivka Mandel. (Cohen, Mark) (Entered: 10/28/2024) |
| 10/28/2024 | 97 | REPLY in Support re 92 MOTION to Dismiss for Failure to State a Claim *Under Federal Rule of Civil Procedure 12(B)(6)* filed by Bella Daskal, Pearl Dembitzer, Leiby Dembitzer, Rose Teitelbaum. (Riegel, Deborah) Modified on 10/30/2024 see ECF 106 letter (MV). (Entered: 10/28/2024) |
| 10/28/2024 | 98 | Letter *Informing the Court of the Filing of a Fully Briefed Motion* by Bella Daskal, Pearl Dembitzer, Leiby Dembitzer, Rose Teitelbaum (Riegel, Deborah) (Entered: 10/28/2024) |
| 10/28/2024 | 99 | REPLY in Support re 91 MOTION to Dismiss for Failure to State a Claim *(JOINDER of the Congregation Defendants in the Halberstam Defendants Reply in Further Support of Their Motion to Dismiss the Amended Complaint)* filed by Congregation Shaarei Zion of Bobov, Rabbinical College Bobover Yeshiva Bnei Zion, Yad Ephraim, Pesach Greenberg, Yachad D'Bobov, Chaim Fleischer. (Cohen, Mark) (Entered: 10/28/2024) |

| 10/28/2024 | 100 | Letter *Informing the Court of the Filing of a Fully Briefed Motion* by Congregation Shaarei Zion of Bobov, Rabbinical College Bobover Yeshiva Bnei Zion, Yad Ephraim, Pesach Greenberg, Yachad D'Bobov, Chaim Fleischer (Cohen, Mark) (Entered: 10/28/2024) |
|---|---|---|
| 10/28/2024 | 101 | MOTION to Dismiss for Failure to State a Claim *the Amended Complaint Under Federal Rule of Civil Procedure 12(B)(6)* by Lipa " Nussy" Brauner. (Agnifilo, Marc) (Entered: 10/28/2024) |
| 10/28/2024 | 102 | MEMORANDUM in Support re 101 MOTION to Dismiss for Failure to State a Claim *the Amended Complaint Under Federal Rule of Civil Procedure 12(B)(6)* filed by Lipa " Nussy" Brauner. (Agnifilo, Marc) (Entered: 10/28/2024) |
| 10/28/2024 | 103 | MEMORANDUM in Opposition re 102 Memorandum in Support, 101 MOTION to Dismiss for Failure to State a Claim *the Amended Complaint Under Federal Rule of Civil Procedure 12(B)(6)* filed by Lipa " Nussy" Brauner. (Agnifilo, Marc) (Entered: 10/28/2024) |
| 10/28/2024 | 104 | REPLY in Support re 103 Memorandum in Opposition, 102 Memorandum in Support, 101 MOTION to Dismiss for Failure to State a Claim *the Amended Complaint Under Federal Rule of Civil Procedure 12(B)(6)* filed by Lipa " Nussy" Brauner. (Agnifilo, Marc) (Entered: 10/28/2024) |
| 10/28/2024 | 105 | Letter *Informing the Court of the Filing of a Fully Briefed Motion* by Lipa " Nussy" Brauner (Agnifilo, Marc) (Entered: 10/28/2024) |
| 10/29/2024 | 106 | Letter MOTION for Refund of Fees Paid Electronically *and request that ECF Nos. 92, 94, 95, and 97 be corrected to remove the labels MOTION to Amend/Correct/Supplement and MOTION to Appear Pro Hac Vice* by Bella Daskal, Pearl Dembitzer, Leiby Dembitzer, Rose Teitelbaum. (Riegel, Deborah) (Entered: 10/29/2024) |
| 10/30/2024 | 107 | 106 Motion for Refund of Fees Paid Electronically. APPROVED by Clerk of Court on 10/30/2024. (AM) (Entered: 10/30/2024) |
| 08/15/2025 | 108 | Notice of MOTION to Withdraw as Attorney by Jacob Daskal. (Attachments: # 1 Proposed Order To Withdraw as Counsel) (Shertzer, Amit) (Entered: 08/15/2025) |
| 08/25/2025 | | ORDER denying without prejudice the Motion to Withdraw as Attorney at ECF No. 108 . Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern and Eastern Districts of New York, "[a]ll motions to withdraw must be served upon the client and (unless excused by the court) upon all other parties. Proof of such service upon the client shall be filed on the docket in each case where withdrawal is sought." Counsel may re-file a Motion to Withdraw as Attorney that complies with the Local Rules. Ordered by Chief Mag. Judge Vera M. Scanlon on 8/25/2025. (SH) (Entered: 08/25/2025) |
| 08/25/2025 | 109 | MEMORANDUM AND ORDER: Daskal's motion to dismiss is GRANTED with prejudice as to Counts II (Rape) and III (Sexual Abuse). Daskal's motion to dismiss is DENIED as to Counts I (section 2255), IV (Assault), V (Battery), and IV (Intentional Infliction of Emotional Distress). The remaining defendants' motion to dismiss Count I is GRANTED. The Clerk of Court is respectfully directed to terminate defendants Rabbi Ben Zion Halberstam, Chaim Halberstam, Congregation Shaarei Zion of Bobov, Rabbinical College Bobover Yeshiva Bnei Zion, Yad Ephraim, Pesach Greenberg, Yachad D'Bobov, and Chaim Fleischer, Bella Daskal, Pearl Dembitzer, Leiby Dembitzer, and Rose Teitelbaum, and Lipa "Nussy" Brauner from this action. Ordered by Judge Ramon E. Reyes, Jr on 8/25/2025. (ENE) (Entered: 08/26/2025) |
| 08/28/2025 | | ORDER. In light of the District Court's order at ECF No. 109 , granting in part and denying in part Defendants' motion to dismiss, Plaintiff and Defendant Jacob Daskal must |

Case 1:23-cv-07352-RER-VMS    Document 170    Filed 06/24/26    Page 23 of 52 PageID #: 1451

| | | file a proposed discovery schedule on or before 9/5/2025. <u>See</u> 5/28/2024 Order. Ordered by Chief Mag. Judge Vera M. Scanlon on 8/28/2025. (SH) (Entered: 08/28/2025) |
|---|---|---|
| 09/04/2025 | <u>110</u> | Notice of MOTION to Withdraw as Attorney by Jacob Daskal. (Attachments: # <u>1</u> Proposed Order to Withdraw as Attorney) (Shertzer, Amit) (Entered: 09/04/2025) |
| 09/04/2025 | <u>111</u> | Letter *to Judge re Proposed Order* by Rivka Mandel (Batista, Paul) (Entered: 09/04/2025) |
| 09/05/2025 | <u>112</u> | AFFIDAVIT/AFFIRMATION re <u>110</u> Notice of MOTION to Withdraw as Attorney *of Record for Defendant Jacob Daskal by Amit Shertzer, Esq. with Proof of Service,* by Jacob Daskal (Attachments: # <u>1</u> Exhibit 1 - Copies of Envelopes and Certified Mail Receipt) (Shertzer, Amit) Modified on 9/8/2025 (SH). (Entered: 09/05/2025) |
| 09/05/2025 | <u>113</u> | Letter MOTION for Extension of Time to File *Proposed Scheduling Order* by Jacob Daskal. (Schuster, Mitchell) (Entered: 09/05/2025) |
| 09/08/2025 | | ORDER denying without prejudice the Motion to Withdraw as Attorney at ECF No. <u>110</u> . Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern and Eastern Districts of New York, "[a]ll motions to withdraw must be served upon the client and (unless excused by the court) upon all other parties. Proof of such service upon the client shall be filed on the docket in each case where withdrawal is sought." Counsel may re-file a Motion to Withdraw as Attorney that complies with the Local Rules. The Court grants <u>nunc pro tunc</u> the Motion for Extension of Time to File at ECF No. <u>113</u> . The Joint Proposed Scheduling Order must be filed on or before 9/12/2025. Ordered by Chief Mag. Judge Vera M. Scanlon on 9/8/2025. (SH) (Entered: 09/08/2025) |
| 09/08/2025 | | ORDER granting <u>112</u> Motion to Withdraw as Attorney. Attorney Amit Shertzer terminated. The Court notes that Mitchell Schuster and Stacey Ashby remain counsel of record for Mr. Daskal. Ordered by Chief Mag. Judge Vera M. Scanlon on 9/8/2025. (SH) (Entered: 09/08/2025) |
| 09/10/2025 | <u>114</u> | Proposed Scheduling Order by Jacob Daskal (Schuster, Mitchell) (Entered: 09/10/2025) |
| 09/12/2025 | | ORDER. The proposed schedule at ECF No. <u>114</u> is adopted in part as follows: Defendant must answer or otherwise respond to the amended complaint on or before 10/2/2025. The parties must serve initial disclosures on or before 10/16/2025. The parties must serve initial document requests and interrogatories on or before 10/29/2025. The deadline for filing an amending pleading, adding additional parties or commencing motion practice to amend a pleading or to add a party is 11/12/2025; after this date, no further amendments or joinder will be permitted. A joint discovery status letter is due to the Court on or before 2/17/2026. Fact discovery closes 3/17/2026. Initial expert disclosures must be served by 3/17/2026, initial expert reports by 4/17/2026, and rebuttal expert reports by 5/17/2026. Expert discovery closes on 6/17/2026. By the same date, the parties must file a joint letter certifying the close of all discovery. Dispositive motion practice must commence on or before 6/17/2026, or the proposed JPTO must be filed on or before 7/17/2026, in accordance with the assigned judge's individual rules. Ordered by Chief Mag. Judge Vera M. Scanlon on 9/12/2025. (SH) (Entered: 09/12/2025) |
| 10/01/2025 | <u>115</u> | Letter MOTION for pre motion conference by Jacob Daskal. (Schuster, Mitchell) (Entered: 10/01/2025) |

| | | |
|---|---|---|
| 10/03/2025 | 116 | MOTION to Dismiss for Failure to State a Claim *Under Federal Rule of Civil Procedure 12(b)(6)* by Jacob Daskal. (Schuster, Mitchell) (Entered: 10/03/2025) |
| 10/03/2025 | 117 | MEMORANDUM in Support re 116 MOTION to Dismiss for Failure to State a Claim *Under Federal Rule of Civil Procedure 12(b)(6)* filed by Jacob Daskal. (Schuster, Mitchell) (Entered: 10/03/2025) |
| 10/04/2025 | 118 | ORDER denying 115 Motion for Pre Motion Conference; denying 116 Motion to Dismiss for Failure to State a Claim. Ordered by Judge Ramon E. Reyes, Jr on 10/4/2025. (Reyes, Ramon) (Entered: 10/04/2025) |
| 10/08/2025 | 119 | Letter MOTION for Extension of Time to File Answer re 21 Amended Complaint by Jacob Daskal. (Ashby, Stacey) (Entered: 10/08/2025) |
| 10/09/2025 | 120 | Letter MOTION for Extension of Time to File Answer re 21 Amended Complaint by Rivka Mandel. (Batista, Paul) (Entered: 10/09/2025) |
| 10/09/2025 | | ORDER granting 119 Motion for Extension of Time to Answer: The deadline for defendant Jacob Daskal to answer the complaint is extended to **10/15/2025**. The parties are informed that Chief Magistrate Judge Scanlon will be handling all non-dispositive pretrial matters going forward. Ordered by Judge Ramon E. Reyes, Jr. on 10/9/2025. (MQF) (Entered: 10/09/2025) |
| 10/15/2025 | 121 | ANSWER to 21 Amended Complaint by Jacob Daskal. (Schuster, Mitchell) (Entered: 10/15/2025) |
| 02/17/2026 | 122 | Letter *re Joint Discovery Status* by Jacob Daskal (Ashby, Stacey) (Entered: 02/17/2026) |
| 02/20/2026 | 123 | Proposed Scheduling Order *Amended* by Jacob Daskal (Ashby, Stacey) Modified on 2/23/2026 (SH). (Entered: 02/20/2026) |
| 02/23/2026 | | ORDER granting 123 Motion for Extension of Time to Complete Discovery. On or before 3/9/2026, the parties must jointly file a detailed final discovery schedule. Fact discovery closes 7/17/2026. Initial expert disclosures must be served by 7/17/2026, initial expert reports by 8/17/2026, and rebuttal expert reports by 9/17/2026. Expert discovery closes on 9/17/2026. By the same date, the parties must file a joint letter certifying the close of all discovery. Dispositive motion practice must commence on or before 10/17/2026, or the proposed JPTO must be filed on or before 11/17/2026, in accordance with the assigned judge's individual rules. Additional extensions are unlikely absent unforeseen circumstances and a showing of due diligence. Ordered by Chief Mag. Judge Vera M. Scanlon on 2/23/2026. (SH) (Entered: 02/23/2026) |
| 03/09/2026 | 124 | Letter *Joint Re Detailed Final Discovery Schedule* by Jacob Daskal (Ashby, Stacey) (Entered: 03/09/2026) |
| 03/11/2026 | | ORDER: The Court is in receipt of Defendant's letter, ECF No. 124 , which states that "Plaintiff's counsel indicated that... Plaintiff is no longer interested in participating in any pretrial discovery whatsoever." Plaintiff is directed to file a response to this letter on or before 3/13/2026. Failure to participate in Court-ordered discovery may result in the imposition of sanctions, including but not limited to an award of monetary sanctions or the dismissal of Plaintiff's case. Ordered by Chief Magistrate Judge Vera M. Scanlon on 3/11/2026. (AJD) (Entered: 03/11/2026) |

