

June 25, 2026

Hon. Ramon E. Reyes, Jr., U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

**Re:    Mandel v. Daskal, 23-cv-07352**

Your Honors:

My firm and co-counsel represent Plaintiff in the case above.

On review, I noticed I accidentally omitted the exhibits from the reply filing at ECF No. 172 (e.g., the three different proposed stipulations we drafted to resolve the fee issue, at Mr. Batista's request).  With apologies, they are attached to this letter.

As always, we thank the Court for its time and consideration.

Respectfully submitted,

/s/
_____

J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

Enclosures.

cc:
All relevant parties by electronic filing.