UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

RIVKA MANDEL,                                              :

                                        :      1:23-cv-07352 (RER) (VMS)

                               Plaintiff,    :

                                          :

           - against –                                   :

                                          :

JACOB DASKAL,                                             :

                                          :

                            Defendant.    :

-------------------------------------------------------------------x

## STIPULATION AND ORDER RESOLVING MOTION AT ECF NO. 161/162

**WHEREAS**, Plaintiff has made a motion to resolve any charging lien asserted by any of her prior counsel (collectively "Prior Counsel");

**WHEREAS,** Paul Batista has warranted and certified his asserted lien is the only lien he or any associate of his will assert;

**WHEREAS**, the Court has previously granted Plaintiff summary judgment on liability "with respect to Count 1 against Defendant Jacob Daskel [under] 18 U.S.C. § 2255" (ECF No. 13);

**WHEREAS**, 18 U.S.C. § 2255 (or "Masha's Law") includes, with mandatory language, that a plaintiff "shall recover the actual damages such person sustains or liquidated damages in the amount of $150,000, and the cost of the action, including reasonable attorney's fees and other litigation costs reasonably incurred";

**WHEREAS**, Prior Counsel and Plaintiff wish to resolve the issue of any charging lien without any further litigation,

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED** among the undersigned counsel, and Plaintiff asks the Court to So Order, as follows:

1.    **Election.**  Prior Counsel elects to have his charging lien fixed at a specific dollar amount in quantum meruit.  *See, e.g., Lai Ling Cheng v Modansky Leasing Co.*, 73 NY2d 454, 458 (1989).

2.    **Entry.**  Plaintiff and Prior Counsel intend to submit this agreement to be So Ordered.  The language below is drafted as a request; if the Court So Orders this Stipulation, the language below should be understood as granting that request.

3.    **Severance.**  In light of the existence of summary judgment on a statute with mandatory attorneys' fees, Plaintiff and Prior Counsel agree to sever so much of the grant of summary judgment that entitled Prior Counsel to "reasonable attorney's fees" for Prior Counsel's work, up through the date the Court approved the substitution of counsel.  Accordingly, pursuant to Rule 21, Plaintiff and Prior Counsel ask the Court to sever the entitlement to attorneys' fees due to Prior Counsel.

4.    **Entry of Judgment**.  Plaintiff and Prior Counsel ask the Court enter partial judgment against Defendant Daskal, for liability under Masha's Law, but solely as to reasonable attorney's fees for Prior Counsel's work, up through the date the Court approved the substitution of counsel.  For the absence of doubt, this Stipulation does not waive any right to recover so-called fees-on-fees for any application necessary to resolve attorneys' fees.

5.    **Assignment**.  Plaintiff assigns any and all rights to recover attorneys' fees for time Prior Counsel spent on this case to Prior Counsel.  Notwithstanding this assignment, Plaintiff agrees to have her current counsel conduct any relevant asset discovery if such discovery is necessary to collect the fee award.

6.    **Application.**  Prior Counsel will, if Prior Counsel cannot resolve the amount of fees due without litigation, make an application under Fed. R. Civ. P 54(d)(2).

Dated:  New York, New York
        _____, 2026

PAUL BATISTA, P.C.

By: _____
    Paul Batista
*Prior Counsel to Plaintiff*
26 Broadway, Suite 1900
New York, New York 10004
(T) 631 377 0111
Batista007@aol.com

MASSIMI LAW PLLC                        COHEN & GREEN P.L.L.C.

By: _____             By: _____
    Jessica S. Massimi                      J. Remy Green
*Attorneys for Plaintiff*               *Attorneys for Plaintiff*
99 Wall Street                          1639 Centre Street
New York, New York 10005                Ridgewood, New York 11385
jessica.massimi@gmail.com               remy@femmelaw.com

S O   O R D E R E D

_____
Hon. Ramon E. Reyes, U.S.D.J.

3