**PAUL BATISTA, P.C.**
**Attorney-at-Law**
**26 Broadway – Suite 1900**
**New York, New York 10004**
**(631) 377-0111**

e-mail: Batista007@aol.com                                        Facsimile: (212) 344-7677

June 25, 2026

VIA ECF
Hon. Ramón E. Reyes, Jr.
United States District Judge for the
    Eastern District of New York
United States District Court
225 Cadman Plaza East
Courtroom 2E North
Brooklyn, New York 11201

Hon. Vera M. Scanlon
Chief United States Magistrate Judge
    for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                    Re:    **Rivka Mandel v. Jacob Daskal,**
                           **1:23-cv-07352 (RER) (VMS)**

Dear Judge Reyes and Judge Scanlon:

I served as attorney of record to plaintiff Rivka Mandel from October 2, 2023 until recently.

I received today a copy of a June 25, 2026 letter from J. Remy Green ("Green"), a lawyer who on April 20, 2026 filed a notice of appearance for Mandel.

Attached to the Green letter are *drafts* of three proposed stipulations which purport to be stipulations designed to resolve disputes regarding the fees to which I am entitled under New York Judiciary Law § 475 and my August 10, 2023 retainer agreement with Mandel.

To the extent Green's letter and related papers purportedly suggest that any of these drafts represent resolution of the issues, such claims are false.

Hon. Ramón E. Reyes, Jr.
Hon. Vera M. Scanlon
June 25, 2026
Page 2

The fact is that I retained an attorney in an attempt to negotiate a resolution. As I understand it, the negotiations failed.

The three draft "stipulations" annexed to Green's papers are documents prepared by Green and Green's co-counsel reflecting the terms *they* desired but not any terms to which my representative or I agreed. Indeed, the so-called stipulations were so unacceptable that my representative and I did not even comment on them.

Respectfully submitted,

Paul Batista

cc:   All Counsel of Record