UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

RIVKA MANDEL,                                       :
                                                    :        1:23-cv-07352 (RER) (VMS)
                                    Plaintiff,       :
                                                    :
                  - against –                       :
                                                    :
JACOB DASKAL,                                       :
                                                    :
                                    Defendant.       :
---------------------------------------------------------------------x

## PLAINTIFF RIVKA MANDEL'S SECOND
## REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Fed. R. Civ. P. 34 of the Federal Rules of Civil Procedure, plaintiff Rivka Mandel, by her attorney, Paul Batista, P.C., hereby demands that defendant Jacob Daskal produce the following documents within the time allotted by the relevant rules to Paul Batista, P.C., attorney for plaintiff Rivka Mandel, at 26 Broadway, Suite 1900, New York, New York 10004.

### Definitions

Plaintiff refers to and incorporates by reference Local Rule 26.3 ("Uniform Definitions in Discovery Requests") for the definitions applicable to this Second Request for Production of Documents.

### Document Requests

1.      All documents in the possession, custody and control of defendant Jacob Daskal ("Daskal") and his attorneys (including his attorneys, Meister Seelig & Schuster PLLC, formerly known as Meister Seelig & Fein PLLC ("Meister Seelig")), his agents and representatives which mention, relate or refer in any way to the litigation entitled *United States* v. *Jacob Daskal*, 21 Cr. 110 (NG) (the "Daskal Criminal Action").

1

2.     All documents in the possession, custody and control of defendant Daskal, his attorneys (including Meister Seelig), his agents and representatives which mention, refer or relate to, or concern plaintiff Rivka Mandel.

3.     All documents in the possession, custody and control of defendant Daskal, his attorneys (including Meister Seelig), his agents and representatives containing or constituting material presented to the grand jury which indicted Jacob Daskal in connection with the Daskal Criminal Action.

4.     All documents submitted by Daskal to the United States Probation Office for the Eastern District of New York.

5.     All documents containing, constituting or relating to the pre-sentence investigation report issued by the United States Probation Office for the Eastern District of New York with respect to Daskal in connection with the Daskal Criminal Action.

Dated: New York, New York
     April 14, 2026

          PAUL BATISTA, P.C.

          By: _____
            Paul Batista
          *Attorney for Plaintiff Rivka Mandel*
          26 Broadway, Suite 1900
          New York, New York 10004
          631 377 0111
          Batista007@aol.com

TO:     MEISTER SEELIG & SCHUSTER PLLC
       *Attorneys for Defendant Jacob Daskal*
       125 Park Avenue, 7th Floor
       New York, New York 10017
       212 655 3500