**From:** PAUL BATISTA <batista007@aol.com>
**Sent:** Thursday, April 23, 2026 4:59 PM
**To:** Allen Lowy
**Subject:** Fwd:

One of my favorite lawyers, the late great Gus Newman, often said, “Clients are either at your feet or at your throat”. Obviously I wish I’d never seen this little bitch, but nobody is going to push me around. P
Paul Batista
26 Broadway Suite 1900, New York, NY 10004
631-377-0111
Paulbatistabooks.com

Begin forwarded message:

**From:** PAUL BATISTA <batista007@aol.com>
**Date:** April 23, 2026 at 5:56:03 PM EDT
**To:** remy green <remy@femmelaw.com>

It appears that you have attempted to file under seal some but not all of our email exchanges.

Since you have done that, I will file the complete email exchanges, including one to you earlier today about your client’s arbitrary refusal to cooperate with me in federal pretrial discovery, unless you withdraw the motion to compel you just filed. You did not follow the procedures applicable to sealing and filing motions. Obviously based on your self promotional material you view yourself as an expert on constitutional law and civil rights and a host of other issues, you must understand that court proceedings and filings are open to the public.
Paul Batista
26 Broadway Suite 1900, New York, NY 10004
631-377-0111
Paulbatistabooks.com