**From:** Lowy, Allen <amlowy@amllaw.com>
**Sent:** Monday, May 4, 2026 5:01 PM
**To:** PAUL BATISTA
**Subject:** Re: Activity in Case 1:23-cv-07352-RER-VMS Mandel v. Daskal Set Motion and R&R Deadlines/Hearings

Understood.
But do not renounce your charging lien.

On Mon, May 4, 2026 at 5:59 PM PAUL BATISTA <batista007@aol.com> wrote:

> Probably not. But at the moment I don't have access to Pacer. So I cannot make a determination.
>
> I do think since the tro was directed at you you should in any event file a letter or declaration describing what your relationship was with Rivka. As for me, I never contacted her after she stomped out of the courtroom. I certainly never suggested to you that you communicate with her or tell her that the retainer agreement was ironclad or anything else. This situation is a professional embarrassment to me and a waste of time. I'm prepared to renounce my liens because I don't have time for these aggravations.
> Paul Batista
> 26 Broadway Suite 1900, New York, NY 10004
> 631-377-0111
> Paulbatistabooks.com
>
> On May 4, 2026, at 5:44 PM, Lowy, Allen <amlowy@amllaw.com> wrote:
>
> Will we be responding to this?
>
> On Mon, May 4, 2026 at 5:42 PM PAUL BATISTA <batista007@aol.com> wrote:
>
>> Paul Batista
>> 26 Broadway Suite 1900, New York, NY 10004
>> 631-377-0111
>> Paulbatistabooks.com
>>
>> Begin forwarded message:
>>
>> **From:** ecf_bounces@nyed.uscourts.gov
>> **Date:** May 4, 2026 at 3:03:06 PM EDT
>> **To:** nobody@nyed.uscourts.gov
>> **Subject: Activity in Case 1:23-cv-07352-RER-VMS Mandel v. Daskal Set Motion and R&R Deadlines/Hearings**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 5/4/2026 at 3:02 PM EDT and filed on 5/4/2026

| | |
|---|---|
| **Case Name:** | Mandel v. Daskal |
| **Case Number:** | 1:23-cv-07352-RER-VMS |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORDER: Paul A. Batista and Allen Lowy are directed to respond to [150] Emergency MOTION for Temporary Restraining Order *barring Prior Counsel From Directly Contacting a Represented Party* by 5/7/2026. Failure to oppose the motion for a temporary restraining order will result in the motion being granted. Ordered by Judge Ramon E. Reyes, Jr. on 5/4/2026. (KMP)**

**1:23-cv-07352-RER-VMS Notice has been electronically mailed to:**

Andrew J. Levander Andrew.levander@dechert.com, 9833472420@filings.docketbird.com, autodocket@dechert.com, nycmanagingclerks@dechert.com

Gary J. Mennitt gary.mennitt@dechert.com, AutoDocket@dechert.com, nycmanagingclerks@dechert.com

Mitchell Schuster ms@mss-pllc.com

Paul A. Batista batista007@aol.com

Deborah E. Riegel driegel@rosenbergestis.com, courtmail@rosenbergestis.com

Kevin Andrew Fritz kaf@mss-pllc.com

Mark S Cohen mcohen@cohengresser.com, ManagingClerksOffice@cohengresser.com, autodocket@cohengresser.com

Marc A. Agnifilo marc@agilawgroup.com, ecf@agilawgroup.com

Matthew Vincent Povolny mpovolny@cohengresser.com, ManagingClerksOffice@cohengresser.com, autodocket@cohengresser.com

Jessica S. Massimi jessica.massimi@gmail.com

May K Chiang may.chiang@dechert.com, AutoDocket@dechert.com, nycmanagingclerks@dechert.com

Benjamin Zev Koblentz bkoblentz@rosenbergestis.com, courtmail@rosenbergestis.com

Stacey Ashby sma@msf-law.com, cr@msf-law.com

Remy Green remy@femmelaw.com, christine@femmelaw.com, protests@femmelaw.com, regina@femmelaw.com, remygreen@recap.email

Julia Markham-Cameron julia.markhamcameron@blankrome.com

Remy Stocks rjs@msf-law.com

**1:23-cv-07352-RER-VMS Notice will not be electronically mailed to:**