**From:** PAUL BATISTA <batista007@aol.com>
**Sent:** Friday, May 1, 2026 4:55 PM
**To:** Allen Lowy
**Subject:** Fwd: Activity in Case 1:23-cv-07352-RER-VMS Mandel v. Daskal Scheduling Order

Allen. This is turning into a circus. Rivka will never recover a dime. And in any event I have so many other very productive things to do I don't want to spend any more time on this. I have no interest in either the retaining lien on the charging lien. I've wasted hundreds of hours of time and I'm prepared to live with that. This case is bullshit.

Paul Batista
26 Broadway Suite 1900, New York, NY 10004
631-377-0111
Paulbatistabooks.com

Begin forwarded message:

**From:** ecf_bounces@nyed.uscourts.gov
**Date:** May 1, 2026 at 5:23:19 PM EDT
**To:** nobody@nyed.uscourts.gov
**Subject: Activity in Case 1:23-cv-07352-RER-VMS Mandel v. Daskal Scheduling Order**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 5/1/2026 at 5:22 PM EDT and filed on 4/30/2026

**Case Name:** Mandel v. Daskal
**Case Number:** 1:23-cv-07352-RER-VMS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**SCHEDULING ORDER: A Status Conference before Chief Magistrate Judge Vera M. Scanlon is scheduled for 5/12/2026 at 2:30 PM in Courtroom 13A South. Plaintiff, Plaintiff's current counsel, and proposed replacement counsel must attend. Plaintiff's counsel must be prepared to discuss the logistics of a possible change in counsel, as well as any retaining lien or charging lien that Plaintiff's current counsel wishes to asset. Defendant's counsel must also attend as the Court will also consider the proposed revisions to the scheduling order. Ordered by Chief Mag. Judge Vera M. Scanlon on 4/30/2026. (RM)**

**1:23-cv-07352-RER-VMS Notice has been electronically mailed to:**

Andrew J. Levander Andrew.levander@dechert.com, 9833472420@filings.docketbird.com, autodocket@dechert.com, nycmanagingclerks@dechert.com

Gary J. Mennitt gary.mennitt@dechert.com, AutoDocket@dechert.com, nycmanagingclerks@dechert.com

Mitchell Schuster ms@mss-pllc.com

Paul A. Batista batista007@aol.com

Deborah E. Riegel driegel@rosenbergestis.com, courtmail@rosenbergestis.com

Kevin Andrew Fritz kaf@mss-pllc.com

Mark S Cohen mcohen@cohengresser.com, ManagingClerksOffice@cohengresser.com, autodocket@cohengresser.com

Marc A. Agnifilo marc@agilawgroup.com, ecf@agilawgroup.com

Matthew Vincent Povolny mpovolny@cohengresser.com, ManagingClerksOffice@cohengresser.com, autodocket@cohengresser.com

Jessica S. Massimi jessica.massimi@gmail.com

May K Chiang may.chiang@dechert.com, AutoDocket@dechert.com, nycmanagingclerks@dechert.com

Benjamin Zev Koblentz bkoblentz@rosenbergestis.com, courtmail@rosenbergestis.com

Stacey Ashby sma@msf-law.com, cr@msf-law.com

Remy Green remy@femmelaw.com, christine@femmelaw.com, protests@femmelaw.com, regina@femmelaw.com, remygreen@recap.email

Julia Markham-Cameron julia.markhamcameron@blankrome.com

Remy Stocks rjs@msf-law.com

**1:23-cv-07352-RER-VMS Notice will not be electronically mailed to:**