remy green <remy@femmelaw.com>

# Fwd: Mandel v. Daskal, et al; Case No. 1:23-cv-07352 (RER)(VMS): Transcript of April 16, 2026 Conference (Judge Scanlon)

**Shulim Leifer** <shulimleifer@icloud.com> Tue, Oct 6, 2026 at 1:13 PM
To: remy green <remy@femmelaw.com>

Sent from my iPhone (please excuse typos or errors)

Begin forwarded message:

**From:** Rivka Mandel <rivkaleahmandel@gmail.com>
**Date:** April 17, 2026 at 1:15:14 PM EDT
**To:** Shulim Leifer <shulimleifer@icloud.com>
**Subject: Fwd: Mandel v. Daskal, et al; Case No. 1:23-cv-07352 (RER)(VMS): Transcript of April 16, 2026 Conference (Judge Scanlon)**

---------- Forwarded message ---------
From: **Lowy, Allen** <amlowy@amllaw.com>
Date: Fri, Apr 17, 2026 at 1:11 PM
Subject: Re: Mandel v. Daskal, et al; Case No. 1:23-cv-07352 (RER)(VMS): Transcript of April 16, 2026 Conference (Judge Scanlon)
To: <batista007@aol.com>
CC: Rivka Mandel <rivkaleahmandel@gmail.com>

Yes - I will file it by Monday.

On Fri, Apr 17, 2026 at 1:04 PM <batista007@aol.com> wrote:

> Dear Allen,
>
> Thanks for handling this.
>
> Also, you should remember that Judge Scanlon asked you to file a Notice of Appearance for Rivka.
>
> My love to you and Kika.  P
>
> ---
>
> **From:** Lowy, Allen <amlowy@amllaw.com>
> **Sent:** Friday, April 17, 2026 11:05 AM
> **To:** NYEDML_esr@nyed.uscourts.gov
> **Cc:** Paul Batista <Batista007@aol.com>

**Subject:** Mandel v. Daskal, et al; Case No. 1:23-cv-07352 (RER)(VMS): Transcript of April 16, 2026 Conference (Judge Scanlon)

Good morning,

Paul Batista and I, representing plaintiff Rivka Mandel in the above matter, appeared at a conference yesterday, April 16, 2026, held by Judge Scanlon.

We wish to order a copy of the conference transcript, please.

Thank you very much and have a nice weekend.

Allen Lowy

(Co-counsel for Plaintiff)

שדךקמ ם'ט

--

--

Allen M. Lowy, Esq.
One Columbus Place
s43e
New York, New York 10019

Tel. 917-306-7600