**PAUL BATISTA, P.C.**
**Attorney-at-Law**
**26 Broadway – Suite 1900**
**New York, New York 10004**
**(631) 377-0111**

**e-mail: Batista007@aol.com** **Facsimile: (212) 344-7677**

October 23, 2023

VIA E-MAIL [shulimleifer@icloud.com]
Mr. Shulim Leifer

**Re: Rivka Mandel v. Jacob Daskal**

Dear Shulim:

This is to confirm that I have engaged you to act as a consultant to Allen Lowy, Esq., and me in connection with the representation of Ms. Rivka Mandel in the above-entitled action. As a result, communications among the three of us are privileged and confidential under the attorney-client privilege and the work product privilege.

We very much appreciate your offering your services.

Sincerely yours,

Paul Batista

cc: Ms. Rivka Mandel
Allen Lowy, Esq.