COHEN&GREEN

October 19, 2026

Hon. Ramon E. Reyes, Jr., U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

**Re: Mandel v. Daskal, 23-cv-07352**

Dear Judge Reyes:

My firm and co-counsel represent Plaintiff in the case above. As requested by the Court in its Minute Order this morning, I am writing to respond to Defendant's letter at ECF No. 187.

Plaintiff did not object to the Report and Recommendation, and Defendant agreed to accept service of the separate action in State Court on Friday, October 16. Given that, we have no issue withdrawing the underlying motion to amend.

As always, we thank the Court for its time and consideration.

Respectfully submitted,
/s/

J. Remy Green
*Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.