# COHEN GREEN

October 19, 2026

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

**Re: Mandel v. Daskal, 23-cv-07352**

Dear Judge Scanlon:

As the Court may recall, my firm — with co-counsel — represents Plaintiff in the case above. On Friday, October 16, 2026, the Court directed that all "attorneys of record are ordered to meet in person for at least 1.5 hours to discuss their outstanding discovery requests and disputes on or before 10/26/2026." Oct. 16, 2026 Minute Order.

Both sides have, unfortunately, perfectly mismatched commitments this week. I reached out over the weekend to ask Defendant's counsel if they could meet Tuesday or Wednesday (the 20th or 21st). They responded by asking if we could meet Thursday or Friday (the 22nd or 23rd). I have pre-existing travel plans that run through this weekend, starting Wednesday evening, and I understand Defendant's counsel has complete non-availability of any kind Tuesday or Wednesday. However, if the Court is open to a meeting were there are lawyers from each side in person and just one lawyer using a remote option, I can move commitments to make a hybrid meeting work at Defendant's preferred times.[1]

Accordingly, on consent, Plaintiff asks that either (1) the Court allow one person to join the in person meeting in a hybrid fashion or (2) the Court allow the parties to look at dates that would result in a status letter at least a week in advance of the currently scheduled status conference on November 17, 2026, with a meeting on or before November 9th and a letter on the 10th.[2]

As always, we thank the Court for its time and consideration.

[1] I have also been following up with Defendant's counsel for settlement conference availability, starting immediately after the most recent conference, but have not gotten any dates yet. I am hopeful we can propose something in this same status letter.
[2] Relatedly, Plaintiff consents to the application at ECF No. 188 — and would have said as much in advance if asked.

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t: (929) 888.9480 · f: (929) 888.9457 · FemmeLaw.com

Respectfully submitted,

/s/

J. Remy Green
*Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.



Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t : (929) 888.9480 · f : (929) 888.9457 · FemmeLaw.com