MASSIMI LAW PLLC
99 Wall Street, Suite 1264
New York, NY 10005
Jessica.Massimi@gmail.com
646-241-9800

November 10, 2026

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

**Re: Mandel v. Daskal, 23-cv-07352**

Your Honor:

I along with co-counsel represent the Plaintiff. I write to respectfully notify the Court that the Defendant filed their letter of earlier today without our consent and approval. At 11:32 a.m. Defendant's counsel emailed us their latest draft and tracked change edits in PDF stating that they were going to file the letter "in the next few minutes." I immediately responded asking for their draft in word (as we have been doing) so that we could make any additional edits. I followed up again a few minutes later. Defendant never sent an editable draft and instead filed the draft without our final commentary and approval as a joint letter at 11:49 a.m. This timing would not even have provided us enough time to review a clean version of the document. Plaintiff still had edits to the letter – including that we never took any issue with Mr. Esakoff appearing virtually due to COVID – and was not given an opportunity to review the final copy.

Plaintiff thanks the Court for its time and attention to this matter.

Respectfully submitted,

Jessica Massimi

JESSICA MASSIMI, Esq.