| 03/11/2026 | 125 | Letter MOTION for pre motion conference *for Summary Judgment as to Defendant's Liability* by Rivka Mandel. (Batista, Paul) (Entered: 03/11/2026) |
|---|---|---|
| 03/11/2026 | 126 | RULE 56.1 STATEMENT filed by Rivka Mandel. (Batista, Paul) (Entered: 03/11/2026) |
| 03/12/2026 | 127 | Letter *to Hon. Vera Scanlon in Response to Doc. No. 124* by Rivka Mandel (Batista, Paul) (Entered: 03/12/2026) |
| 03/13/2026 | | ELECTRONIC ORDER granting 125 Motion for Pre Motion Conference. Pre Motion Hearing set for 3/18/2026 at 11:00 AM in Courtroom 2E North at the U. S. District Court Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201 before Judge Ramon E. Reyes, Jr. Ordered by Judge Ramon E. Reyes, Jr on 3/13/2026. (MV) (Entered: 03/13/2026) |
| 03/16/2026 | 128 | Letter MOTION to Compel by Jacob Daskal. (Attachments: # 1 Exhibit A - Defendant's First Set of Interrogatories, # 2 Exhibit B - Plaintiff's Responses to First Interrogatories, # 3 Exhibit C - Defendant's First RFPs, # 4 Exhibit D - Plaintiff's Responses to First RFPs, # 5 Exhibit E - Plaintiff's Rule 26(c) Initial Disclosures, # 6 Exhibit F - Amended Complaint) (Ashby, Stacey) (Entered: 03/16/2026) |
| 03/18/2026 | 129 | Letter MOTION for Extension of Time to File Response/Reply as to 128 Letter MOTION to Compel by Rivka Mandel. (Batista, Paul) (Entered: 03/18/2026) |
| 03/18/2026 | 130 | Minute Entry for proceedings held before Judge Ramon E. Reyes, Jr: Pre Motion Hearing held on 3/18/2026. Paul A. Batista appeared on behalf of Plaintiff. Mitchell Schuster and Stacey Ashby appeared on behalf of Defendant. Case Called. Discussions held. Plaintiffs motion for summary judgment is deemed as made as to all open counts in the 21 amended complaint. The motion is granted only with respect to Count 1 against Defendant Jacob Daskel for 18 U.S.C. § 2255 by way of his guilty plea to 18 U.S.C. § 2423, and denied in all other respects. The parties are directed to meet and confer on an updated discovery schedule with Magistrate Judge Vera M. Scanlon. The parties are encouraged to engage in settlement discussions. Contact the Court Reporter Andronikh Barna at (718) 613-2178 to order the transcript. (MAA) (Entered: 03/18/2026) |
| 03/19/2026 | | ORDER granting in part Plaintiff's Motion for Extension of Time, ECF No. 129 . The deadline for Plaintiff to respond to Defendant's Motion to Compel, ECF No. 128 , is extended to 3/27/2026. Ordered by Chief Magistrate Judge Vera M. Scanlon on 3/19/2026. (AJD) (Entered: 03/19/2026) |
| 03/19/2026 | | SCHEDULING ORDER: A Status Conference before Chief Magistrate Judge Vera M. Scanlon is scheduled for 4/16/2026 at 2:00 p.m. in Courtroom 13A South. Ordered by Chief Magistrate Judge Vera M. Scanlon on 3/19/2026. (AJD) (Entered: 03/19/2026) |
| 03/26/2026 | 131 | Letter MOTION for Protective Order *and In Opposition to Motion to Compel* by Rivka Mandel. (Attachments: # 1 Declaration Declaration in Opposition to Motion to Compel and in Support of Cross-Motion for Protective Orders Under FRCP 26c and Bifurcation Under FRCP 42b) (Batista, Paul) (Entered: 03/26/2026) |

| 03/30/2026 | 132 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 3/18/2026, for hearing type Pre-motion Conference, before Judge Ramon E. Reyes, Jr.. Court Reporter/Transcriber Andronikh Barna, Telephone number 7186132178. Email address: ambarna.crr@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 4/20/2026. Redacted Transcript Deadline set for 4/30/2026. Release of Transcript Restriction set for 6/29/2026. (Barna, Andronikh) (Entered: 03/30/2026) |
|---|---|---|
| 03/31/2026 | 133 | NOTICE of Appearance by Kevin Andrew Fritz on behalf of Jacob Daskal (aty to be noticed) (Fritz, Kevin) (Entered: 03/31/2026) |
| 03/31/2026 | 134 | RESPONSE in Opposition re 131 Letter MOTION for Protective Order *and In Opposition to Motion to Compel* filed by Jacob Daskal. (Fritz, Kevin) (Entered: 03/31/2026) |
| 04/01/2026 | 135 | NOTICE of Appearance by Remy Stocks on behalf of Jacob Daskal (aty to be noticed) (Stocks, Remy) (Entered: 04/01/2026) |
| 04/10/2026 | | ORDER. Due to a conflict in the Court's calendar, the status conference scheduled for 4/16/2026 in Courtroom 13A South before Chief Magistrate Judge Vera M. Scanlon will begin later, at 2:45 PM. Ordered by Chief Mag. Judge Vera M. Scanlon on 4/10/2026. (SH) (Entered: 04/10/2026) |
| 04/15/2026 | 136 | NOTICE of Change of Law Firm Name *to Meister Seelig & Schuster PLLC* Once the filing has been made, you must login to www.pacer.gov and update your account. (Ashby, Stacey) (Entered: 04/15/2026) |
| 04/15/2026 | 137 | NOTICE of Change of Law Firm Name *to Meister Seelig & Schuster PLLC* Once the filing has been made, you must login to www.pacer.gov and update your account. (Schuster, Mitchell) (Entered: 04/15/2026) |
| 04/15/2026 | 138 | NOTICE of Change of Firm name and email Once the filing has been made, you must login to www.pacer.gov and update your account. (Stocks, Remy) (Entered: 04/15/2026) |
| 04/16/2026 | | Minute Entry for proceedings held before Chief Mag. Judge Vera M. Scanlon: Status Conference held 4/16/2026. Paul A. Batista and Allen Lowy appeared for Plaintiff. Plaintiff Rivka Mandel appeared. Stacey Ashby, Remy Stocks and Eli Esakoff appeared for Defendant Jacob Daskal. See separate docket entry for Order issuing from this proceeding. (Time Log #15:07-15:56; 16:03-16:35.) (RM) Modified on 4/23/2026 (RM). (Entered: 04/23/2026) |
| 04/16/2026 | | ORDER: Plaintiff's obligation to respond to Defendant's interrogatories and document requests, except for those related to damages, is stayed pending a resolution of her anticipated application to the U.S. Attorney's Office to obtain evidence that she provided for a criminal proceeding that was brought against Defendant. Plaintiff must file revised responses to Defendant's interrogatories and document requests pertaining to damages on or before 5/8/2026. On or before 6/16/2026, Plaintiff's counsel must submit a status report with an update on the status of the application to the U.S. Attorney's Office, as well as a joint proposal for discovery prepared with Defendant's counsel. Should the U.S. Attorney's Office not produce the materials, the interested party or parties must make an appropriate application to the Court. Upon receipt of the 6/16/2026 letter, the Court will consider the stay. |

| | | Any party that believes a confidentiality order is required should submit a proposed order, either individually or together if both parties believe such an order is required.<br><br>The parties must keep the Court apprised of the release of the pre-sentence report, an issue being briefed before the District Judge who supervised the related criminal proceeding.<br><br>Counsel Allen Lowy and Eli Esakoff must file their respective notices of appearance.<br><br>Ordered by Chief Magistrate Judge Vera M. Scanlon on 4/16/2026. (RM) (Entered: 04/23/2026) |
|---|---|---|
| 04/20/2026 | 139 | MOTION to Withdraw as Attorney by Rivka Mandel. (Attachments: # 1 Declaration) (Batista, Paul) (Entered: 04/20/2026) |
| 04/20/2026 | 140 | REPLY in Opposition re 139 MOTION to Withdraw as Attorney filed by Rivka Mandel. (Green, Remy) (Entered: 04/20/2026) |
| 04/20/2026 | 141 | REPLY in Opposition re 139 MOTION to Withdraw as Attorney , 140 Reply in Opposition *CORRECTED FROM ECF NO. 140 (version control issue)* filed by Rivka Mandel. (Green, Remy) (Entered: 04/20/2026) |
| 04/20/2026 | 142 | NOTICE of Appearance by Remy Green on behalf of Rivka Mandel (aty to be noticed) (Green, Remy) (Entered: 04/20/2026) |
| 04/22/2026 | 143 | NOTICE of Appearance by Jessica S. Massimi on behalf of Rivka Mandel (aty to be noticed) (Massimi, Jessica) (Entered: 04/22/2026) |
| 04/23/2026 | 144 | MOTION to Compel *Prior Counsel to Turn Over the File; and seeking a corresponding Extension of Time (exhibits to be filed under seal separately)* by Rivka Mandel. (Green, Remy) (Entered: 04/23/2026) |
| 04/23/2026 | 145 | Letter *(with sealed versions of exhibits)* by Rivka Mandel (Attachments: # 1 Exhibit Ex. 1 - First Email Thread, # 2 Exhibit Ex. 2 - Second Email Thread) (Green, Remy) (Entered: 04/23/2026) |
| 04/30/2026 | | SCHEDULING ORDER: A Status Conference before Chief Magistrate Judge Vera M. Scanlon is scheduled for 5/12/2026 at 2:30 PM in Courtroom 13A South. Plaintiff, Plaintiff's current counsel, and proposed replacement counsel must attend. Plaintiff's counsel must be prepared to discuss the logistics of a possible change in counsel, as well as any retaining lien or charging lien that Plaintiff's current counsel wishes to asset. Defendant's counsel must also attend as the Court will also consider the proposed revisions to the scheduling order. Ordered by Chief Mag. Judge Vera M. Scanlon on 4/30/2026. (RM) (Entered: 05/01/2026) |
| 05/01/2026 | 146 | Consent MOTION for Protective Order by Rivka Mandel. (Attachments: # 1 Exhibit 1, Proposed Protective Order) (Massimi, Jessica) (Entered: 05/01/2026) |
| 05/01/2026 | 147 | Letter MOTION for Extension of Time to File Response/Reply as to 144 MOTION to Compel *Prior Counsel to Turn Over the File; and seeking a corresponding Extension of Time (exhibits to be filed under seal separately)* by Rivka Mandel. (Batista, Paul) (Entered: 05/01/2026) |
| 05/01/2026 | 148 | Letter MOTION for Summary Judgment *on his Second Affirmative Defense dismissing Counts IV, V and VI of Plaintiff's Amended Complaint* by Jacob Daskal. (Attachments: # 1 Rule 56.1 Statement Local Civl Rule 56.1 Statement, # 2 Exhibit Ex 1 - Original Complaint, # 3 Exhibit Ex 2 - Amended Complaint, # 4 Exhibit Ex 3 - Answer) (Stocks, Remy) (Entered: 05/01/2026) |

| 05/01/2026 | 149 | ~~Emergency MOTION for Temporary Restraining Order *barring Prior Counsel From Directly Contacting a Represented Party*, MOTION for Sanctions *for Violations of Rule 4.2 and 8.4(g)*~~ by Rivka Mandel. (Green, Remy) Modified on 5/13/2026 (MCV) **See text order entered on 05/04/2026 ORDER striking 149 Motion for TRO; striking 149 Motion for Sanctions** . (Entered: 05/01/2026) |
|---|---|---|
| 05/01/2026 | 150 | Emergency MOTION for Temporary Restraining Order *barring Prior Counsel From Directly Contacting a Represented Party*, MOTION for Sanctions *for Violations of Rule 4.2 and 8.4(g)* by Rivka Mandel. (Green, Remy) (Entered: 05/01/2026) |
| 05/04/2026 | 151 | TRANSCRIPT of Proceedings held on 4/16/2026, before Judge Scanlon. Court Reporter/Transcriber Abba Reporting. Email address: abbareporting@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 5/25/2026. Redacted Transcript Deadline set for 6/4/2026. Release of Transcript Restriction set for 8/3/2026. (LH) (Entered: 05/04/2026) |
| 05/04/2026 | | ORDER: Paul A. Batista and Allen Lowy are directed to respond to 150 Emergency MOTION for Temporary Restraining Order *barring Prior Counsel From Directly Contacting a Represented Party* by **5/7/2026**. Failure to oppose the motion for a temporary restraining order will result in the motion being granted. Ordered by Judge Ramon E. Reyes, Jr. on 5/4/2026. (KMP) (Entered: 05/04/2026) |
| 05/04/2026 | | ORDER striking 149 Motion for TRO; striking 149 Motion for Sanctions. Ordered by Judge Ramon E. Reyes, Jr. on 5/4/2026. (KMP) (Entered: 05/04/2026) |
| 05/05/2026 | 152 | Letter *to Hon. Ramon E. Reyes in response to docket numbers 149 and 150* by Rivka Mandel (Batista, Paul) (Entered: 05/05/2026) |
| 05/05/2026 | 153 | Consent MOTION to Adjourn Conference *currently scheduled for May 12, 2026, at 2:30 p.m., because of pre-existing court obligations* by Rivka Mandel. (Green, Remy) (Entered: 05/05/2026) |
| 05/06/2026 | 154 | First MOTION for Extension of Time to File Response/Reply as to 148 Letter MOTION for Summary Judgment *on his Second Affirmative Defense dismissing Counts IV, V and VI of Plaintiff's Amended Complaint* by Rivka Mandel. (Massimi, Jessica) (Entered: 05/06/2026) |
| 05/07/2026 | 155 | Letter *Requesting Denial of Motion for a Communications Bar Order and for Sanctions* by Rivka Mandel (Batista, Paul) (Entered: 05/07/2026) |
| 05/07/2026 | 156 | RESPONSE in Opposition re 144 MOTION to Compel *Prior Counsel to Turn Over the File; and seeking a corresponding Extension of Time (exhibits to be filed under seal separately)* filed by Rivka Mandel. (Batista, Paul) (Entered: 05/07/2026) |
| 05/07/2026 | | ORDER denying 148 Motion for Summary Judgment; denying 150 Motion for TRO; denying 150 Motion for Sanctions; finding as moot 154 Motion for Extension of Time to File Response/Reply all without prejudice to renewal following the upcoming conference with Magistrate Judge Scanlon. The parties should be prepared to discuss these issues at that conference. Ordered by Judge Ramon E. Reyes, Jr on 5/7/2026. (Reyes, Ramon) (Entered: 05/07/2026) |
| 05/08/2026 | | ORDER granting 153 Motion to Adjourn Conference. The Court may accommodate some, but not all, of counsel's scheduling conflicts. The in-person hearing is set for 5/26/2026 at 9:30 AM in Courtroom 13A South before Chief Mag. Judge Vera M. Scanlon. Given the uncertainty as to who is representing Plaintiff and who may |

communicate with Plaintiff, the Court deems it prudent to conduct this conference at the earliest practical date.

Prior to the conference, all counsel are encouraged to discuss the possibility of agreeing as to the representation of Plaintiff and, if possible, to file a motion to substitute counsel.

During the conference, counsel must be prepared to provide updates as to any motion practice in the related criminal case. Ordered by Chief Mag. Judge Vera M. Scanlon on 5/8/2026. (SH) (Entered: 05/08/2026)

| Date | No. | Description |
|------|-----|-------------|
| 05/14/2026 | 157 | NOTICE of Appearance by Eli Esakoff on behalf of Jacob Daskal (aty to be noticed) (Esakoff, Eli) (Entered: 05/14/2026) |
| 05/15/2026 | 158 | MOTION to Stay *Seeking To (1) Clarify that the April 30, 2026 Minute Order Intended to Resolve the Extension in ECF 144 at the Conference; (2) Seeking an Extension of Time to Respond to Defendant's Newly Served Discovery; (3) Seeking to Stay or Quash (without prejudice) Defendant's Newly Served Subpoenas; or (4) In the Alternative, Seeking to Stay Discovery Pending the Upcoming Conference* by Rivka Mandel. (Green, Remy) (Entered: 05/15/2026) |
| 05/17/2026 | 159 | REPLY in Opposition re 158 MOTION to Stay *Seeking To (1) Clarify that the April 30, 2026 Minute Order Intended to Resolve the Extension in ECF 144 at the Conference; (2) Seeking an Extension of Time to Respond to Defendant's Newly Served Discovery; (3) Seeking to Stay filed by Jacob Daskal.* (Stocks, Remy) (Entered: 05/17/2026) |
| 05/19/2026 | 160 | Letter MOTION to Substitute Attorney by Rivka Mandel. (Batista, Paul) (Entered: 05/19/2026) |
| 05/26/2026 | | Minute Entry for proceedings held before Chief Magistrate Judge Vera M. Scanlon: Status Conference held 5/26/2026. Paul A. Batista appeared as Plaintiff's counsel of record seeking to withdraw. Allen Lowy also appeared. Remy Green and Jessica S. Massimi appeared as Plaintiff's proposed new counsel. Stacey Ashby and Mitchell Schuster appeared for Defendant Jacob Daskal. See separate docket entry for Order issuing from this proceeding. (Time Log #9:43-10:59; off the record; 10:59-11:00.) (RM) (Entered: 06/15/2026) |
| 06/01/2026 | | ORDER: During the 5/26/2026 conference, the Court granted the motion to substitute attorney at ECF No. 160 . In light of the stipulation attached to the motion at ECF No. 160 , and in particular, the provisions governing the transfer of Plaintiff's file to new counsel, the motion to compel at ECF No. 144 and corresponding motion for an extension at ECF No. 147 are denied as moot. Plaintiff's former counsel must transfer the file to her new counsel in accordance with the stipulation at ECF No. 160 on or before 6/25/2026. The motion to withdraw at ECF No. 139 and the 158 motion to stay discovery ahead of the 5/26/2026 conference at ECF No. 158 are also denied as moot. |

It was noted on the record that outgoing counsel and incoming counsel have not resolved the question of fees and/or costs that might be owed to outgoing counsel or in which outgoing counsel might have a claim. Counsel are urged to resolve this open question expeditiously. The Court does not take a position on this issue at this time.

Insofar as the stipulation at ECF No. 160 stated that it did not "resolve any issue concerning the files held by Allen Lowy or his substitution," Mr. Lowy stated on the record during the conference that he was never Plaintiff's counsel and that does not and never did have any files pertaining to this case. He also agreed not to initiate conversations with Plaintiff about this litigation.

As discussed during the recent conference, on or before 5/29/2026, Defendants were to send Plaintiff their proposed authorizations to obtain Plaintiff's medical records. On or before 8/21/2026, Plaintiff must provide the authorizations; Plaintiff must inform Defendant's counsel if she seeks to restrict the authorizations in any way. On or before 9/4/2026, the parties must file a joint status letter explaining any such limitation upon which the parties agree, as well as their respective positions on any limitation that remains in dispute.

During the recent conference, Plaintiff's new counsel represented that Plaintiff intends to either amend the complaint to add defendants or file a related action against those parties. On or before 7/17/2026, if Plaintiff proposes to amend the pleadings, she must file a letter request for a pre-motion conference, in accordance with the District Judge's individual rules. The Court recognizes that the basis for such an amendment or new action is intertwined with the prospect of settling this case.

On or before 7/24/2026, Plaintiff must respond to the discovery requests that were outstanding as of 5/26/2026.

On or before 7/31/2026, Plaintiff must provide updated Rule 26 disclosures, with particular attention to the damages calculation.

On or before 8/21/2026, the parties are directed to file a joint status letter that includes a plan for future document requests and depositions, as well as a proposed date for the completion of discovery. In addition, the letter must address the status of any settlement discussions and whether the parties are interested in pursuing mediation.

The Court is in receipt of the motion for a protective order at ECF No. 146 and will review it. The parties have agreed to the stipulation at ECF. No. [146-1] and are bound by its terms. The Court reminds the parties that their request that the Court review the stipulation is not a reasonable basis upon which to delay proceeding with discovery or complying with the agreement.

Ordered by Chief Mag. Judge Vera M. Scanlon on 6/1/2026. (RM) (Entered: 06/15/2026)

| 06/05/2026 | 161 | (Ex Parte) MOTION to Sever *the Portion of Summary Judgment Entitling Prior Counsel to Fees so Prior Counsel can Make a Fee Application; or to Hold Hearing to Determine Any Lien* by Rivka Mandel. (Attachments: # 1 Memorandum in Support, # 2 Declaration Declaration of Remy Green, # 3 Exhibit Green Ex. 1 - Relevant Email) (Green, Remy) (Entered: 06/05/2026) |
|---|---|---|
| 06/05/2026 | 162 | MOTION to Sever *the Portion of Summary Judgment Entitling Prior Counsel to Fees so Prior Counsel can Make a Fee Application; or to Hold Hearing to Determine Any Lien (Redacted Public Version)* by Rivka Mandel. (Attachments: # 1 Memorandum in Support Memo of Law (with Redactions), # 2 Declaration Declaration of Remy Green (Sealed Exhibit Omitted)) (Green, Remy) (Entered: 06/05/2026) |
| 06/05/2026 | 163 | MOTION for Leave to Electronically File Document under Seal *re: ECF No. 161-1 and 161-3* by Rivka Mandel. (Green, Remy) (Entered: 06/05/2026) |
| 06/08/2026 | 164 | (Ex Parte) Emergency MOTION for Temporary Restraining Order *to Bar Prior Counsel's Explicit Plan to "soon forward to defense counsel written communications" with Plaintiff* by Rivka Mandel. (Attachments: # 1 Exhibit Ex. 1 - Threat to Immediately Disclose Privileged Materials to Defendant) (Green, Remy) (Entered: 06/08/2026) |
| 06/09/2026 | | EX PARTE TEMPORARY RESTRAINING ORDER re 164 Motion for TRO: This is an ex parte temporary restraining order pursuant to Fed. R. Civ. P. 65(b). Mr. Batista is restrained from disclosing to defense counsel any written or oral communications |

| | | between himself or any member of his firm and Ms. Mandel until further order of the Court. The Court will hold an in person hearing on further injunctive relief on Monday, June 15, 2026, at 11:00 a.m. Only plaintiff's counsel, plaintiff, and Mr. Batista will be permitted to attend. So Ordered by Judge Ramon E. Reyes, Jr on 6/9/2026. (MV) (Entered: 06/09/2026) |
|---|---|---|
| 06/09/2026 | 165 | Letter *re Ex Parte TRO* by Rivka Mandel (Batista, Paul) (Entered: 06/09/2026) |
| 06/10/2026 | 166 | Letter *Requesting Clarification re: Plaintiff's Attendance* by Rivka Mandel (Massimi, Jessica) (Entered: 06/10/2026) |
| 06/10/2026 | | EX PARTE ORDER: Ms. Mandel is excused from the court appearance on **6/15/2026**. Ordered by Judge Ramon E. Reyes, Jr. on 6/10/2026. (KMP) (Entered: 06/10/2026) |
| 06/15/2026 | 167 | TRANSCRIPT of Proceedings held on 5/26/2026, before Judge Scanlon. Court Reporter/Transcriber Transcriptions Plus II, Inc. Email address: rl.transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 7/6/2026. Redacted Transcript Deadline set for 7/16/2026. Release of Transcript Restriction set for 9/14/2026. (LH) (Entered: 06/15/2026) |
| 06/15/2026 | 168 | Minute Entry for proceedings held before Judge Ramon E. Reyes, Jr:TRO Injunctive Relief Hearing held on 6/15/2026. Case called. Paul A. Batista appeared as former counsel for Plaintiff. Jessica S. Massimi and Remy Green appeared as new counsel for Plaintiff. Discussions held. The Court converts its June 9, 2026, ex parte temporary restraining order into a permanent injunction. Absent further order of the Court, Mr. Batista is permanently enjoined from disclosing confidential communications he had with Ms. Mandel to anyone other than current counsel. On May 26, 2026, Chief Magistrate Judge Vera M. Scanlon denied as moot 144 Mx. Green and Ms. Massimis motion to compel and ordered Mr. Batista to transfer Plaintiffs file to new counsel on or before June 25, 2026. To the extent that the parties seek further clarity and direction by this Court, the parties are directed to confer regarding what electronic documents exist, and new counsel is directed to assist Mr. Batista in downloading electronic documents into a usable file format for new counsel. Mr. Batista is ordered to produce all paper and electronic files to Mx. Green and Ms. Massimi by June 30, 2026. Mx. Green and Ms. Massimi will have thirty (30) days thereafter to return any physical documents to Mr. Batista.(Court Reporter Sophie Nolan.) (MAA) (Entered: 06/16/2026) |
| 06/17/2026 | | ORDER: The Court is in receipt of Plaintiff's motion at ECF No. 161 . Mr. Batista may oppose the motion on or before 6/25/2026. Plaintiff's reply is due on or before 7/6/2026. Mr. Batista's opposition may include his retainer agreement with Plaintiff, which may be filed under seal. Counsel are encouraged to negotiate a resolution to this issue. Ordered by Chief Mag. Judge Vera M. Scanlon on 6/17/2026. (RM) (Entered: 06/17/2026) |
| 06/23/2026 | 169 | Second MOTION to Amend/Correct/Supplement 21 Amended Complaint by Rivka Mandel. (Attachments: # 1 Exhibit 1, Second Amended Complaint (clean copy), # 2 Exhibit 2, Second Amended Complaint (track changes)) (Massimi, Jessica) (Entered: 06/23/2026) |

| PACER Service Center |
|---|
| **Transaction Receipt** |

| 06/23/2026 12:43:14 | | | |
|---|---|---|---|
| **PACER Login:** | pabatista | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-07352-RER-VMS |
| **Billable Pages:** | 23 | **Cost:** | 2.30 |

# Exhibit 2

CLOSED

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:21-cr-00110-NGG-1

Case title: USA v. Daskal

Date Filed: 02/26/2021

Date Terminated: 11/14/2023

Assigned to: Judge Nicholas G. Garaufis

**Defendant (1)**

**Jacob Daskal**
*TERMINATED: 11/14/2023*

represented by **Ilana Haramati**
Meister Seelig & Fein LLP
Litigation
125 Park Ave
8th Floor
New York, NY 10017
646-860-3130
Email: ih@msf-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Evan Loren Lipton**
Law Offices of James Kousouros
260 Madison Avenue
Ste Floor 22
New York, NY 10016
917-924-9800
Email: ell@evanliptonlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Henry E. Mazurek**
Meister Seeling & Fein LLP
125 Park Avenue
7th floor
New York, NY 10017
212-655-3500
Fax: 212-655-3535
Email: hem@msf-law.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jason Ser**
Meister Seelig & Fein
125 Park Avenue
7th Floor

6/23/26, 12:47 PM

Case 1:23-cv-07352-RER-VMS    Eastern District of New York - LIVE Database 1.8 (Revision 1.8.4)   Page 35 of 52 PageID
#: 1463

New York, NY 10017
646-539-3712
Fax: 212-655-3535
Email: jis@mss-pllc.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

18:2423(a) and 3551 et seq . -
Transportation of Minor with Intent to
Engage in Criminal Sexual Activity
(2s)

## Disposition

Receives 210 months imprisonment; 5 years
supervised release with special conditions;
$100 special assessment; $250,000 fine;
$5,000 JVTA Assessment

## Highest Offense Level (Opening)

Felony

## Terminated Counts

Title 18, United States Code, Sections
2422(b) and 3551 et seq. = Mann Act
Coercion and Enticement
(1)

18:2422(b) and 3551 et seq. - Mann Act
Coercion and Enticement
(1s)

Title 18, United States Code, Sections
2423(a) and 3551 et seq. = Transportation of
Minor with Intent to Engage in Criminal
Sexual Activity
(2)

Title 18, United States Code, Sections
2423(b) and 3551 et seq. - Travel with
Intent to Engage in Illicit Sexual Conduct
(3)

## Disposition

Dismissed on Motion of the United States

Dismissed on Motion of the United States

Dismissed on Motion of the United States

Dismissed on Motion of the United States

## Highest Offense Level (Terminated)

Felony

## Complaints

None

## Disposition

---

## Plaintiff

**USA**                                    represented by **Erin Reid**
DOJ-USAO
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
720-318-8337

Case 1:23-cv-07352-RER-VMS    Document 170    Filed 06/24/26    Page 36 of 52 PageID #: 1464

Email: erin.reid@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Jonathan Edgar Algor , IV**
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
212-506-1700
Email: JAlgor@Kasowitz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Daniel G. Saavedra**
U.S. Attorney's Office
Financial Litigation Unit
271A Cadman Plaza
Ste 8064
Brooklyn, NY 11201
718-254-6360
Email: daniel.saavedra@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Genny Ngai**
DOJ-USAO
271 Cadman Plaza East
Brooklyn, NY 11201
718-254-6393
Email: gngai@morrisoncohen.com
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Rachel A Bennek**
DOJ-USAO
U.S. Attorney's Office, Eastern District of
New York
271 Cadman Plaza East
Brooklyn, NY 11201
718-254-6140
Email: Rachel.Shanies@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2021 | 1 | SEALED INDICTMENT as to Jacob Daskal (1) count(s) 1, 2, 3. (Attachments: # 1 Criminal Information Sheet, # 2 Sealing Form) (Marziliano, August) (Additional attachment(s) added on 2/26/2021: # 3 Sealing Cover Sheet) (Marziliano, August). (Additional attachment(s) added on 3/4/2021: # 4 AMENDED Indictment) (Marziliano, August). (Entered: 02/26/2021) |

| 03/04/2021 | 5 | NOTICE OF ATTORNEY APPEARANCE: Henry E. Mazurek appearing for Jacob Daskal. (Fernandez, Erica) (Entered: 03/04/2021) |
|---|---|---|
| 03/04/2021 | 6 | Order to Unseal Indictment as to Jacob Daskal: Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Erin Reid, for an order unsealing the above-captioned matter in its entirety. WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed. Ordered by Magistrate Judge Peggy Kuo on 3/4/2021. (Fernandez, Erica) (Entered: 03/04/2021) |
| 03/04/2021 | 7 | Letter *regarding detention* as to Jacob Daskal (Reid, Erin) (Entered: 03/04/2021) |
| 03/04/2021 | 8 | NOTICE OF ATTORNEY APPEARANCE: Evan Loren Lipton appearing for Jacob Daskal (Lipton, Evan) (Entered: 03/04/2021) |
| 03/04/2021 | 9 | MOTION for Bond by Jacob Daskal. (Lipton, Evan) (Entered: 03/04/2021) |
| 03/04/2021 | 10 | Minute Entry for proceedings held before Magistrate Judge Peggy Kuo:Initial Appearance and Arraignment via Video/Telephone Conference as to Jacob Daskal (1) Count 1,2,3 held on 3/4/2021. Plea entered, Not Guilty on counts 1-3. Bond set at $4,5000,000. Defendant advised and consents to the court signing the bond on his behalf. Eight (8) sureties advised and consent to the court signing the bond on their behalf. Rule 5f warnings given to the government. Order of Excludable Delay entered. Status Conference set for 4/9/2021 at 10:30 AM before Judge Nicholas G. Garaufis. (#WebEx Log #: 3:30-5:10) (Lee, Tiffeny) (Entered: 03/05/2021) |
| 03/04/2021 | 11 | ORDER Setting Conditions of Release as to Jacob Daskal (1), $4,500,000 Bond with Conditions, 8 Sureties. So Ordered by Magistrate Judge Peggy Kuo on 3/4/2021. (Lee, Tiffeny) (Entered: 03/05/2021) |
| 03/04/2021 | 12 | REDACTED BOND re Jacob Daskal to 11 1 - Sealed Document CR, Order Setting Conditions of Release. (Lee, Tiffeny) (Entered: 03/05/2021) |
| 03/04/2021 | 13 | ORDER as to Jacob Daskal: This order is entered pursuant to Federal Rule of Criminal Procedure 5(f) to confirm the prosecution's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations. So Ordered by Magistrate Judge Peggy Kuo on 3/4/2021. (Lee, Tiffeny) (Entered: 03/05/2021) |
| 03/04/2021 | | ORDER of Excludable Delay as to Jacob Daskal. Time excluded from 3/4/2021 until 4/9/2021. So Ordered by Magistrate Judge Peggy Kuo on 3/4/2021. (Lee, Tiffeny) (Entered: 03/05/2021) |
| 03/11/2021 | 14 | TRANSCRIPT of Proceedings as to Jacob Daskal held on March 4, 2021, before Judge Kuo. Court Reporter/Transcriber Transcriptions Plus II, Inc.. Email address: laferrara44@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 4/1/2021. Redacted Transcript Deadline set for 4/12/2021. Release of Transcript Restriction set for 6/9/2021. (Hong, Loan) (Entered: 03/11/2021) |
| 03/22/2021 | 15 | Letter *requesting modification of bail to allow for weekly visits to parents* as to Jacob Daskal (Lipton, Evan) (Entered: 03/22/2021) |
| 03/24/2021 | 16 | ORDER as to Jacob Daskal re 15 Letter requesting modification of bail to allow for weekly visits to parents. Application granted. So Ordered by Judge Nicholas G. Garaufis |

| | | on 3/24/2021. (Lee, Tiffeny) (Entered: 03/24/2021) |
|---|---|---|
| 04/08/2021 | 17 | Letter *Requesting the Court to Enter a Protective Order Signed by the Parties for Discovery Material* as to Jacob Daskal (Attachments: # 1 Proposed Order) (Algor, Jonathan) (Entered: 04/08/2021) |
| 04/09/2021 | 18 | Stipulation & Protective Order as to Jacob Daskal. So Ordered by Judge Nicholas G. Garaufis on 4/9/2021. (Lee, Tiffeny) (Entered: 04/09/2021) |
| 04/09/2021 | 19 | Letter *re Rule 16 Discovery* as to Jacob Daskal (Algor, Jonathan) (Entered: 04/09/2021) |
| 04/09/2021 | | Minute Entry for proceedings held before Judge Nicholas G. Garaufis: Status Conference held via videoconference on April 9, 2021. Counsel for the Government and for Defendant present via video. Defendant present via video. The next status conference will be held on Wednesday, July 14, 2021 at 10:30 a.m. Time is excluded until the next status conference under the Speedy Trial Act, on consent of the parties, in the interests of justice for production and review of discovery and to engage in plea negotiations. (Court Reporter Linda Marino.) (Baron, Laura) (Entered: 04/09/2021) |
| 05/24/2021 | 20 | Letter *Requesting temporary bail modification, on consent* as to Jacob Daskal (Lipton, Evan) (Entered: 05/24/2021) |
| 05/25/2021 | 21 | ORDER as to Jacob Daskal re 20 Letter Requesting temporary bail modification. Application Denied. So Ordered by Judge Nicholas G. Garaufis on 5/25/2021. (Lee, Tiffeny) (Entered: 05/25/2021) |
| 05/27/2021 | 22 | Letter *requesting permission to attend family wedding* as to Jacob Daskal (Attachments: # 1 Exhibit Exhibits A through C) (Lipton, Evan) (Entered: 05/27/2021) |
| 05/28/2021 | 23 | ORDER as to Jacob Daskal re 22 Letter requesting permission to attend family wedding. Application Granted. So Ordered by Judge Nicholas G. Garaufis on 5/27/2021. (Lee, Tiffeny) (Entered: 05/28/2021) |
| 06/03/2021 | 24 | Letter MOTION to Modify Conditions of Release *to allow attendance for religious services* by Jacob Daskal. (Mazurek, Henry) (Entered: 06/03/2021) |
| 06/04/2021 | 25 | Letter *re Government's Objection to Defendant's Request to Modify Conditions of Release* as to Jacob Daskal (Algor, Jonathan) (Entered: 06/04/2021) |
| 06/04/2021 | 26 | ORDER denying 24 Motion to Modify Conditions of Release as to Jacob Daskal (1). So Ordered by Judge Nicholas G. Garaufis on 6/4/2021. (Lee, Tiffeny) (Entered: 06/04/2021) |
| 07/14/2021 | 27 | Letter *seeking adjournment of status conference and consenting to exclusion of time* as to Jacob Daskal (Lipton, Evan) (Entered: 07/14/2021) |
| 07/16/2021 | 28 | ORDER as to Jacob Daskal. Status Conference is set for 7/27/2021 at 10:30 AM. Time is excluded from 7/14/21 until 7/27/21 on consent of the parties for review of discovery. So Ordered by Judge Nicholas G. Garaufis on 7/14/2021. (Lee, Tiffeny) (Entered: 07/16/2021) |
| 07/27/2021 | | Minute Entry for proceedings held before Judge Nicholas G. Garaufis: Status Conference held via videoconference on July 27, 2021. Counsel for the Government and for Defendant present via video. Defendant present via video. The next status conference will be held on Tuesday, October 26, 2021 at 11 a.m. Time is excluded until the next status conference under the Speedy Trial Act, on consent of the parties, in the interests of facilitating the review of discovery and plea negotiations. (Court Reporter Linda Marino) (Baron, Laura) (Entered: 07/27/2021) |
| 07/29/2021 | | ORDER: To facilitate preparation for trial in accordance with applicable COVID-19 protocols, the parties are DIRECTED to advise the court on whether they consent to jury |

| | | |
|---|---|---|
| | | selection by magistrate judge and on the vaccination status of the Defendant and of all counsel. Because the court has determined that there may be availability to begin trial on December 20, 2021, the parties are also DIRECTED to advise the court of any scheduling conflicts with that date by Friday, August 6. Ordered by Judge Nicholas G. Garaufis on 7/29/2021. (Baron, Laura) (Entered: 07/29/2021) |
| 08/04/2021 | 29 | NOTICE OF ATTORNEY APPEARANCE: Ilana Haramati appearing for Jacob Daskal (Haramati, Ilana) (Entered: 08/04/2021) |
| 08/06/2021 | 30 | Letter MOTION to Continue *Request Trial Date to Be Set for May 2022* by Jacob Daskal. (Mazurek, Henry) (Entered: 08/06/2021) |
| 10/19/2021 | 31 | Letter *regarding the parties' joint application to adjourn the status conference and exclude time under the Speedy Trial Act* as to Jacob Daskal (Reid, Erin) (Entered: 10/19/2021) |
| 10/19/2021 | 32 | ORDER re 31 joint letter request to adjourn the status conference and exclude time under the Speedy Trial Act as to Jacob Daskal. Application granted. Time excluded in the interest of justice under the Speedy Trial Act from 10/26/2021 until 11/1/2021 on consent of the parties for review of discovery and plea negotiations. Status Conference set for 11/1/2021 at 11:30 AM before Judge Nicholas G. Garaufis. So Ordered by Judge Nicholas G. Garaufis on 10/19/2021. (Lee, Tiffeny) (Entered: 10/19/2021) |
| 10/31/2021 | 33 | Consent MOTION to Continue *November 1, 2021 Status Conference* by Jacob Daskal. (Haramati, Ilana) (Entered: 10/31/2021) |
| 11/01/2021 | 34 | ORDER granting 33 Motion to Continue as to Jacob Daskal (1). Time is excluded in the interests of justice under the Speedy Trial Act from 11/20121 to 11/8/2021 on consent of the parties for: unavailable defendant due to death in family. Status Conference adjourned to 11/8/2021 at 11:30 AM before Judge Nicholas G. Garaufis. So Ordered by Judge Nicholas G. Garaufis on 11/1/2021. (Lee, Tiffeny) (Entered: 11/01/2021) |
| 11/01/2021 | 35 | Letter MOTION to Travel *to Observe Mourning Services* by Jacob Daskal. (Haramati, Ilana) (Entered: 11/01/2021) |
| 11/02/2021 | 36 | ORDER granting 35 Motion to Travel as to Jacob Daskal (1).Ordered by Judge Nicholas G. Garaufis on 11/2/2021. (Marziliano, August) (Entered: 11/02/2021) |
| 11/08/2021 | | Minute Entry for proceedings held before Judge Nicholas G. Garaufis: Status Conference held via videoconference on November 8, 2021. Counsel for the Government and for Defendant present via video. Defendant present via video. The proposed briefing schedule is APPROVED. Opening motions will be due by January 28; responses by March 4; and replies, if any, by March 18. Oral argument is scheduled for March 31 at 2:30 pm in Courtroom 4D. Decision on trial scheduling is RESERVED. The jury will be selected by a magistrate judge. Time is excluded until March 31 under the Speedy Trial Act, on consent of the parties, in the interests of justice to allow for the continued exchange and review of discovery and ongoing plea negotiations. If the parties reach a disposition in principal prior to that date, they are directed to confer and contact the court's Deputy at Joseph_Recoppa@nyed.uscourts.gov to schedule an in person plea hearing. (Court Reporter Michele Nardone.) (Baron, Laura) (Entered: 11/08/2021) |
| 01/14/2022 | | ORDER: Jury selection is scheduled to begin on November 9, 2022. The parties are DIRECTED to confer and to contact the court's Deputy at Joseph_Reccoppa@nyed.uscourts.gov to schedule a status conference for the coming weeks. Ordered by Judge Nicholas G. Garaufis on 1/14/2022. (Baron, Laura) (Entered: 01/14/2022) |

| 01/20/2022 | 38 | Letter MOTION to Continue *Pretrial Motions Schedule on Consent* by Jacob Daskal. (Mazurek, Henry) (Entered: 01/20/2022) |
|---|---|---|
| 01/21/2022 | 39 | ORDER re 38 Motion to Continue as to Jacob Daskal (1). Application for revised motion schedule is granted. Time is excluded in the interest of justice under the Speedy Trial Act from today to 11/9/2022 on consent of the parties for: motion practice, trial preparation and plea negotiations. Status Conference is confirmed for for 3/31/2022 at 02:30 PM. So Ordered by Judge Nicholas G. Garaufis on 1/21/2022. (Lee, Tiffeny) (Entered: 01/21/2022) |
| 03/29/2022 | 40 | Letter MOTION to Continue *Status Conference Date* by Jacob Daskal. (Mazurek, Henry) (Entered: 03/29/2022) |
| 03/30/2022 | 41 | ORDER granting 40 Motion to Continue as to Jacob Daskal (1). Time excluded from 3/31/2022 to 7/13/2022 on consent of the parties for trial preparation and motion practice. Motion Hearing set for 7/13/2022 at 09:30 AM before Judge Nicholas G. Garaufis. So Ordered by Judge Nicholas G. Garaufis on 3/29/2022. (Lee, Tiffeny) (Entered: 03/30/2022) |
| 04/25/2022 | 42 | Letter MOTION to Modify Conditions of Release *for attendance at religious services* by Jacob Daskal. (Mazurek, Henry) (Entered: 04/25/2022) |
| 04/25/2022 | 43 | ORDER re 42 Motion to Modify Conditions of Release as to Jacob Daskal (1). Application granted. So Ordered by Judge Nicholas G. Garaufis on 4/25/2022. (Lee, Tiffeny) (Entered: 04/25/2022) |
| 05/08/2022 | 44 | Letter *regarding the parties' joint application to amend the pretrial motion schedule* as to Jacob Daskal (Reid, Erin) (Entered: 05/08/2022) |
| 05/10/2022 | 45 | ORDER re 44 joint application to amend the pretrial motion schedule as to Jacob Daskal. Application granted. Time excluded in the interests of justice under the Speedy Trial Act from 5/10/2022 until 7/13/2022 on consent of the parties for motion practice. So Ordered by Judge Nicholas G. Garaufis on 5/10/2022. (Lee, Tiffeny) (Entered: 05/10/2022) |
| 05/19/2022 | 46 | MOTION to Modify Conditions of Release by Jacob Daskal. (Attachments: # 1 Exhibit Letter from Rabbi Kaufman) (Ser, Jason) (Entered: 05/19/2022) |
| 05/19/2022 | | ORDER: Defendant's 46 Motion to Modify Conditions of Release is DENIED. Ordered by Judge Nicholas G. Garaufis on 5/19/2022. (Katz, Jennifer) (Entered: 05/19/2022) |
| 05/24/2022 | 47 | MOTION for Bill of Particulars , MOTION to Suppress by Jacob Daskal. (Mazurek, Henry) (Entered: 05/24/2022) |
| 05/24/2022 | 48 | MEMORANDUM in Support re 47 MOTION for Bill of Particulars MOTION to Suppress (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H - O, # 9 Exhibit P, # 10 Exhibit Q, # 11 Exhibit R, # 12 Exhibit S) (Mazurek, Henry) (Entered: 05/24/2022) |
| 05/24/2022 | 49 | MOTION for Leave to File Excess Pages *for Memorandum in Support of Pretrial Motions* by Jacob Daskal. (Mazurek, Henry) (Entered: 05/24/2022) |
| 05/24/2022 | | Defendant's 49 Motion for Leave to File Excess Pages for Memorandum in Support of Pretrial Motions is DENIED. Defendant is DIRECTED to resubmit his Memorandum in Support with a maximum of 50 pages. Ordered by Judge Nicholas G. Garaufis on 5/24/2022. (Katz, Jennifer) (Entered: 05/24/2022) |
| 06/02/2022 | 50 | MEMORANDUM in Support re 47 MOTION for Bill of Particulars MOTION to Suppress - *Amended and Condensed Pursuant to Court Order* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, |

| | | # 8 Exhibit H - O, # 9 Exhibit P, # 10 Exhibit Q, # 11 Exhibit R, # 12 Exhibit S, # 13 Exhibit T) (Haramati, Ilana) (Entered: 06/02/2022) |
|---|---|---|
| 06/07/2022 | 52 | Letter *regarding the parties' joint application to amend the pretrial motion schedule* as to Jacob Daskal (Reid, Erin) (Entered: 06/07/2022) |
| 06/08/2022 | 54 | ORDER re 52 joint application to amend the pretrial motion schedule as to Jacob Daskal. Application granted. So Ordered by Judge Nicholas G. Garaufis on 6/8/2022. (Lee, Tiffeny) (Entered: 06/08/2022) |
| 06/21/2022 | 55 | RESPONSE in Opposition re 47 MOTION for Bill of Particulars MOTION to Suppress (Reid, Erin) (Entered: 06/21/2022) |
| 07/02/2022 | 56 | Consent MOTION to Continue *Motions Dates* by Jacob Daskal. (Haramati, Ilana) (Entered: 07/02/2022) |
| 07/06/2022 | 57 | ORDER granting 56 Motion to Continue briefing schedule and motion hearing as to Jacob Daskal (1). So Ordered by Judge Nicholas G. Garaufis on 7/5/2022. (Lee, Tiffeny) (Entered: 07/06/2022) |
| 07/11/2022 | 58 | MOTION for Leave to File Excess Pages *for Reply Memorandum in Support of Pretrial Motions* by Jacob Daskal. (Ser, Jason) (Entered: 07/11/2022) |
| 07/11/2022 | 59 | ORDER granting 58 Motion for Leave to File Excess Pages as to Jacob Daskal. Ordered by Judge Nicholas G. Garaufis on 7/11/2022. (Katz, Jennifer) (Entered: 07/11/2022) |
| 07/13/2022 | 60 | REPLY TO RESPONSE to Motion re 47 MOTION for Bill of Particulars MOTION to Suppress (Ser, Jason) (Entered: 07/13/2022) |
| 08/05/2022 | | ORDER: Trial is now scheduled for November 7, 2022. If the parties are unable to proceed on this date, the backup date for this trial will be June 12, 2023. Counsel for Defendant are DIRECTED to keep the court apprised of developments in their other trial that may impact the likelihood of going forward on November 7, 2022. As the parties agreed to at the November 8, 2021 status conference, a Magistrate Judge will select the jury for this trial. The parties are DIRECTED to advise the court as to whether they consent to a vaccinated jury by August 19, 2022. Ordered by Judge Nicholas G. Garaufis on 8/5/2022. (Katz, Jennifer) Modified on 8/19/2022 to correct back up trial date: changed from June 12, 2022 to June 12, 2023 (Lee, Tiffeny). (Entered: 08/05/2022) |
| 08/19/2022 | 61 | Letter *Pursuant to Court's August 19, 2022 Order* as to Jacob Daskal (Ser, Jason) (Entered: 08/19/2022) |
| 08/19/2022 | 62 | Letter *re the Court's August 5, 2022 Order* as to Jacob Daskal (Algor, Jonathan) (Entered: 08/19/2022) |
| 08/26/2022 | 63 | Letter *Motion to Adjourn Trial and Arguments* as to Jacob Daskal (Ser, Jason) (Entered: 08/26/2022) |
| 09/23/2022 | | ORDER: Defendant's 63 application for an adjournment is GRANTED. Trial is now scheduled for June 12, 2023. Oral argument, previously scheduled for September 29, 2022, is rescheduled for November 17, 2022 at 11:00AM in Courtroom 4D South. Ordered by Judge Nicholas G. Garaufis on 9/23/2022. (Katz, Jennifer) (Entered: 09/23/2022) |
| 09/30/2022 | | ORDER: Due to changes in the Eastern District of New York COVID-19 jury protocols, jury selection in this matter has been rescheduled from June 12, 2023 to June 5, 2023. Ordered by Judge Nicholas G. Garaufis on 9/30/2022. (Katz, Jennifer) (Entered: 09/30/2022) |

| 10/03/2022 | 64 | Letter *requesting that time be excluded under the Speedy Trial Act* as to Jacob Daskal (Reid, Erin) (Entered: 10/03/2022) |
|---|---|---|
| 10/04/2022 | 65 | ORDER re 64 request that time be excluded under the Speedy Trial Act as to Jacob Daskal. Application granted. Time is excluded in the interests of justice under the Speedy Trial Act from 7/13/2022 until 11/17/2022 nunc pro tunc on consent of the parties for motion practice. So Ordered by Judge Nicholas G. Garaufis on 10/3/2022. (TL) (Entered: 10/04/2022) |
| 10/05/2022 | 66 | Letter MOTION to Modify Conditions of Release *for Upcoming Holiday* by Jacob Daskal. (Ser, Jason) (Entered: 10/05/2022) |
| 10/06/2022 | 67 | ORDER granting 66 Motion to Modify Conditions of Release for Upcoming Holiday as to Jacob Daskal (1). So Ordered by Judge Nicholas G. Garaufis on 10/6/2022. (TL) (Entered: 10/06/2022) |
| 11/10/2022 | 68 | Letter *regarding supplemental discovery* as to Jacob Daskal (Reid, Erin) (Entered: 11/10/2022) |
| 11/15/2022 | 69 | MOTION to Modify Conditions of Release by Jacob Daskal. (Ser, Jason) (Entered: 11/15/2022) |
| 11/15/2022 |  | ORDER: The court GRANTS the Defendant's 69 Motion to Modify Conditions of Release provided that the Defendant not be left unattended with any minors while attending the prayer service, stopping at his sister's home, or moving in between these locations. Ordered by Judge Nicholas G. Garaufis on 11/15/2022. (Kirschner, Isaac). (Entered: 11/15/2022) |
| 11/17/2022 | 70 | NOTICE OF ATTORNEY APPEARANCE Rachel August Shanies appearing for USA. (Shanies, Rachel) (Entered: 11/17/2022) |
| 11/17/2022 |  | Minute Entry for proceedings held before Judge Nicholas G. Garaufis: Oral Argument on Defendant's Pretrial Motions held in person on November 17, 2022 at 11:00 am. Counsel for the Plaintiff, counsel for the Defendant, and Defendant present. The court RESERVED JUDGMENT on Defendant's 47 Pretrial Motions. (Court Reporter: Michelle Lucchese) (Kirschner, Isaac). (Entered: 11/17/2022) |
| 02/03/2023 |  | ORDER: Regarding Defendant's 47 motion, the Government is DIRECTED to file affidavits providing additional information on the following topics: (1) whether federal agents reviewed the forensic extractions from the Defendant's phones, or any other information obtained pursuant to the October 10, 2018 New York Phones Warrant, before applying for the February 19, 2019 Federal Phones Warrant; (2) whether the materials that the Government obtained pursuant to the Federal Phones Warrant and September 26, 2019 Federal Computers Warrant were marked as responsive when turned over to the Defendant--i.e., whether the turnover indicated which materials were responsive to the warrants; and (3) when, if ever, New York state investigators began to search the computers confiscated during the May 10, 2018 search of the Defendant's residence. These affidavits must be filed by Friday, February 17, 2023. The Defendant is permitted to file a written response to the Government's submissions by Friday, February 24, 2023. If the court requires additional information on these topics after review of the Government's affidavits and the Defendant's response, it will hold an evidentiary hearing to obtain this information. So Ordered by Judge Nicholas G. Garaufis on 2/3/2023. (Kirschner, Isaac). (Entered: 02/03/2023) |
| 02/09/2023 | 71 | First MOTION to Continue *Supplemental Briefing Schedule* by USA as to Jacob Daskal. (Shanies, Rachel) (Entered: 02/09/2023) |

Case 1:23-cv-07352-RER-VMS   Document 170   Filed 06/24/26   Page 43 of 52 PageID #: 1471

| 02/10/2023 | 72 | ORDER granting 71 Motion to Continue as to Jacob Daskal (1). Government's supplemental affidavits due on March 17, 2023, and defendant's response due March 31, 2023. So Ordered by Judge Nicholas G. Garaufis on 2/9/2023 (TL) (Entered: 02/10/2023) |
|---|---|---|
| 03/09/2023 | 73 | Second MOTION to Continue *Supplemental Briefing Schedule* by USA as to Jacob Daskal. (Shanies, Rachel) Modified motion type on 3/9/2023 (TL). (Entered: 03/09/2023) |
| 03/09/2023 | 74 | ORDER granting 73 Motion for Extension of Supplemental Briefing Schedule as to Jacob Daskal (1). Government's supplemental affidavits due on 3/31/2023 and Defendant's response due 4/14/2023. So Ordered by Judge Nicholas G. Garaufis on 3/9/2023. (TL) (Entered: 03/09/2023) |
| 03/23/2023 | 75 | Consent MOTION to Continue *Briefing Schedule* by Jacob Daskal. (Haramati, Ilana) (Entered: 03/23/2023) |
| 03/24/2023 | 76 | ORDER granting 75 Motion to Continue briefing schedule as to Jacob Daskal (1). Government's supplemental affidavit due on April 28, 2023, and Mr. Daskal's reply due on May 12, 2023. Ordered by Judge Nicholas G. Garaufis on 3/24/2023. (EG) (Entered: 03/24/2023) |
| 04/24/2023 | 77 | Consent MOTION to Continue *Trial and Supplemental Briefing Schedule* by Jacob Daskal. (Haramati, Ilana) (Entered: 04/24/2023) |
| 04/25/2023 | | ORDER: The court is in receipt of the Defendant's 77 request for adjournment of the trial date and the deadlines to file supplemental briefing for pretrial motions. The Defendant's request is GRANTED in both regards. Trial is now scheduled for July 17, 2023. The Government's supplemental affidavit will be due on May 12, 2023 and the Defendant's reply will be due on May 26, 2023. This will be the final adjournment of the deadlines to file supplemental briefing for pretrial motions. The court also sets the following briefing schedule on motions in limine: opening motions by June 16, 2023; responses by June 30, 2023; and replies, if any, by July 7, 2023. The parties are also DIRECTED to inform the court and one another of any experts they seek to have testify at trial by no later than June 16, 2023. So Ordered by Judge Nicholas G. Garaufis on 4/25/2023. (IK). (Entered: 04/25/2023) |
| 05/12/2023 | 78 | Letter *Attaching Agent Affidavit in Response to the Court's February 3, 2023 Order* as to Jacob Daskal (Shanies, Rachel) (Entered: 05/12/2023) |
| 05/12/2023 | 79 | Letter *Attaching Agent Affidavit in Response to the Court's February 3, 2023 Order* as to Jacob Daskal (Attachments: # 1 Exhibit A: Agent Affidavit, # 2 Exhibit B: Email and Attachment) (Shanies, Rachel) (Entered: 05/12/2023) |
| 05/19/2023 | 80 | Letter *regarding supplemental discovery* as to Jacob Daskal (Reid, Erin) (Entered: 05/19/2023) |
| 05/22/2023 | 81 | NOTICE OF ATTORNEY APPEARANCE Genny Ngai appearing for USA. (Ngai, Genny) (Entered: 05/22/2023) |
| 05/23/2023 | 82 | MOTION to Take Deposition *Pursuant to Federal Rule of Criminal Procedure 15* by Jacob Daskal. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Haramati, Ilana) (Entered: 05/23/2023) |
| 05/24/2023 | | ORDER: The Government is DIRECTED to respond to the Defendant's 82 motion by Wednesday, May 31, 2023. So Ordered by Judge Nicholas G. Garaufis on 5/24/2023. (IK). (Entered: 05/24/2023) |
| 05/25/2023 | 83 | Letter MOTION for Extension of Time to File Response/Reply *to Gov Supplemental Affidavit in ECF Doc 78, 79* by Jacob Daskal. (Mazurek, Henry) (Entered: 05/25/2023) |

| 05/26/2023 | | ORDER: The Defendant's 83 request for an extension is GRANTED. The Defendant's response to the Government's letter and supplemental affidavit is now due by May 31, 2023. So Ordered by Judge Nicholas G. Garaufis on 5/26/2023. (IK). (Entered: 05/26/2023) |
|---|---|---|
| 05/31/2023 | 84 | REPLY TO RESPONSE to Motion re 47 MOTION for Bill of Particulars MOTION to Suppress *re: the Court's 2/3/2023 Supplemental Briefing Order* (Attachments: # 1 Exhibit 1) (Haramati, Ilana) (Entered: 05/31/2023) |
| 05/31/2023 | 85 | RESPONSE in Opposition re 82 MOTION to Take Deposition *Pursuant to Federal Rule of Criminal Procedure 15* (Ngai, Genny) (Entered: 05/31/2023) |
| 06/01/2023 | 86 | Letter *regarding the production of a disc containing materials responsive to the Federal Phones Warrant and Federal Computers Warrant* as to Jacob Daskal (Reid, Erin) (Entered: 06/01/2023) |
| 06/02/2023 | 87 | REPLY TO RESPONSE to Motion re 47 MOTION for Bill of Particulars MOTION to Suppress (Reid, Erin) (Entered: 06/02/2023) |
| 06/06/2023 | 88 | REPLY TO RESPONSE to Motion re 82 MOTION to Take Deposition *Pursuant to Federal Rule of Criminal Procedure 15* (Haramati, Ilana) (Entered: 06/06/2023) |
| 06/07/2023 | 89 | Letter *regarding supplemental discovery* as to Jacob Daskal (Reid, Erin) (Entered: 06/07/2023) |
| 06/09/2023 | 91 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion Hearing as to Jacob Daskal held on November 17, 2022, before Judge Nicholas G. Garaufis. Court Reporter Michele Lucchese, Telephone number 718-613-2272. Email address: MLuccheseEDNY@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 6/30/2023. Redacted Transcript Deadline set for 7/10/2023. Release of Transcript Restriction set for 9/7/2023. (TLH) (Entered: 06/09/2023) |
| 06/09/2023 | 92 | MEMORANDUM & ORDER as to Jacob Daskal (1), Daskal's 47 motion to suppress is DENIED and his motion for a bill of particulars is also DENIED. Daskal may still renew objections to misclassification of responsive materials under the Federal Phones and Computers Warrants. So Ordered by Judge Nicholas G. Garaufis on 6/9/2023. (TLH) (Entered: 06/09/2023) |
| 06/12/2023 | | ORDER: Minute entry for proceedings held before Judge Nicholas G. Garaufis. Pre-trial conference held on June 12, 2023. Counsel for the Government, Counsel for the Defendant, and the Defendant present. The Defendant may file a reply in support of his 90 motion by Wednesday, June 14, 2023. The Defendant's 82 motion to take a Rule 15 deposition is GRANTED. The parties are DIRECTED to contact the chambers of Chief Magistrate Judge Bloom to discuss procedures for taking the deposition. The parties' deadline to file their opening motions in limine and expert disclosures is extended until Tuesday, June 20, 2023. Jury selection is scheduled for July 17, 2023 and will be held before a magistrate judge. Trial will run Monday through Thursday. Time is excluded in the interest of justice under the Speedy Trial Act until July 17, 2023 on consent of the parties for motion practice and trial preparation. (Court Reporter: Shernelle Griffith) (IK). (Entered: 06/12/2023) |
| 06/13/2023 | | ORDER: The Honorable Nicholas G. Garaufis directed the parties to contact my chambers to discuss procedures for taking the deposition of Rivka Finkel. The parties have not done so. The Court shall hold a telephone conference on June 16, 2023 at 9:30 |

Case 1:23-cv-07352-RER-VMS    Document 170    Filed 06/24/26    Page 45 of 52 PageID #: 1473

| | | |
|---|---|---|
| | | a.m. The parties shall call the Chambers telephone conference line at (888) 363-4734 and use the access code 4444221 promptly at 9:30 a.m. on June 16, 2023. The Court shall also address jury selection at the conference. Ordered by Magistrate Judge Lois Bloom on 6/13/2023. (VP) (Entered: 06/13/2023) |
| 06/16/2023 | | Minute entry for proceedings held before Magistrate Judge Lois Bloom. Telephone conference held on June 16, 2023. AUSAs Erin Reid and Genny Ngai appeared for the government. Defendant Jacob Daskal appeared with counsel Henry Mazurek and Ilana Haramati. As discussed on the record, the parties shall file a letter by 10:00 a.m. on June 20, 2023 stating when, where, and how the Rule 15 deposition of Rivka Finkel will be conducted.<br><br>The parties shall provide their proposed voir dire and a list of names of all persons, entities, and if relevant, specific locations that may be mentioned during trial, to my chambers at Bloom_Chambers@nyed.uscourts.gov by NOON on July 10, 2023 at the latest. The Court shall hold a conference on July 12, 2023 at 11:00 a.m. in Courtroom 11A South to review the proposed voir dire and the protocol for the July 17 jury selection. (AT&T Log #9:32-10:05.) (VP) (Entered: 06/16/2023) |
| 06/16/2023 | 96 | SUPERSEDING INDICTMENT (S-1) as to Jacob Daskal (1) count(s) 1s, 2s. (Attachments: # 1 Criminal Information Sheet) (TLH) (Entered: 06/20/2023) |
| 06/20/2023 | 95 | Letter *Providing Status Update Regarding Travel for In Person Foreign Deposition* as to Jacob Daskal (Haramati, Ilana) (Entered: 06/20/2023) |
| 06/20/2023 | 97 | Letter *Providing Expert Disclosures to Defense* as to Jacob Daskal (Ngai, Genny) (Entered: 06/20/2023) |
| 06/20/2023 | 98 | TRANSCRIPT of Proceedings as to Jacob Daskal held on June 16, 2023, before Judge Bloom. Court Transcriber: Transcriptions Plus II, Inc.. Email address: RL.Transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 7/11/2023. Redacted Transcript Deadline set for 7/21/2023. Release of Transcript Restriction set for 9/18/2023. (RC) (Entered: 06/20/2023) |
| 06/20/2023 | | ORDER: The Court ordered the parties to file a letter by 10:00 a.m. on June 20, 2023 stating when, where, and how the Rule 15 deposition of Rivka Finkel will be conducted. The parties' letter at ECF No. 95 states only that defendant's counsel intends to travel to Jerusalem, Israel to conduct the deposition in person. The letter does not state when and where the deposition will be conducted, or how the government and defendant will participate. The parties shall file another letter with this information by 10:00 a.m. on June 23, 2023. Ordered by Magistrate Judge Lois Bloom on 6/20/2023. (VP) (Entered: 06/20/2023) |
| 06/20/2023 | 99 | First MOTION in Limine by USA as to Jacob Daskal. (Reid, Erin) (Entered: 06/20/2023) |
| 06/20/2023 | 100 | Letter *Regarding Superseding Indictment* as to Jacob Daskal (Ngai, Genny) (Entered: 06/20/2023) |
| 06/20/2023 | 101 | MOTION in Limine by Jacob Daskal. (Haramati, Ilana) (Entered: 06/20/2023) |
| 06/21/2023 | 103 | Letter *Opposing Defendant's Request to Proceed with In-Person Rule 15 Deposition* as to Jacob Daskal (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Ngai, Genny) (Entered: 06/21/2023) |

| 06/22/2023 | 105 | Letter *Reply to Government's Opposition to Counsel's Presence at Rule 15 Deposition* as to Jacob Daskal (Mazurek, Henry) (Entered: 06/22/2023) |
|---|---|---|
| 06/22/2023 | 106 | Letter *regarding supplemental discovery* as to Jacob Daskal (Reid, Erin) (Entered: 06/22/2023) |
| 06/22/2023 | 107 | Letter *regarding supplemental discovery* as to Jacob Daskal (Reid, Erin) (Entered: 06/22/2023) |
| 06/23/2023 | | ORDER: The Court ordered the parties to file a letter by 10:00 a.m. today stating when, where, and how the Rule 15 deposition of Rivka Finkel will be conducted. However, in light of the parties' letters at ECF Nos. 103 and 105 and the conference held today before Judge Garaufis, the deadline to file the letter is adjourned until after Judge Garaufis rules on the parties' plan to depose Ms. Finkel. After Judge Garaufis rules, the parties shall file a joint letter to my attention regarding the planned deposition and the July 12, 2023 conference scheduled before me regarding jury selection. Ordered by Magistrate Judge Lois Bloom on 6/23/2023. (VP) (Entered: 06/23/2023) |
| 06/23/2023 | | Minute entry for proceeding held before Judge Nicholas G. Garaufis. Status conference held on June 23, 2023. The Defendant, counsel for the Defendant, and the Government present. The parties made oral arguments regarding the taking of a Rule 15 deposition in Jerusalem, Israel. The court RESERVED JUDGMENT on the motion. The Government estimated that its case would take approximately 3 to 4 trial days to present. The parties are DIRECTED to submit proposed jury charges by July 7, 2023. A pretrial conference will be held on July 12, 2023 following the parties' conference with Magistrate Judge Bloom. (Court Reporter: Linda Marino) (IK). (Entered: 06/23/2023) |
| 06/23/2023 | 108 | Letter *Regarding Rule 15 Deposition of Rivka Finkel* as to Jacob Daskal (Haramati, Ilana) (Entered: 06/23/2023) |
| 06/26/2023 | 109 | MEMORANDUM & ORDER DENYING the Defendant's request to hold a Rule 15 deposition in Israel and ORDERING that Rivka Finkel's trial testimony be conducted live via two-way videoconference technology (VTC). So Ordered by Judge Nicholas G. Garaufis on 6/26/2023. (TLH) (Entered: 06/26/2023) |
| 06/26/2023 | 110 | MOTION to Exclude *Expert Testimony* by Jacob Daskal. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Haramati, Ilana) (Entered: 06/26/2023) |
| 06/27/2023 | | ORDER: The court is in receipt of the Defendant's 110 motion to exclude expert testimony. The Government is DIRECTED to respond to this motion by July 5, 2023. The Defendant may file a reply by July 7, 2023. So Ordered by Judge Nicholas G. Garaufis on 6/27/2023. (IK). (Entered: 06/27/2023) |
| 06/27/2023 | 111 | Letter *Memorializing June 15, 2023 Production to Defense Counsel and Notice of Use of Certified Records* as to Jacob Daskal (Ngai, Genny) (Entered: 06/27/2023) |
| 06/27/2023 | | ORDER: Judge Garaufis' June 26, 2023 Memorandum and Order, ECF No. 109 , directed the parties to contact me to coordinate the logistics of Rivka Finkel's live VCT testimony at trial. The Government did so by e-mail to my Chambers. The Court shall hold a telephone conference on July 6, 2023 at noon. The parties shall call the Chambers telephone conference line at (888) 363-4734 and use the access code 4444221 promptly at noon on July 6, 2023. Ordered by Magistrate Judge Lois Bloom on 6/27/2023. (IK) (Entered: 06/27/2023) |
| 06/28/2023 | 112 | Letter *Requesting Permission to Bring Cellular Telephone into Courthouse* as to Jacob Daskal (Haramati, Ilana) (Entered: 06/28/2023) |

| 06/29/2023 | 113 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Jacob Daskal held on June 23, 2023, before Judge Nicholas G. Garaufis. Court Reporter/Transcriber Linda A. Marino, Telephone number 718-613-2484. Email address: lindacsr@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 7/20/2023. Redacted Transcript Deadline set for 7/31/2023. Release of Transcript Restriction set for 9/27/2023. (Marino, Linda) (Entered: 06/29/2023) |
|---|---|---|
| 06/30/2023 | 115 | ORDER as to Jacob Daskal re 112 Letter requesting permission to bring cellular telephone into courthouse. So Ordered by Judge Nicholas G. Garaufis on 6/28/2023. (FP) (Entered: 06/30/2023) |
| 06/30/2023 | 116 | Letter *Providing Notice of Additional Certified Business Records* as to Jacob Daskal (Ngai, Genny) (Entered: 06/30/2023) |
| 06/30/2023 | 117 | RESPONSE in Opposition re 101 MOTION in Limine (Reid, Erin) (Entered: 06/30/2023) |
| 06/30/2023 | 119 | RESPONSE in Opposition re 99 First MOTION in Limine (Attachments: # 1 Exhibit A) (Haramati, Ilana) (Entered: 06/30/2023) |
| 07/05/2023 | 120 | Letter *regarding supplemental discovery* as to Jacob Daskal (Reid, Erin) (Entered: 07/05/2023) |
| 07/05/2023 | 121 | RESPONSE in Opposition re 110 MOTION to Exclude *Expert Testimony* (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Ngai, Genny) (Entered: 07/05/2023) |
| 07/06/2023 | 123 | Consent MOTION to Continue *Deadline to File Proposed Jury Instructions* by Jacob Daskal. (Haramati, Ilana) (Entered: 07/06/2023) |
| 07/06/2023 | | Minute entry for proceedings held before Magistrate Judge Lois Bloom. Telephone conference held on July 6, 2023. AUSA Genny Ngai appeared for the government. Henry Mazurek and Ilana Haramati appeared on behalf of defendant Jacob Daskal. As discussed on the record, defendant's counsel shall file a letter by July 7, 2023 confirming when Rivka Finkel will testify, as well as the arrangements for her testimony at trial by VTC. The parties shall also agree to a plan for how Ms. Finkel will be shown documents, if necessary, during her testimony at trial. (AT&T Log #: 12:15 - 12:32). (IK) (Entered: 07/06/2023) |
| 07/07/2023 | 125 | ORDER granting 123 Motion to Continue Deadline to file Proposed Jury Instructions as to Jacob Daskal (1). So Ordered by Judge Nicholas G. Garaufis on 7/6/2023. (FP) (Entered: 07/07/2023) |
| 07/07/2023 | | ORDER: The Government is DIRECTED to respond to the Defendant's 124 motion by Tuesday, July 11, 2023. So Ordered by Judge Nicholas G. Garaufis on 7/7/2023. (IK). (Entered: 07/07/2023) |
| 07/07/2023 | 126 | REPLY TO RESPONSE to Motion re 99 First MOTION in Limine (Reid, Erin) (Entered: 07/07/2023) |
| 07/07/2023 | 127 | Letter *Providing Giglio Disclosures and Moving to Preclude Cross-Examination* as to Jacob Daskal (Ngai, Genny) (Entered: 07/07/2023) |
| 07/07/2023 | 128 | Letter *to Update Court on Video Trial Testimony of Rivka Finkel from Israel* as to Jacob Daskal (Mazurek, Henry) (Entered: 07/07/2023) |
| 07/10/2023 | 129 | Proposed Voir Dire by Jacob Daskal (Haramati, Ilana) (Entered: 07/10/2023) |

| | | |
|---|---|---|
| 07/10/2023 | 130 | Proposed Voir Dire by USA as to Jacob Daskal (Reid, Erin) (Entered: 07/10/2023) |
| 07/10/2023 | | ORDER: The parties are DIRECTED to file supplemental briefing regarding the applicability of the Federal Rule of Evidence 801(d)(2)(B) hearsay exclusion in regard to out-of-court conversations between the Defendant and the complaining witness by Wednesday, July 12, 2023. So Ordered by Judge Nicholas G. Garaufis on 7/10/2023. (IK). (Entered: 07/10/2023) |
| 07/10/2023 | | ORDER: The Government has informed the court that it may seek to introduce at trial text and email messages whose sender is unknown. The court may not be able to discern the admissibility of such messages without knowing their respective senders and prefers to make these determinations in advance of trial. Accordingly, the Government is DIRECTED to provide the court with all text and email message conversations that it seeks to introduce at trial where the senders are unknown. For each message, the Government must indicate who it believes to be the sender. The Government can include brief explanations where appropriate. The Government must do so by Wednesday, July 12 at 9:00 am. The Defendant is then DIRECTED to file any objections to the Government's classifications by Thursday, July 13 at 9:00 am. The court will then make preliminary determinations for evidentiary purposes as to the sender of each message based on the context of the conversations. So Ordered by Judge Nicholas G. Garaufis on 7/10/2023. (IK). (Entered: 07/10/2023) |
| 07/10/2023 | 131 | Proposed Jury Instructions/Verdict Form by USA as to Jacob Daskal (Attachments: # 1 Proposed Verdict Sheet) (Ngai, Genny) (Entered: 07/10/2023) |
| 07/10/2023 | 132 | Letter *regarding supplemental discovery* as to Jacob Daskal (Reid, Erin) (Entered: 07/10/2023) |
| 07/10/2023 | 133 | Letter *Regarding the Production of Exhibits and Section 3500 Material in Advance of Trial* as to Jacob Daskal (Reid, Erin) (Entered: 07/10/2023) |
| 07/10/2023 | 134 | Proposed Jury Instructions/Verdict Form by Jacob Daskal (Haramati, Ilana) (Entered: 07/10/2023) |
| 07/12/2023 | 136 | Letter *Providing Supplemental Briefing and Updated Exhibit Pursuant to the Court's Order* as to Jacob Daskal (Attachments: # 1 Exhibit A) (Ngai, Genny) (Entered: 07/12/2023) |
| 07/12/2023 | | MINUTE ENTRY AND ORDER: Status conference held before Magistrate Judge Lois Bloom on 7/12/2023. AUSAs Erin Reid and Genny Ngai appeared for the Government. Defendant Jacob Daskal appeared with counsel Henry Mazurek and Ilana Haramati. The Court addressed the parties' proposed voir dire and the logistics of jury selection. As discussed on the record, the parties shall send any modifications to the list of persons, entities, and locations that may be mentioned during trial to my chambers at Bloom_Chambers@nyed.uscourts.gov by 2:00 p.m. on July 13, 2023. By that same date, the Government shall also provide by email to my Chambers the names of the two witnesses it is requesting be permitted to testify under pseudonyms as well as the pseudonyms they will use pending Judge Garaufis' ruling on the Government's motions in limine. The parties shall appear promptly at 8:30 a.m. on July 17, 2023 in Courtroom 4D to commence jury selection. Ordered by Magistrate Judge Lois Bloom on 7/12/2023. (FTR Log #: 11:05 - 12:33). (IK) (Entered: 07/12/2023) |
| 07/12/2023 | 137 | MEMORANDUM AND ORDER, The Government's motions in limine are GRANTED IN PART, DENIED IN PART, and RESERVED IN PART. The Defendant's motions in limine are GRANTED IN PART and DENIED IN PART. The Defendant's motion to exclude expert testimony is GRANTED IN PART and DENIED IN PART. So Ordered by Judge Nicholas G. Garaufis on 7/12/2023. (TLH) (Entered: 07/12/2023) |

| 07/12/2023 | 138 | Letter *Providing Supplemental Briefing Regarding Unanswered Text Messages Under FRE 801(d)(2)(B)* as to Jacob Daskal (Haramati, Ilana) (Entered: 07/12/2023) |
|---|---|---|
| 07/13/2023 | | Minute entry for proceeding held before Judge Nicholas G. Garaufis. Pretrial conference held on July 12, 2023. The Defendant, counsel for the Defendant, and the Government present. The parties discussed various logistical and scheduling matters in advance of trial. Trial will not be in session on July 27, 2023 in observance of the Jewish holiday of Tisha B'Av. (Court Reporter: Victoria Torres Butler) (IK). (Entered: 07/13/2023) |
| 07/14/2023 | 140 | TRANSCRIPT of Proceedings as to Jacob Daskal held on July 12, 2023, before Judge Bloom. Court Reporter/Transcriber Abba Reporting. Email address: abbareporting@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 8/4/2023. Redacted Transcript Deadline set for 8/14/2023. Release of Transcript Restriction set for 10/12/2023. (LH) (Entered: 07/14/2023) |
| 07/14/2023 | 141 | Letter *providing basis for proposed Rule 11(c)(1)(C) plea* as to Jacob Daskal (Reid, Erin) (Entered: 07/14/2023) |
| 07/14/2023 | | ORDER: Jury selection on July 17, 2023 is hereby canceled. Ordered by Magistrate Judge Lois Bloom on 7/14/2023. (IK) (Entered: 07/14/2023) |
| 07/14/2023 | | Minute Entry for proceedings held before Judge Nicholas G. Garaufis:Change of Plea Hearing as to Jacob Daskal held on 7/14/2023. The Defendant, Counsel for the Defendant, and the Government present. Plea entered by Jacob Daskal (1) Guilty Count 2s. The court DIRECTED Pretrial Services to provide weekly reports detailing every instance in which the Defendant leaves his home. These reports are to include the date, time, and purpose of each of the Defendant's trips outside of his home. Sentencing is set for October 11, 2023 at 11:00 am. The court will not grant any adjournments of this sentencing date. The court DIRECTED Pretrial Services to expedite the preparation of a Presentence Investigation Report. (Court Reporter Victoria Torres Butler) (TLH) (Entered: 07/27/2023) |
| 07/17/2023 | | ORDER: The parties are DIRECTED to confer and submit agreed-upon redactions to the court's 92 and 137 M&Os by Wednesday, July 26, 2023 at 5:00 pm. The court will then unseal these orders with redactions that it finds appropriate. So Ordered by Judge Nicholas G. Garaufis on 7/17/2023. (IK). (Entered: 07/17/2023) |
| 07/26/2023 | 142 | Letter *in response to the Court's July 17, 2023 Order regarding ECF Nos 92 and 137* as to Jacob Daskal (Reid, Erin) (Entered: 07/26/2023) |
| 07/31/2023 | | Documents unsealed as to Jacob Daskal as Directed by Chambers: 92 Memorandum & Order; and, 137 Memorandum & Order in accordance with 7/17/2023 Order of Judge Nicholas G. Garaufis. (TLH) (Entered: 07/31/2023) |
| 09/12/2023 | 143 | Consent MOTION to Travel *for Yom Kippur Services* by Jacob Daskal. (Haramati, Ilana) (Entered: 09/12/2023) |
| 09/13/2023 | 144 | ORDER re 143 Motion to Travel as to Jacob Daskal (1). Application granted. So Ordered by Judge Nicholas G. Garaufis on 9/13/2023. (TLH) (Entered: 09/13/2023) |
| 09/15/2023 | 145 | Consent MOTION to Continue *Briefing Schedule in Advance of October 11, 2023 Sentencing* by Jacob Daskal. (Haramati, Ilana) Modified motion type on 9/18/2023 (TLH). (Entered: 09/15/2023) |

| 09/18/2023 | 146 | ORDER granting 145 Motion for Extension of Time to 9/27/2023 to File Sentencing Submission as to Jacob Daskal (1). So Ordered by Judge Nicholas G. Garaufis on 9/18/2023. (TLH) (Entered: 09/18/2023) |
| --- | --- | --- |
| 09/27/2023 | 147 | SENTENCING MEMORANDUM by Jacob Daskal (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Haramati, Ilana) (Entered: 09/27/2023) |
| 09/29/2023 | 149 | Minute Entry for proceedings held before Judge Nicholas G. Garaufis: Change of Plea Hearing as to Jacob Daskal held on 9/29/2023. Plea entered by Jacob Daskal (1) Guilty Count 2s. Sentencing set for 10/11/2023 at 11:00 AM in Courtroom 4D South. (Court Reporter Victoria Torres Butler) (TLH) (Entered: 09/29/2023) |
| 10/03/2023 | 150 | SENTENCING MEMORANDUM by USA as to Jacob Daskal (Reid, Erin) (Entered: 10/03/2023) |
| 10/03/2023 | 151 | SENTENCING MEMORANDUM by USA as to Jacob Daskal (Reid, Erin) (Entered: 10/03/2023) |
| 10/06/2023 | 152 | SENTENCING MEMORANDUM SUPPLEMENT by Jacob Daskal (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Haramati, Ilana) (Entered: 10/06/2023) |
| 10/10/2023 | 153 | Letter *In Response to the Defendant's PSR Objections* as to Jacob Daskal (Ngai, Genny) (Entered: 10/10/2023) |
| 10/11/2023 | 155 | Letter *requesting extension of sentencing* as to Jacob Daskal (Leibson, Alex) (Entered: 10/11/2023) |
| 10/11/2023 | 160 | Minute Entry for proceedings held before Judge Nicholas G. Garaufis: Sentencing held on 10/11/2023 for Jacob Daskal (1). See Judgment. (Court Reporter Denise Parisi.) (TLH) (Entered: 11/14/2023) |
| 10/19/2023 | 156 | Letter as to Jacob Daskal (Batista, Paul) (Entered: 10/19/2023) |
| 10/19/2023 | 157 | Letter *to request pre-motion conference* as to Jacob Daskal (Batista, Paul) (Entered: 10/19/2023) |
| 10/24/2023 | 158 | Letter MOTION for Extension of Time to File Response/Reply *re Related Case Notice in Civil Action* by Jacob Daskal. (Mazurek, Henry) (Entered: 10/24/2023) |
| 10/27/2023 | | ORDER: The victim's 157 letter requesting a pre-motion conference concerning the release of Defendant's PSR is DENIED without prejudice. The victim's counsel is DIRECTED to advise the court when an attorney has appeared on behalf of the Defendant in the civil case and may renew an application for a pre-motion conference at that time. The Clerk of Court is respectfully DIRECTED to forward a copy of this Order to victim's counsel. So Ordered by Judge Nicholas G. Garaufis on 10/27/2023. (CFW) (Entered: 10/27/2023) |
| 11/06/2023 | 159 | Letter *notifying Your Honor that counsel has appeared on behalf on the defendant* as to Jacob Daskal (Batista, Paul) (Entered: 11/06/2023) |
| 11/14/2023 | 161 | PRELIMINARY ORDER OF FORFEITURE as to Jacob Daskal. So Ordered by Judge Nicholas G. Garaufis on 10/11/2023. (3 certified copies forwarded to the U.S. Attorney's Office) (TLH) (Entered: 11/14/2023) |

| 11/14/2023 | 162 | JUDGMENT as to Jacob Daskal (1), Count(s) 1, 1s, 2, 3, Dismissed on Motion of the United States; Count(s) 2s, Receives 210 months imprisonment; 5 years supervised release with special conditions; $100 special assessment; $250,000 fine due immediately; $5,000 JVTA Assessment. The court recommends that the defendant be designated to FCI Fort Dix, New Jersey. Ordered by Judge Nicholas G. Garaufis on 11/13/2023. (Attachments: # 1 Forfeiture Order) (TLH) (Entered: 11/14/2023) |
|---|---|---|
| 11/14/2023 | 164 | Letter *Response to DKT 156* as to Jacob Daskal (Ashby, Stacey) (Entered: 11/14/2023) |
| 11/14/2023 | 165 | Letter *response to Stacey M. Ashby letter dated Nov. 14, 2023 to Your Honor* as to Jacob Daskal (Batista, Paul) (Entered: 11/14/2023) |
| 02/12/2024 | 166 | Consent MOTION to Release Bond Obligation by Jacob Daskal. (Haramati, Ilana) (Entered: 02/12/2024) |
| 02/12/2024 | 167 | ORDER re: 166 Motion to Release Bond Obligation as to Jacob Daskal (1); So Ordered. (Ordered by Judge Nicholas G. Garaufis on 2/12/202 ) (RG) (Entered: 02/12/2024) |
| 06/23/2025 | 168 | MOTION for Writ *of continuing garnishment (MetLife, Inc.)* by USA as to Jacob Daskal. (Attachments: # 1 Exhibit Proposed Writ, # 2 Exhibit Instructions to Defendant/Debtor) (Saavedra, Daniel) (Entered: 06/23/2025) |
| 06/27/2025 | 169 | WRIT OF GARNISHMENT Issued as to Jacob Daskal (1). MetLife, Inc. as garnishee. 2 certified copies fwd'd to USAO. (TLH) (Entered: 06/27/2025) |
| 07/07/2025 | 170 | ANSWER OF GARNISHEE, MetLife re 169 Writ of Garnishment as to Jacob Daskal. (TLH) (Entered: 07/08/2025) |
| 12/08/2025 | 171 | Letter *respectfully requesting the Court's endorsement of the attached order terminating the pending Writs of Garnishment* as to Jacob Daskal (Attachments: # 1 Proposed Order) (Saavedra, Daniel) (Entered: 12/08/2025) |
| 12/09/2025 | 172 | Letter *Requesting a Pre Motion Conference re Proposed Motion* as to Jacob Daskal, Mail receipt (Batista, Paul) (Entered: 12/09/2025) |
| 12/09/2025 | | ORDER: The court GRANTS Rivka Mandel's 172 request for a pre-motion conference in anticipation of her motion for the release the Government's complete Pre-Sentence Report of Defendant Jacob Daskal. The parties are DIRECTED to confer and to contact the court's Deputy at Joseph_Reccoppa@nyed.uscourts.gov to schedule the pre-motion conference. So Ordered by Judge Nicholas G. Garaufis on 12/09/2025. (SAA) (Entered: 12/09/2025) |
| 12/10/2025 | 173 | ORDER OF TERMINATION OF WRITS OF GARNISHMENT as to Jacob Daskal. So Ordered by Judge Nicholas G. Garaufis on 12/10/2025. (TLH) (Entered: 12/10/2025) |
| 04/16/2026 | | Minute Entry for proceedings held before Judge Nicholas G. Garaufis: Pre-motion conference held on 4/16/2026. Plaintiff Rivka Mandel from *Mandel v. Daskal*, No. 23-CV-7352 (RER) (VMS) present, along with Counsel for Mandel, Probation, the Government, and Counsel for Defendant Daskal. Daskal's Counsel waived his client's appearance. The court heard from the parties regarding the nature of Mandel's proposed motion to release Daskal's Presentence Investigation Report ("PSR"). The court set the following briefing schedule: Mandel's motion to release the PSR is due May 8, 2026; Daskal's response is due June 1, 2026; and Mandel's reply, if any, is due June 10, 2026. Per the court's bundling rule, no motion papers shall be filed on the docket until the motion is fully briefed. Rule IV.B., Individual Rules of Judge Nicholas G. Garaufis. The court also directed Probation make a submission by June 10, 2026 that states its own position on Mandel's proposed motion. (Court Reporter: Anthony Frisolone) (SAA) (Entered: 04/16/2026) |

| 05/07/2026 | 175 | SATISFACTION OF JUDGMENT by USA as to Jacob Daskal (Saavedra, Daniel) (Entered: 05/07/2026) |
|---|---|---|
| 05/07/2026 | 176 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Jacob Daskal held on 4/16/2026, for hearing type status conference, before Judge Garaufis. Court Reporter/Transcriber Anthony D. Frisolone, Telephone number 718 613 2487. Email address: anthony.frisolone@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 5/28/2026. Redacted Transcript Deadline set for 6/8/2026. Release of Transcript Restriction set for 8/5/2026. (Frisolone, Anthony) (Entered: 05/07/2026) |
| 05/08/2026 | 177 | Letter to Judge Garaufis from J. Remy Green, Esq. on behalf of third party Rivka Mandel, requesting adjournment of the deadline to request release of the PSR as to Jacob Daskal and for Rivka Mandel to be added to the criminal docket as an interested party. (TLH) (Entered: 05/08/2026) |
| 05/08/2026 | | ORDER: The court has received via facsimile a 177 letter from counsel for nonparty Rivka Mandel. The letter explains that counsel have "just been engaged on the [related] civil case" and requests that the court: (1) adjourn the 5/8/2026 deadline for Mandel's motion to release Daskal's Presentence Investigation Report ("PSR"); and (2) add Mandel as an "interested party" on this criminal docket. (Mandel's Ltr. to the Ct., dated 5/5/2026 (Dkt. 177) at 1.)<br><br>The court GRANTS IN PART Mandel's requests. Specifically, the court grants the adjournment request, staying all briefing on Mandel's motion to unseal Daskal's PSR. Mandel's counsel shall notify the court when it is in possession of the case file in the civil case, and submit a proposed briefing schedule at that time for court approval.<br><br>However, the court denies Mandel's request to be added to the criminal docket. Mandel's appearance in this case is for the sole, limited purpose of pursuing her unsealing motion. And as the court directed in the 4/16/2026 PMC, Mandel needs to brief whether she has standing to make the request on this criminal docket. (4/16/2026 PMC Tr. (Dkt. 176) 10:12-16.) Mandel's future communications on these issues may be directed to the court's Deputy at Joseph_Reccoppa@nyed.uscourts.gov. So Ordered by Judge Nicholas G. Garaufis on 5/8/2026. (EB) (Entered: 05/08/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/23/2026 12:47:20 | | | |
| **PACER Login:** | pabatista | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cr-00110-NGG |
| **Billable Pages:** | 17 | **Cost:** | 1.70 |